**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**


UNITED STATES OF AMERICA          :

    v.                                              :          **No. 06-CR-319**-03
                                                                (William H. Yohn, Jr., J.)
VINCENT J. FUMO,                         :

      Defendant.                             :


DEFENDANT FUMO'S RESPONSE TO MOTION TO QUASH
SUBPOENA DUCES TECUM FOR WITNESS'S EDUCATIONAL RECORDS


The United States has filed a motion (DE #260) to quash two trial

subpoenas duces tecum properly issued by the defense for educational

records relating to an important government witness, Christian Marrone.

While the institutions receiving the subpoenas have not complained or

filed any motion, they did preliminarily respond in accordance with 20

U.S.C. § 1232g(b)(2)(B) by notifying the affected witness, who in turn

informed the United States Attorney's Office.  The government's instant

motion followed.

The United States lacks standing to move to quash any subpoena

not directed to the government or any agency thereof.  See In re Grand

Jury Proceedings (FMC Corp.), 604 F.2d 804, 805 (3d Cir. 1979) (per

curiam) (corporation lacks standing to object to subpoena to its

employees).  Moreover, once the witness surrendered a copy of his

educational files to the government, rather than bringing them to his

own attorney for the purpose of considering a motion to quash, he

1

waived any objection based on privacy or confidentiality that he might have had.  Id.  In addition, once those files came into the government's possession, the prosecution acquired duties of disclosure it might not previously have had.

The Court need not rule on any of these points, however.  The government has now forwarded sufficient portions of Marrone's educational files to defense counsel to satisfy the purpose of the underlying subpoenas.  Accordingly, the defense does not choose to pursue further enforcement.

WHEREFORE, the defendant prays that the Court deny the government's motion to quash as moot.

Respectfully submitted,

Dated:  September 1, 2008

s/Peter Goldberger

PETER GOLDBERGER          By:  DENNIS J. COGAN
 PA Atty. No. 22364              DENNIS J. COGAN & ASSOC.
50 Rittenhouse Place             2000 Market St., suite 2925
Ardmore, PA  19003               Philadelphia, PA  19103

 (610) 649-8200                   (215) 545-2400
fax:  (610) 649-8362            fax: (215) 988-1842
e-mail: peter.goldberger@verizon.net     e-mail: cogan2128@aol.com

STEPHEN ROBERT LaCHEEN
LaCheen Dixon Wittels & Greenberg, LLP
1429 Walnut Street, 13th Floor
Philadelphia, PA  19102

 (215) 735-5900
fax: (215) 561-1860
e-mail: slacheen@concentric.net

Attorneys for Defendant Vincent J. Fumo

2

CERTIFICATE OF SERVICE

On September 2, 2008, I served a copy of the foregoing document through the Court's electronic filing system on the attorneys for the government and on counsel for the affected co-defendant, addressed as follows:

John J. Pease, Esq.  
Robert A. Zauzmer, Esq.  
Assistant U.S. Attorneys  
615 Chestnut Street, suite 1250  
Philadelphia, PA  19106

Edwin J. Jacobs, Esq.  
JACOBS & BARBONE, P.A.  
1125 Pacific Ave.  
Atlantic City, NJ  08402

__s/Peter Goldberger_____