# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL ACTION |
| v. : | |
| : | |
| VINCENT J. FUMO, : | |
| : | NO. 06-319 |
| Defendant. : | |

## ORDER

**AND NOW**, this *17th* day of *June*, 2009, upon consideration of the Motion of Defendants Vincent J. Fumo and Ruth Arnao for Judgments of Acquittal or for a New Trial (Docket No. 656), the Memorandum in Support of that Motion (Docket No. 658), and the Response of the United States of America (Docket No. 676), it is hereby **ORDERED** that:

1. Defendant Fumo's Motion for Judgments of Acquittal or for a New Trial is **DENIED** in its entirety;

2. Defendant Arnao's Motion for Judgments of Acquittal or for a New Trial is **DENIED** in its entirety;

3. The Motion of the United States of America to Dismiss Counts 36 and 38 of the Indictment (Docket No. 536) is **GRANTED** and those Counts are **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**.

BY THE COURT:


*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.