IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | |
| VINCENT J. FUMO and | : | NO. 06-319 |
| RUTH ARNAO | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this *9th* day of *July*, 2009, upon consideration of Defendant Vincent J. Fumo's second Motion for New Trial (Docket No. 708), the Joinder of Defendant Ruth Arnao (Docket No. 709), the Government's Response (Docket No. 710), and Defendant Fumo's Reply Brief (Docket No. 712), it is hereby **ORDERED** that the Motion is **DENIED** in its entirety as to both Defendants.

It is so **ORDERED**.

BY THE COURT:

 *s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.