# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | NO. 06-319 |
| VINCENT J. FUMO | : | |

### ORDER

**AND NOW**, this 20th day of August, 2009, upon consideration of Defendant's Motion for Bail Pending Appeal, or in the alternative, for an Extension of Time to Report to the Custody of the Bureau of Prisons (Docket No. 758), and the Government's response filed thereto, it is hereby **ORDERED** that the Motion is **DENIED** in its entirety.

BY THE COURT:


*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.