1                 UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF PENNSYLVANIA
2
    UNITED STATES OF AMERICA,        )
3                                    )
                    Plaintiff,       )   2:06-cr-00319-RB-3
4                                    )
                    vs.              )   Philadelphia, PA
5                                    )   November 10, 2011
    VINCENT J. FUMO,                 )
6                                    )
                    Defendant.       )
7

8                 TRANSCRIPT OF SENTENCING HEARING
              BEFORE THE HONORABLE RONALD L. BUCKWALTER
9                    UNITED STATES DISTRICT JUDGE

10  APPEARANCES:

11  For the Plaintiff:        JOHN PEASE, AUSA
                              ROBERT ZAUZMER, AUSA
12                            UNITED STATES ATTORNEY'S OFFICE
                              615 Chestnut Street
13                            Philadelphia, PA 19106

14  For the Defendant:        DENNIS COGAN, ESQ.
                              COGAN PETRONE & ASSOCIATES
15                            2000 Market Street
                              Philadelphia, PA 19103
16
                              PETER GOLDBERGER, ESQ.
17                            50 Rittenhouse Place
                              Ardmore, PA 19003
18
                              SAMUEL J. BUFFONE, ESQ.
19                            BUCKLEYSANDLER LLP
                              1250 24th Street, N.W.
20                            Suite 700
                              Washington, DC 20037
21

22  Proceedings recorded by electronic sound recording.

23            Veritext National Court Reporting Company
                      Mid-Atlantic Region
24            1801 Market Street - Suite 1800
                    Philadelphia, PA 19103
25                      888-777-6690

1          THE CLERK:  All rise, please.  Court is now in

2    session.  The Honorable Ronald L. Buckwalter presiding.

3          THE COURT:  Please be seated.

4          IN UNISON:  Good morning, Your Honor.

5          THE COURT:  Please be seated.

6          I ask that counsel make their remarks in one hour,

7    which I think is plenty of time.  That is, one hour for Mr.

8    Pease and one hour for the defendants, which, honestly, when

9    you think that the purpose of this is to try to persuade me, I

10   think if you can't persuade me of your position in that amount

11   of time, no extra time's going to do you much help.  So -- and

12   I know, bottom line, we're all anxious to get to the

13   sentencing here today.  We'd like to accomplish that today.

14   So unless either counsel tells me that that's an unreasonable

15   limitation, an hour is okay?

16         MR. PEASE:  Yes, Your Honor.

17         THE COURT:  All right.  Okay, Mr. Pease, you may

18   begin.

19         MR. GOLDBERGER:  Your Honor, before we begin, may I

20   just, for the record and a couple of housekeeping matters?

21         THE COURT:  Okay.

22         MR. GOLDBERGER:  I want the -- the record should be

23   clear, as was stated in our -- a couple of things that were

24   stated in our papers but which I would like on the transcript

25   of this proceeding:  that we have preserved our objections to

1    two of the matters decided under the guidelines by the Third

2    Circuit, of course, binding on you.  But in the event it would

3    ever be relevant, we've preserved our objections to the

4    adjustments for abuse of a charitable purpose and for

5    sophisticated means, each of which is a two-level adjustment

6    under the guidelines.

7            THE COURT:  All right.

8            MR. GOLDBERGER:  And we believe your original rulings

9    on those were correct; the Third Circuit was not correct in

10   overturning them.  If it should ever become an issue, we

11   continue to adhere to our objections on that.

12           The other is that we adhere to our position on the

13   addition of interest to the restitution.  That also, that's

14   one where the Third Circuit agreed with you.  We had appealed

15   against that.  The Court of Appeals ruled against us.  We

16   believe that ruling was incorrect.  If it should ever be

17   relevant in the future, we preserve our objection to that.

18           There is one other open matter needing decision by

19   Your Honor on which the parties have different positions, and

20   that is whether additional principal restitution -- regardless

21   of the interest question -- would be added.  And Your Honor

22   saw that in the papers.  Our position is that was decided in

23   our favor on appeal; government's position is that -- I don't

24   want to speak for them, but that it's an open question before

25   you.  In any event, I believe that one calls for a ruling that

1   hasn't been made and is the only matter --

2          THE COURT:  I've already done -- I've done a

3   significant amount of research on that issue already, and

4   actually, I think -- at first I thought you were right, but I

5   think the government's position is clearly correct on this

6   one.  So -- and that will be noted in what I hand down here

7   later on, so you'll have an appeal from that, as well.

8          MR. GOLDBERGER:  Thank you, Your Honor.

9          THE COURT:  Okay, Mr. Pease, you may begin.

10         MR. PEASE:  With respect to the loss numbers, Your

11  Honor, I just want to put on the record the government's

12  position and its calculation of the loss for guidelines

13  purposes --

14         THE COURT:  Um-hum.

15         MR. PEASE:  -- since there's a small disagreement, as

16  I understand it between the parties' submissions.  The

17  government's position is that the, for guidelines purposes,

18  the loss to the Senate is $2,440,282.49.  The loss to

19  Citizens' Alliance is $1,620,472.35.  And the loss to the

20  Seaport Museum is $127,906.88.  There's --

21         THE COURT:  I think, we have -- they're the same as

22  you said -- add in your memory.  Yeah.

23         MR. PEASE:  Okay, there was a 50,000-dollar

24  difference in our position and the defenses; they're mistaken.

25  They omitted 50,000 dollars with respect to the Gazela

1  painting.  The Third Circuit affirmed the credit this Court

2  gave, which was only 100,000 dollars.  So that accounts for

3  the 50,000-dollar difference.

4          THE COURT:  Okay, I'll --

5          MR. PEASE:  And that's page 2, footnote 1 and 9.

6          THE COURT:  -- look into that before I impose the

7  final sentence.

8          MR. PEASE:  Okay.

9          THE COURT:  On the restitution, a really quick aside,

10  half of this, I think, is -- I'm going to award half to make

11  him pay and half, make Ms. Arnao pay.  Now, in terms of

12  sentencing, I think that's appropriate, isn't it?

13          MR. PEASE:  Well, no, I think, Your Honor --

14          THE COURT:  Or do you have to award all and then --

15          MR. PEASE:  Jointly and severally.

16          THE COURT:  Are we still with the joint and severally

17  business?

18          MR. PEASE:  I think with -- well, it depends on which

19  we're talking about.  Ms. Arnao was never convicted of any

20  counts related to the Senate loss, so the loss related to

21  Citizens' is --

22          THE COURT:  No, oh, no, I'm not talking -- oh, no,

23  no.  I wasn't talking about that at all.

24          MR. PEASE:  Okay.  So with --

25          THE COURT:  Absolutely not.  No, just to Citizens'

Page 6

1    Alliance.

2              MR. PEASE:  Right.  With respect to Citiz --

3              THE COURT:  There, I thought that -- my thinking is

4    that should be split.

5              MR. PEASE:  Well, I think, Your Honor, we would

6    suggest that it be joint --

7              THE COURT:  Whether it's a jointly and severally

8    thing, I'm not sure.  That law sort of changed, too, hasn't

9    it?

10             MR. PEASE:  Well, I think --

11             THE COURT:  But let's not get hung up on this.

12             MR. PEASE:  Okay.

13             THE COURT:  This is a relatively small --

14             MR. GOLDBERGER:  Just on the statutory question, the

15   statute clearly gives you discretion to make restitution where

16   two people may be liable for the same restitution --

17             THE COURT:  Well --

18             MR. GOLDBERGER:  -- either joint and several --

19             THE COURT:  -- that's what --

20             MR. GOLDBERGER:  -- or apportioned is what the

21   statute says.

22             THE COURT:  That's what I thought.  And I was going

23   to --

24             MR. PEASE:  Here, Your Honor --

25             THE COURT:  You'll see it in my final order, but I

1   was thinking fifty-fifty apportion was appropriate.

2          MR. PEASE:  Okay, when I talk about restitution,

3   I'll --

4          THE COURT:  Look, that's a relatively small matter in

5   the whole scheme of this thing.  I mean, I'm going to award

6   full restitution to Citizens' Alliance.

7          MR. PEASE:  Okay.

8          THE COURT:  But how that -- I only raised that now to

9   see if we could have any agreement on that, but since we

10  can't, I'll just do what I think's --

11         MR. PEASE:  Okay, well, if I can have a chance to

12  address that when I talk about restitution --

13         THE COURT:  Yeah, okay.

14         MR. PEASE:  -- I'll see if I can persuade you.

15         Your Honor, I'd like to start by talking about age

16  and health; it's an issue that's become the subject of a

17  variance --

18         THE COURT:  Um-hum.

19         MR. PEASE:  -- request by the defense.  And I want to

20  first point out, you heard testimony yesterday from Dr.

21  Manenti, he walked you through all of the medical records and

22  demonstrated, I think very clearly, that this is an issue that

23  doesn't belong in consideration of variance.  Mr. Fumo's

24  health has done nothing but improve since he's been

25  incarcerated by the objective measures and the criteria that

1  Dr. Manenti walked us through.  The e-mails we submitted to
2  the Court also corroborate that with respect to someone of his
3  age and condition, he's doing fine and in fact better than
4  when he first reported to prison.
5          The thing also, Your Honor, that is really important
6  to consider is that Mr. Fumo had the very same conditions, the
7  very ones that you asked Vicki Humphreys about yesterday when
8  she -- at the end of her remarks.  He had all those conditions
9  when he entered into this crime spree.  And so --
10         THE COURT:  Oh, yeah, I know.  I told -- even though
11 I told Dr. Manenti, I'm impressed with what they've done
12 there, it's still a fact that he has all these conditions.
13 That's -- I'm just trying to determine -- it's unusual to have
14 that many --
15         MR. PEASE:  Well, I think --
16         THE COURT:  I don't have a doctor to tell me anyway,
17 and of course, it was a tough question to ask Agent Humphreys;
18 I didn't -- what she thought -- just sort of wanted her
19 opinion.  But that's a lot of illness.  That's a lot of
20 physical disability --
21         MR. PEASE:  But I --
22         THE COURT:  -- at least as I view it.
23         MR. PEASE:  They're the same --
24         THE COURT:  Whether there's enough for a variance,
25 that's a question.

1          MR. PEASE:  They're the same maladies he suffered

2     from when he engaged in the scheme.  And now he wants the same

3     illnesses that he now suffers from --

4          THE COURT:  Yeah.

5          MR. PEASE:  -- and did during the scheme to now cause

6     him a benefit.  In other words, the sicker you are, the poorer

7     health you're in, then you can go and commit crimes and get a

8     break, get a huge sentencing break because you're in poor

9     health, according to him.  It simply isn't a principle that is

10    worthy of any kind of credibility.  The fact is that he's

11    healthy for his age.  And as to the issue of unusual, which

12    came up, you heard Dr. Manenti testify yesterday, with respect

13    to someone in his age group, there are thousands of inmates in

14    Care Level 2 or in Care Level 3 and Care Level 4.  In other

15    words, there are many inmates who are incarcerated today in

16    the Bureau of Prisons who are not in the general population,

17    are not as health as he is; they're not walking and exercising

18    up to a mile a day.  They don't have stable conditions like he

19    does.  In fact, what's unusual is that he is in Care Level 2.

20    Someone with his conditions, you might argue would be in Care

21    Level 3 or 4.  So for someone of his age group, there are many

22    thousands of prisoners in far worse shape than he is who might

23    be able to claim their conditions are unusual.  It simply

24    isn't a factor here.  It shouldn't be a factor in this Court's

25    condition of what an appropriate sentence is.

1          The predictions of Dr. DePace and Dr. McCormick that
2     you heard two years ago about the dire consequences he would
3     face if he were to be incarcerated have proven to be entirely
4     wrong.  There was no basis for those predictions, and as
5     you've seen, over two years after the fact, he's in healthy
6     condition; he's gotten the care and treatment that he would,
7     in fact, in some respects better, probably, than he'd have
8     gotten outside of the confines of the Bureau of Prisons.  And
9     so with respect to his age and his health, there's nothing
10    unusual about it and that should justify giving him a
11    variance, giving him a break with respect to those conditions.
12         I want to talk a little bit about the issue of
13    substance abuse.  This --
14              THE COURT:  About what?
15              MR. PEASE:  Substance abuse.
16              THE COURT:  Okay.
17              MR. PEASE:  Okay?  This is a subject that, as Mr.
18    Zauzmer said yesterday, we hadn't really focused on.  We
19    weren't aware of this RDAP program and his efforts to get into
20    it, and it came up in the October 18th sentencing memo that
21    was submitted to the Court.  And in that sentencing memo, the
22    defense argued that the failure of the Bureau of Prisons to
23    admit him into this program is a reason for leniency.  It's a
24    justification for a variance because it demonstrates the
25    inadequacies of the Bureau of Prisons' medical systems.

1        So quite naturally, we wanted to find out whether

2   it's true, what's this all about.  And when we got the file

3   from the Bureau of Prisons, it contained letters we hadn't

4   seen before, letters this Court hadn't seen before.  Things

5   that probably Mr. Fumo didn't expect would be cross-examined

6   and examined the way they were.  And when we looked into this

7   issue, we began to shake our heads because we hadn't heard of

8   drug abuse problems from Mr. Fumo; we hadn't heard of alcohol

9   abuse problems by him at any time.

10        This Court, as you know, in the pre-sentencing

11   process had a pre-sentence report prepared, and Mr. Hassinger

12   quite diligently surveyed all of his physicians and gathered

13   lots of medical records, and we had a lot of testimony and

14   issues about all the conditions we talked about yesterday, but

15   this wasn't one of them.  And when he was interviewed, Mr.

16   Fumo denied any history of substance abuse.  He wasn't denying

17   taking illicit substances.  He said he has no history of drug

18   or alcohol abuse and denies ever being treated for such a

19   condition.  Not a single physician who wrote letters to Your

20   Honor mentioned anything about this.  It wasn't until August

21   17th, two weeks before Mr. Fumo was going to report to prison,

22   he wanted to get a sixty-day deferral of his report date, and

23   the justification was he was so heavily addicted, so into

24   abusive substances, that it would essentially be unhealthy,

25   dangerous to his health if he had to report when the Court

1  ordered him to report.  And so on the sole basis of this

2  affidavit by some drug counselor named Marsha Klein whose only

3  job it was -- whose professional research into Mr. Fumo was

4  simply to talk to him and listen to his self-serving and false

5  accounts of his drug abuse history, she wrote an affidavit

6  which was appended to a letter that was submitted to this

7  Court suggesting that he was heavily addicted and needed time

8  to report to prison.  And this Court denied that request; he

9  reported on August 31st.  But during the two-week period,

10 August 23rd, we know from the notes we saw yesterday, that Ms.

11 Klein met with Mr. Fumo.  On August 23rd of '09, eight days

12 before he reported to jail, he now told her that he's not able

13 to get off the drugs, that he's heavily using Xanax, Darvocet,

14 Ambien to deal with his substance abuse problem which he's had

15 so long.  Interestingly, Your Honor, in the October 18th

16 filing that the defense submitted to you, the explanation was

17 that Mr. Fumo had kept this hidden for all these years.  In

18 other words, the reason why it's not in those letters that you

19 received in July of 2009, the reason why it's not in any

20 medical records, the reason why it wasn't told to the

21 probation officer is because it was kept hidden.  So that's

22 the opening defense position in this sentencing proceeding,

23 and that's the explanation that Your Honor is being given for

24 the fact that this is all coming up so lately.

25             But what's the truth?  Well, let's look at what the

1    Bureau of Prisons was told.  When we look at that, the file
2    that was in Kentucky that Mr. Zauzmer and I hadn't seen until
3    the last couple of weeks tells an entirely different story,
4    doesn't it?  Because when you look at the affidavit of Dr.
5    Fisher that we had introduced here yesterday in the court,
6    what does Dr. Fisher say?  He says that he's been treating and
7    diagnosed Mr. Fumo with alcohol abuse and substance abuse
8    problems since 2003.  He says that the conditions which he
9    diagnosed him with include alcohol dependence and two other
10   psychiatric conditions that don't appear anywhere in what the
11   response was to the probation officer in this case.  How could
12   that be, Your Honor?  Which is it?  Is this --
13           And you also saw a letter yesterday, a 2001 letter
14   from Dr. DePace which the defense claims shows this condition
15   had been identified and diagnosed as far back as 2001.  And
16   that was Exhibit 4A; it was the attachment to Exhibit 4A.
17   Well, what Mr. Fumo wasn't counting on was when he got to
18   prison on August 31st of 2009, when he was questioned by the
19   psychologist at the jail and asked about all of his
20   conditions, he readily told this person, I'm a substance
21   abuser, I use tranquilizers, I need help.  I need substance
22   abuse treatment.  And what Mr. Fumo wasn't counting on was
23   that he would be given a toxicology test, that he would have
24   to give a urinalysis that would prove or deny these claims.
25   He was ready for everything else:  he knew what to tell his

Page 14

1    drug counselor; he knew what stories to make up; he knew what
2    to tell the Bureau of Prisons officials.  He knew what to say
3    in his applications to the officials of the Bureau of Prisons
4    because he had retained a consultant, a very experienced
5    person, Mr. Sickler, who could guide him through this process
6    and get him ready for prison and what to expect and how to
7    deal with inmates and staff, and also make him aware of this.
8    So being the opportunist that he is, he saw an opportunity to
9    get a year off of his sentence, and he took full advantage of
10   it, not probably expecting that he would be tested for these
11   drugs, and they would then become a spotlight of yesterday's
12   hearing.  And so what he did was he lied and claimed an
13   addiction that doesn't exist.  He solicited these doctors to
14   write these retrospective letters, claiming to have diagnosed
15   and treated him for things that they had never treated him
16   before, for which there isn't a shred of evidence that it had
17   ever existed.  Sure, there's a list of prescriptions, and he
18   had been taking a whole host of different drugs to treat his
19   medical problems; there isn't any debate about that.  And what
20   the doctors said to Your Honor in letters submitted to this
21   Court was that he needs -- prior to the first sentencing, he
22   needs all those drugs; there are three conditions from which
23   he's suffering and a whole variety of maladies.  And so the
24   position before the first sentencing was BOP can't take care
25   of this guy; his health is too severe, his condition's too

1   complex, and the drugs that he needs to sustain him are simply

2   ones that, in some cases, aren't available or which won't

3   properly be managed by the Bureau of Prisons.  So that was the

4   position first.

5          After he gets sentenced and when he's on his way to

6   jail, and he's in jail, the position changes.  Now, all of a

7   sudden, all those drugs that the doctors claim he needs and

8   that his treating physicians said couldn't be handled properly

9   by the Bureau of Prisons, now, all of a sudden, they show a

10  terrible addiction, a substance abuse problem that according

11  to these self-serving after-the-fact affidavits were supported

12  as far back as 2003.  And so why this is important, why did we

13  spend any time on this yesterday?  The reason is because it

14  tells you everything you need to know about this person:  he's

15  dishonest in every respect.  He tried to pull a fast one.

16  First, he tried to pull it on the Bureau of Prisons.  The

17  Bureau of Prisons, without intervention from these two

18  prosecutors in this room, weren't gullible enough to go for

19  this because they see this kind of thing all the time.

20  Inmates know, when they get to jail, that there's this benefit

21  available to them, and they try to allocate resources to

22  people who need it the most.  And so when he couldn't defraud

23  the Bureau of Prisons, he comes back into this court.  And on

24  October 18th, he wants you to remedy this terrible injustice

25  that's been put upon him.  He hasn't been able to get into the

1    RDAP program, and that shows that BOP, the Bureau of Prisons,
2    can't provide adequate medical care.  How dare he?  How dare
3    this man come into this court and try to deceive you about
4    this problem that never existed, asking you to cut him a
5    break.  He wants you to cut him the break that the Bureau of
6    Prisons didn't have.
7              And how did he get there?  Did Marsha Klein give him
8    a toxicology exam?  Did Dr. DePace do it?  Did these
9    physicians ever diagnose this problem?  No.  This is a lie and
10   it's a fraud.  And it's emblematic of every aspect of the way
11   he operated his life, and it's perjury that he committed in
12   this court.  And this Court shouldn't stand for it for one
13   second.  These doctors relied simply on him.  They believed
14   what he told them and they wanted to help him, the same way
15   all the enablers in this case who you heard from during his
16   trial did the same thing to help him commit this fraud.  He's
17   still a manipulator; he has no credibility.  He comes into
18   this court, before this sentencing, he bragged in his e-mails
19   he would dress like the Unabomber and come into court and look
20   terrible so he could get sympathy, and the truth is, he's in
21   better shape -- he's got 5,000 dollar suits sitting back in
22   his closet at Green Street, and he wants to come into this
23   court looking disheveled like the Unabomber so that he can get
24   sympathy.  He's in terrible health, going to die the minute he
25   goes back to jail, a terrible substance abuser, he's been

1   cheated by the Bureau of Prisons out of the chance to get

2   treatment?  That's a fraud and that's a lie.  And I submit to

3   Your Honor, you shouldn't go for that at all.

4            I want to talk about the severity of the crimes.

5   Your Honor --

6            MR. GOLDBERGER:  Judge, I just want to -- can I

7   intercede for one second?  We brought clothes; the marshal

8   said it's a sentencing.

9            THE COURT:  Look, I don't care a damn bit about

10   the -- I'm sorry, a darn bit about the clothes.

11            MR. GOLDBERGER:  I mean, he goes on and on about it

12   again.  The marshal wouldn't let him put it on.

13            THE COURT:  That's a matter of personal preference.

14   I don't care what clothes the guy wears.  Frankly, I'd rather

15   be dressed in something less formal than a suit myself.  But

16   that has nothing to do with his sentencing.

17            MR. PEASE:  I want to talk about --

18            THE COURT:  I mean, let's get to some substantive

19   stuff, please.  And now you're going to.  You're going to talk

20   about -- what was the point you were going to make?

21            MR. PEASE:  I was going to talk about the severity of

22   the crimes.

23            THE COURT:  That's a substantive issue here for me to

24   get right.

25            MR. PEASE:  Yesterday, when Mr. Contino was on the

1   stand, you asked him some questions about the number of

2   counts.  And you wanted to know, Your Honor, from Mr. Contino,

3   were people who reacted to the original sentence reacting to

4   the fact there were seen to be so many counts of conviction,

5   yet in proportion, the sentence seemed low.  And you commented

6   that the number of counts might overstate or suggest that the

7   crimes in their severity are more severe than they really are.

8   And I want to talk --

9           THE COURT:  Kind of got that from your letters you

10  sent me, Mr. Pease.  There were so many of them.

11          MR. PEASE:  Well --

12          THE COURT:  All they said was 137 counts.  That

13  doesn't reflect much of a study of what's going on, does it?

14          MR. PEASE:  Well, actually --

15          THE COURT:  You know, when people see 137 counts --

16          MR. PEASE:  Right.

17          THE COURT:  -- that's what it reflects.

18          MR. PEASE:  Well, actually, Your Honor, I --

19          THE COURT:  So okay, go ahead with your argument.

20  Tell me about the severity of this, though.  That's what

21  you're talking about.

22          MR. PEASE:  I want to talk about the number of

23  counts.  I asked Mr. Higgins to give you --

24          THE COURT:  Yeah, I want to talk about that, too.

25          MR. PEASE:  I asked Mr. Higgins to give you Exhibit

1  1635; it should be in front of you.  And this was a trial

2  exhibit that was given to the jury.  And it's a summary of all

3  the counts in the indictment, count by count.

4          THE COURT:  Yeah.

5          MR. PEASE:  It identifies the different aspects of

6  the crimes to which each count related.  And the point I want

7  to -- there are two points I want to make with respect to the

8  number of counts in this case, the first of which is, if you

9  look through this indictment and each of the counts, you'll

10 see that there are only one or two counts pertaining to every

11 aspect of the fraud.  In other words, there aren't a hundred

12 mail fraud counts that relate to the polling, for example.

13 There aren't -- we didn't overcharge the case to try to drive

14 up the number of counts so that it would look worse than it

15 is.  If you go through this and analyze it, you'll see --

16         THE COURT:  I think you did, but I don't think it

17 matters.  I mean, I don't think it matters in determining my

18 sentence the fact you did that.  I think you violated your own

19 manual for sentencing, but that doesn't affect the guidelines

20 at all; that doesn't affect the sentence.  The question is

21 what are the substantive crimes that were committed here, not

22 the number of counts.  What did he do?  And that's the thing

23 I'm really zeroing in on.  And of course he did -- with regard

24 to, for example, the way he executed this fraud, checks had to

25 be sent in the ordinary course of business, which they were

Page 20

1   from the Senate to pay the employees.  But I mean, that -- and

2   you make that a separate count.  I mean, I don't think that's

3   fair.  But that's a matter which reasonable prosecutors --

4           MR. PEASE:  Well, let me -- if I can respond to that.

5           THE COURT:  -- and I'm an ex-prosecutor -- excuse me,

6   just, reasonable prosecutors can disagree on that.  But it

7   doesn't affect the guideline calculation.  We've got a

8   guideline calculation here that's real high.

9           MR. PEASE:  What we did in this case, with respect --

10          THE COURT:  And so I'm just -- I don't -- not that

11  you have to spend any time on it, I thought you were going to

12  talk what are the substance of these crimes; what did he do.

13  And what makes it so bad.  That's -- I thought you were going

14  to address the severity of the crimes.

15          MR. PEASE:  That's what I'm prepared to address.

16          THE COURT:  And there's a lot you can address in that

17  issue.

18          MR. PEASE:  With --

19          THE COURT:  Not the least of which is the obstruction

20  of justice.

21          MR. PEASE:  Let's start with the Senate fraud --

22          THE COURT:  Okay.

23          MR. PEASE:  -- counts.  Okay, and you heard yesterday

24  from Mr. Contino, although the charge in this case was

25  conspiracy and fraud, and there was a loss amount of a little

Page 21

1    over -- about two and a half million dollars of money that was

2    taken from the taxpayers --

3             THE COURT:  Right.

4             MR. PEASE:  -- what he did was it robbed taxpayers of

5    fair elections.  That's what' happened here.  He used Senate

6    employees and Senate contractors and paid them --

7             THE COURT:  Right.

8             MR. PEASE:  -- to do campaign work on state time and

9    state facilities, giving him --

10            THE COURT:  And they corrupted -- he corrupted

11   democracy.  I agree with Mr. Contino on that; no question

12   about it.

13            MR. PEASE:  Hundreds of thousands of dollars for

14   Howard Cain, for example, 80,000 dollars a year, Your Honor,

15   he was paid to run campaigns for over five years; 40,000

16   dollars a year to Phil Press; 30,000 dollars a year each to

17   Spagna and Novelli.  Frank Wallace got over 175,000 dollars.

18   A quarter million dollars in political polls; 20,000 dollars

19   to take Senator Jubelirer out of office; 70,000 dollars to

20   defeat a referendum at the New Jersey shore relating to the

21   height of dunes to protect his property value.  Senate

22   computers handed out like business cards to friends, family,

23   and including the Casey campaign and other campaigns he tried

24   to help.  This gave his machine an advantage that wasn't

25   merited.  It helped him keep his power and his office, all of

Page 22

1    it was clearly criminal.

2           And yet most importantly, these are crimes he refuses

3    to acknowledge are crimes.  If you remember, when I asked him

4    about this during the trial, what did he say about it?  He

5    said that's akin to spitting on the sidewalk.  That's the way

6    this man views his responsibilities as an elected official and

7    his power and authority to use state tax dollars.  He had the

8    discretion to spend this money, to allocate it, to use it for

9    the good of taxpayers.  And what did he do?  With respect to

10   millions of dollars, he stole it and took it for himself.

11          The other thing he talks about, Mr. Fumo does, is

12   that -- in his e-mails and other places -- that a dime never

13   went into his pocket, that he got no benefit from it, that

14   there weren't any victims.  He took the money --

15          THE COURT:  Well -- there's a difference between a

16   dime never went into his pocket and that he got no benefits

17   from it.

18          MR. PEASE:  Well, he says both.

19          THE COURT:  He got benefits from it; there's no

20   question about that.

21          MR. PEASE:  Well, Your Honor, there's no difference

22   here --

23          THE COURT:  No question about it.  Well, maybe -- but

24   I mean --

25          MR. PEASE:  Well, let me ask you this.

 1          THE COURT:  Distinction without difference, perhaps.

 2          MR. PEASE:  Sure it is because he had the authority,

 3    himself, to allocate how fund were spent --

 4          THE COURT:  Um-hum.

 5          MR. PEASE:  -- to direct the payment of bills.  He

 6    didn't need to put the money in his pocket.  There's no

 7    difference between what he did here and a bank executive who

 8    takes the money, writes a cashier's check to spend two and a

 9    half million dollars on himself.  Does he have to put the

10    money into his account first?  He didn't need to.  Only Mr.

11    Fumo had the authority to do that.  There's no difference; the

12    money went into his pocket and through his pockets to help

13    benefit himself.

14          THE COURT:  That's a good point.

15          MR. PEASE:  And that's really what we're talking

16    about here.  He denigrates the seriousness of these offenses

17    by suggesting that there are no victims.  Okay, the taxpayers

18    of Pennsylvania are victims.  People care about this crime.

19    People are offended by it because he was someone who had the

20    unique authority and position to exercise this ability to

21    allocate funds.  There weren't many powerful officials in

22    Pennsylvania who could do what he did, and he chose to steal

23    and benefit himself.  And that's what this Senate fraud was

24    about.

25          And the reason why there were so many counts is

1   because we wanted a jury to look at each one of these

2   individuals individually and decide by -- is there proof

3   beyond a reasonable doubt that all these people that the

4   government says were misused with taxpayer money to go and

5   spend on these campaigns, is it really true?  We wanted a

6   verdict.  So that's why there's a count for each of these

7   people.  That's why there's one for Cain and one for Palermo

8   and there's one for Rubin, and all these other people, because

9   he used so many people.  We didn't want just one or two

10   counts, leaving it vague as to what this man did.  You know by

11   the jury's verdict, when you look through the indictment and

12   analyze the counts that we had different counts for different

13   people.  We wanted to cover all the ways he stole from the

14   Senate.  We wanted there to be at least a count or two, so

15   that when this trial ended, the jury would have rendered a

16   verdict with every issue that the government claimed was

17   fraudulent.  And the jury returned a verdict on 137 counts.

18   If we were interested in violating some manual or driving up

19   the number of counts, we could have had 10,000 counts in this

20   case.  There's no limit.  In our view of this case, and I

21   think what the indictment tells you and what the jury verdict

22   shows, is that with respect to every aspect of the crime, he's

23   guilty.

24         THE COURT:  There is a limit.  There is an obligation

25   set forth in your own manual to be careful about overcharging.

1 But that's not an argument that matters here --

2          MR. PEASE:  Let's --

3          THE COURT:  -- because the guidelines don't take that

4 into account.

5          MR. PEASE:  Let's talk about -- I talked about the

6 Senate for a few minutes.  Let's talk about Citizens'

7 Alliance.

8          Citizens' Alliance is a charitable organization

9 created by Fumo and his staff in 1991 to serve the citizens of

10 Philadelphia, provide services that weren't being supplied by

11 the city of Philadelphia.  A valid, important purpose;

12 providing needed services to the citizens of this city.  And

13 through his --

14          THE COURT:  Which I think you agreed on.  And your

15 opening statement, at some time, agreed that Citizens'

16 Alliance performed a lot of --

17          MR. PEASE:  They did.

18          THE COURT:  -- good services for the community.

19          MR. PEASE:  Oh, I absolutely agree.

20          THE COURT:  Yes.

21          MR. PEASE:  Citizens' Alliance was an important

22 organization serving the taxpayers of Philadelphia --

23          THE COURT:  Yes.

24          MR. PEASE:  -- and South Philadelphia.  And so it had

25 a noble purpose and a function --

Page 26

1              THE COURT:  And a function, yes.

2              MR. PEASE:  -- for a number of years.  And --

3              THE COURT:  It's carried out -- I mean it hired a lot

4    of -- as I recall, I was impressed by the fact that it hired

5    these people who would have trouble getting jobs elsewhere, at

6    least in --

7              MR. PEASE:  That's true.

8              THE COURT:  -- some instances.  And that's a --

9              MR. PEASE:  You're right, Your Honor.  This --

10             THE COURT:  -- that's an admirable --

11             MR. PEASE:  -- you're right and you heard from many

12   of them during the trial.  And --

13             THE COURT:  Yes.

14             MR. PEASE:  -- these are some folks who had substance

15   abuse problems or had run-ins with the law --

16             THE COURT:  Yes.

17             MR. PEASE:  -- who probably couldn't get hired, and

18   found a place in this organization --

19             THE COURT:  Right.

20             MR. PEASE:  -- and felt good about themselves because

21   of the work that they did for the community.  It was

22   appreciated and it was valued.  And you know where those

23   people are today?  They're unemployed.  They all lost their

24   jobs because the organization is now a -- it was in shambles

25   and is attempting to try to recover, which will take years to

1    try to get back to where it was.

2            And that's because this man looted the organization.

3    See, he used his power as a politician to allocate funds from

4    the State Treasury to support this organization, year after

5    year, to help it build and expand and buy equipment and hire

6    more of these people, who you heard from during the trial.

7            Yet the problem was he decided that being a public

8    official, being someone who has the ability to do good and

9    make a difference in our society, that's not its own reward.

10   It's not enough to be paid 100,000 dollars a year to be a

11   state legislator; it's not enough to have the ability to have

12   businesses to your legal work to my law firm so it can pay me

13   a million dollars a year; it's not enough inherit a bank from

14   my father and grandfather that pays me a quarter of a million

15   dollars a year; it's not enough to make millions of dollars a

16   year.  If I'm Vince Fumo, I have the ability to do good for

17   people and I'm going to do some good.

18           I'm going to do a lot of good, but you know what?  I

19   deserve something.  I deserve extra.  I deserve to have

20   Citizens' Alliance supplement my operations.  They should buy

21   me food so I can have these barbecues down on the shore.  They

22   should pay for polls for campaigns because hey, why should my

23   campaign account pay for all of this?  They should give me a

24   38,000 dollar minivan so I can run around down the shore.  Why

25   should I buy a car with my money?  Why should I use money that

1    I certainly could afford myself when I can have Citizens'

2    Alliance pay for all these things?  Why should I pay for a

3    trip to go to Cuba when I can take my friends and have

4    Citizens' Alliance pay for it?  Why should I pay for

5    bubbles -- a device that keeps bubbles flowing at the deck at

6    my shore during the wintertime so that the docks don't freeze

7    when I can have Citizens' Alliance pay for it?

8                THE COURT:  I forgot about --

9                MR. PEASE:  He stole, in large --

10               THE COURT:  -- I forgot about the bubbles.  I was

11   thinking of something else.

12               MR. PEASE:  Your Honor, he stole in large ways and

13   small --

14               THE COURT:  Yes.

15               MR. PEASE:  -- and he didn't need to steal; he did it

16   because he could, because he felt entitled.

17               What this case really was about was a public official

18   who did much good, and from doing much good, earned many, many

19   rewards.  He earned the adulation of a loyal staff; he was

20   reelected year after year with overwhelming majorities; he's

21   someone who everybody in this courtroom agrees did a lot of

22   good for Philadelphia by his leadership and his ability to

23   deliver on many projects that you're aware of through all the

24   letters you've received.

25               We don't quibble with any of that, Your Honor.  The

1  fundamental problem and disagreement we have here is that if

2  we allow public officials to do what he has done -- who

3  consider themselves to be so --

4          THE COURT:  They have to be punished.  There's no

5  question about it.

6          MR. PEASE:  Yes, Your Honor, absolutely.

7          THE COURT:  No question about it.

8          MR. PEASE:  And so the demise of Citizens' Alliance

9  is a result of Mr. Fumo looting it, misusing it, lying to the

10 IRS.

11         You know, we haven't spoken about that here in much

12 detail before.  One of the problems, when you operate a public

13 charity, is you have to report to the IRS on public tax

14 returns.  They're the only kind of tax returns that are

15 public; everyone else's are private.  And there's a reason for

16 that, because the taxpayers supplement nonprofit

17 organizations.  All of us -- all of us in this country who pay

18 taxes give these organizations a break by not requiring them

19 to pay taxes.  And the requirement is that you do good for the

20 public.  One of the rules is you can't engage yourself in

21 partisan political campaigns.  He knew that.  The other thing

22 you can't do is personally enrich yourself.  You can't use the

23 charity's money to buy yourself things if you control the

24 finances of the charity.

25         He broke both of those laws and lied about it on the

1  returns to the IRS.  And so the public didn't have the ability

2  to see and find out how is Citizens' Alliance paying these

3  bills.  You know why?  Because there was a carefully laid out

4  plan to create these for-profit subsidiaries.  So what

5  Citizens' Alliance did was it filed its tax returns every year

6  for the nonprofit, but created a dozen or more for-profit

7  subsidiaries, through which the monies that were allocated to

8  the organization flowed, creating, for example, Eastern

9  Leasing, a dummy corporation used to spend over 300,000

10  dollars for luxury automobiles, used for Mr. Fumo and for

11  his -- him and Ruth Arnao's --

12          THE COURT:  Yes, the tax issue always is fraught with

13  so many difficult concerns.  I don't think it's much time

14  spending time on -- but a lot of that was at the -- he had tax

15  lawyers and so forth, and setting up --

16          MR. PEASE:  Who he lied to.

17          THE COURT:  -- setting up -- setting up corporations

18  and things like that, it's beyond me what the business lawyers

19  do.  But that's a minor part of this whole thing.  The major

20  part is the Senate fraud and the obstruction.  Senate fraud,

21  Citizens' Alliance fraud and obstruction; they're the major

22  things.

23          MR. PEASE:  Well, let me -- let me, if I can --

24          THE COURT:  I don't mean to denigrate the other two,

25  but that -- they're the major, let's face it.

 1          MR. PEASE:  Just a few words about the Seaport

 2    Museum --

 3          THE COURT:  Yes.

 4          MR. PEASE:  -- which is also a victim in this case.

 5    He used his position as a board member to take for himself

 6    25,000 dollar cruises that he knew he wasn't allowed to take.

 7    He deprived the museum of its ability to raise revenue for

 8    itself by having other -- those charters available for other

 9    people to use.  It's about 135,000 dollars.  Okay, it pales in

10    comparison to the Senate fraud and the Citizens' Alliance

11    fraud, but it's important because it tells you about the

12    history and characteristics and the nature of the offense in

13    this case.

14          This is a guy who stole in any ways he could --

15          THE COURT:  He takes advantage of his position,

16    there's no question about it.

17          MR. PEASE:  He did.  As a board member of the

18    museum --

19          THE COURT:  I think so.  I mean I -- no question

20    about --

21          MR. PEASE:  So I think the Seaport Museum charges

22    help you to understand better what's going on inside this

23    man's head.  He thinks because he allocates funds and he's a

24    supporter of the Seaport Museum -- he's a nominal board attend

25    person who rarely ever attended board meetings -- but he knew

1  he could get the museum to splurge for these trips.  And when

2  one of these cruisers that the museum had was in Maine being

3  repaired, he had the museum spend over 10,000 dollars so it

4  could charter a luxury yacht so this man could take a

5  vacation.

6        He's a multimillionaire, making millions of dollars a

7  year with millions in the bank; he can pay for his own

8  vacations.  But he saw an opportunity and abused his power and

9  abused his position as a board member to make it pay for his

10  vacations.  Why should some struggling museum funded with

11  taxpayer money pay for a multimillionaire's vacations?  It

12  shouldn't.

13        But he's a thief.  That's -- to his core, he's a

14  thief, utterly dishonest and corrupt to his core.  And that

15  tells you a lot about the character and history of this person

16  and the nature of the offense.

17        But let me -- since Your Honor asked about it.  To

18  me, the obstruction of justice, as I think Your Honor quite

19  correctly noted, really is a very significant case.  In this

20  particular matter, as you know, the U.S. Attorney's Office

21  issued a subpoena to Citizens' Alliance in early 2004.  The

22  newspapers' coverage about this nonprofit organization and the

23  sourcing of its finances all led Mr. Fumo to have his staff

24  members engage in an enormous obstruction of justice.  We

25  know, from evidence that was produced during this trial, that

1  he directed Leonard Luchko to work with all the members of his

2  staff in Harrisburg and Philadelphia -- as well as to go over

3  to the Citizens' Alliance -- and delete any e-mails sent to

4  him or sent by him, and also to wipe the hard drives so there

5  wouldn't be any evidence of any of the crimes that we

6  uncovered.  It happened; systematically it went on.

7          But, you know, the amazing thing about it is not just

8  how many people were involved and how many computers were

9  wiped and how much evidence was destroyed.  It's so brazen

10  because in 2005, as Vicki Humphreys testified, the government

11  began asking questions of lawyers for Citizens' Alliance,

12  wondering why is it we have no e-mail; where's the e-mail,

13  what happened to it.

14          We were able to persuade Citizens' Alliance to let an

15  FBI examiner go and take a look at the hard drive of the

16  Citizens' Alliance computer.  And the FBI agents were able to

17  recover e-mail from that, which hadn't been wiped

18  successfully, which made it clear that there was this campaign

19  to destroy evidence.  And so all the while, even a year after

20  a full-blown criminal grand jury investigation is going

21  forward, witnesses are testifying in the grand jury, this man

22  is still telling his staff to destroy evidence so that the

23  prosecutors can't get it.

24          And then we get to trial, right?  And we -- and he

25  gets on the stand and testifies for six days.  And what does

1   he have to say for himself?  He comes up with these wild

2   stories about his lawyers telling him that it was okay to

3   destroy evidence as long as the subpoena wasn't put in your

4   hands.  But he's got no explanation -- no explanation for

5   Citizens' Alliance because he knew about the subpoena;

6   testimony in this trial proved he was aware of it.

7          And so what does he have to say about the

8   obstruction?  Well, Leonard Luchko, he did this on his own.

9   He went out on his own over to Citizens' Alliance, showed up

10  at the office at night and, without my knowing it, destroyed

11  all the evidence of my crimes.  And so we're supposed to

12  believe that.  That's one of the twenty-seven examples of

13  perjury in this case that Mr. Zauzmer talked about yesterday.

14  But here's a guy who thinks he's above the law; he doesn't

15  have to comply with subpoenas.  The answer is, I'm going to

16  destroy all the evidence, I'm going to get everybody to lie.

17         What's remarkable about this case is how many people

18  were involved in the effort to obstruct justice.  These people

19  knew -- they were instructed and some of them balked at it.

20  You know that -- from the testimony -- that some people were

21  really concerned about it, and yet they went along because

22  he's so powerful.  Nobody ever would dare cross Vincent Fumo.

23  Nobody would and they didn't.

24         And so what I've seen -- and what I know from Mr.

25  Zauzmer and my colleagues -- if there is a more egregious case

1    of obstruction of justice that was ever prosecuted in this

2    district, we're not aware of it.  The magnitude of it, the

3    audacity of it, the length of time it took.  Even after, Your

4    Honor -- even after the search warrants are executed at his

5    district office, we still have Leonard Luchko hiding, in his

6    home, PC cards containing evidence that were the subject of

7    subpoenas.  And so the FBI goes out and does another search

8    warrant and we find more evidence.  Subpoenas don't matter to

9    him, search warrants don't matter to him.  And it's only

10   through a remarkable effort of forensic examiners of the FBI

11   that we were able to pull together -- and by issuing subpoenas

12   to third parties who held e-mail that had been destroyed by

13   this man -- that we were able to pull enough -- pull together

14   enough evidence of the crimes to convict him.

15           And what's remarkable is just the willingness to

16   blame Leonard Luchko, who had no benefit from any of this.

17   He's the one -- one of the few employees that worked for him

18   who actually worked more than a full-time job.  The guy was

19   loyal to him to a fault.  And yet, when it's convenient, Mr.

20   Fumo blames him.

21           There has never been a bigger obstruction of justice

22   case in this district, Your Honor.  And for that reason alone,

23   it deserves serious punishment.  Because he didn't just

24   obstruct justice, he came into this courtroom, I cross-

25   examined him for four days and he lied, repeatedly.

1    Throughout every aspect of his examination, he lied.  He has

2    no respect for this Court, he has no respect for the law.  And

3    that's what we proved and it's clear.

4         I want to talk about the guidelines, if I can, Your

5    Honor.  In this case, as Your Honor has already made clear,

6    we're started at a guideline range of 210 to 262 months.  We

7    are, at the last proceeding, at 121 to 151.  And so that

8    itself is a significant difference.  Essentially, we're

9    starting at a place which is nearly double the starting point

10   we were at before.  And yet, through the defense submissions,

11   Mr. Fumo's lawyers are going to argue to you why the sentence

12   should still, nonetheless, be fifty-five months.

13        And there is a lot of criticism leveled at the

14   guidelines that you've read about in their submissions.  I'd

15   like to respond to some of the points the defense has made

16   about the fraud guidelines especially.

17        First, you were told that there was no empirical

18   analysis performed for the fraud guidelines.  Well, we know

19   that simply isn't the case.  Beginning when the guidelines

20   started in 1987, and through several amendments over the

21   years, the Sentencing Commission made clear they are the

22   result of empirical analysis.  We know, by studying Sentencing

23   Commission data since the Booker case was decided, that there

24   were over 51,000 cases in the United States sentence, in which

25   Section 2B1.1 was the principal guideline.  In just twelve

1    percent of those cases were defendants given a variance or a

2    departure; just 6,605 times.  The median decrease from the

3    fraud guidelines is in months -- is only about ten months.  So

4    12.74 percent of the time, there's a variance and it's only

5    ten months, not fifteen years, which is what the defense is

6    asking you to give.

7              In addition, you saw a sentencing analysis performed

8    by a consultant, which was attached to the defense

9    submission -- I believe it was October 28th -- where these

10   analysts looked through all the Sentencing Commission

11   sentences and data and tried to analyze and isolate a pool of

12   about 10,261 cases where the guidelines were at least 210

13   months.  And you heard that there were twelve occasions --

14   just twelve times out over 10,000 sentences -- where a

15   defendant faced the same range as this defendant, where the

16   court imposed a sentence less than sixty months.  That's one-

17   tenth of one percent.

18             So he is arguing to you that he is in the one-tenth

19   of one percent of those cases.  What's surprising is that

20   there aren't more occasions where that happened; there's

21   always going to be aberrations where the guidelines, for one

22   reason or another, overstate the seriousness of the crime.

23   For example, somebody who joins a conspiracy late; some of

24   these securities cases where the losses are in the billions,

25   which go beyond the top of the guidelines table.  Of course

1    there are going to be aberrations.  It isn't surprising that

2    there are some times when that happens, but that tells you

3    that federal judges around the country, in imposing sentence

4    in fraud cases, are essentially, for the most part -- except

5    about twelve or thirteen percent of the time -- faithful to

6    the guidelines.

7              In fraud cases nationally -- for example, last year,

8    the median decrease in months from the guideline range upon a

9    departure was just nine months.  For a downward departure

10   combined with a variance, the median decrease in months from

11   the guideline range was only twelve.  For a variance alone, it

12   was ten months.

13             In 2010, the Sentencing Commission surveyed federal

14   judges throughout the United States, inquiring about their

15   views about the fraud guidelines.  And judges responded about

16   their views regarding whether the fraud table was appropriate

17   or not.  Sixty-five percent of federal judges last year

18   expressed the opinion that the fraud guidelines were generally

19   appropriate; twenty-four percent, they thought that they were

20   too low.  So that's eighty-nine percent of federal judges in

21   the country believe they're either adequate or proper, or else

22   too low.  Only ten percent of the federal judges in this

23   country thought the fraud guidelines were over -- were too

24   high or too severe.

25             Contrast that with what we've seen in the area of

 1   crack sentencing guidelines and child pornography, where
 2   federal judges have roundly criticized the guidelines and
 3   found that they overstate the severity of the harm and impose
 4   too severe a punishment.  With respect to the fraud
 5   guidelines, the complete opposite is true.  And so the
 6   criticisms the defense levels at the fraud guidelines are
 7   simply factually wrong.  There's no basis for them and federal
 8   judges around the country are applying the guidelines, they're
 9   faithful to the guidelines, and the exceptions, where there
10   are variances and departures, are few and far between and
11   moderate in scope.  Nothing of the sort that's being advocated
12   here by the defense.
13           And so, essentially, what the defense position
14   amounts to is they're asking the judge to impose a sentence
15   that's just twenty-six percent of the bottom end of the
16   guideline range.  And there's no conceivable reason that we
17   can think of why he should get a seventy-four percent discount
18   from the bottom end of the guideline, Your Honor.  That's
19   essentially what the defense is asking the Court to do.
20           THE COURT:  Has that always been -- always been the
21   government's position here?  I mean there -- I bring that up
22   because the Internet has become such a part of our lives these
23   days and I found this article -- and this could all be
24   wrong.  It was in the Bar -- American Bar Association Journal
25   that Fumo, reportedly, could have taken a plea and gotten a

Page 40

1  five-year term.  Is that the position the government took at

2  one time?

3          MR. PEASE:  I'm aware of that position from his --

4          THE COURT:  You're aware of that position?

5          MR. PEASE:  -- I'm aware of his position.  It's

6  referenced in his e-mails and months before the indictment in

7  this case, there were some preliminary discussions about a

8  plea.  I don't think that plea discussions are appropriate

9  consideration for the position we're in now --

10         THE COURT:  Well, they're appropriate consideration

11 to me, considering --

12         MR. PEASE:  -- I will --

13         THE COURT:  -- whether or not you're being

14 disingenuous in your argument --

15         MR. PEASE:  -- I will answer your --

16         THE COURT:  -- I -- no, I simply raise that because I

17 saw that that struck me as something -- I was surprised to see

18 that.  And I've raised it because I bet this is just a --

19 Internet's something you can't rely on.  But -- and so I

20 raised it.

21         Okay, so pre-indictment stage, there was talk about

22 five years.

23         MR. PEASE:  We tried -- we tried to persuade -- and

24 the talks never got off the ground.

25         THE COURT:  Yes.

1          MR. PEASE:  We never remotely got close to any sort

2    of agreement.

3          THE COURT:  Okay.

4          MR. PEASE:  We knew this trial would be a long trial,

5    would consume --

6          THE COURT:  Yes.

7          MR. PEASE:  -- vast court resources, would tie a jury

8    up for -- in this case, it ended up being five months.  And so

9    in this case especially, and understanding that Mr. Zauzmer

10   and I, we essentially stopped working on every other case we

11   had for a period of eighteen months.  Before the trial started

12   and --

13         THE COURT:  I believe that.  Are you working any

14   other cases now?

15         MR. PEASE:  No -- well now I am, sure.

16         THE COURT:  Oh.  Okay.

17         MR. PEASE:  But -- so Your Honor, a case like this --

18   at least in our office's experience in the last thirty years,

19   there hasn't been a case that's consumed the resources that

20   this case had, in terms of two prosecutors, an agent working

21   on this case.

22         And so certainly, before the prosecution initiated in

23   this case, there were attempts, as per -- in virtually every

24   case I work on, we always try to see in a white-collar case,

25   what's the defense position, what's their view about their

Page 42

1    exposure, are they willing to engage in some discussion.  And
2    to induce that sort of discussion, certainly there are
3    alternatives suggested or floated; those never got off the
4    ground.  This is somebody who, to this day, thinks he did
5    nothing wrong.  He -- to this very day, he thinks he did
6    absolutely nothing wrong; there were no victims, he committed
7    no crime.
8              And here's the thing, Your Honor.  If you're
9    persuaded by anything else that I've said to you today or by
10   some of the remarks that he's made, take this into
11   consideration.  This is --
12             THE COURT:  What?
13             MR. PEASE:  Take this into consideration.  This is a
14   person who referred to the jury, who sat here for five months
15   and was never late --
16             THE COURT:  He referred to them --
17             MR. PEASE:  -- corrupt, dumb and prejudiced.
18             THE COURT:  -- he referred -- no, he referred to them
19   as dumb --
20             MR. PEASE:  Yes.
21             THE COURT:  -- partial, and corrupt.  Yeah, he did --
22             MR. PEASE:  He did.
23             THE COURT:  -- I saw that.
24             MR. PEASE:  This -- this jury was --
25             THE COURT:  Not -- not --

 1             MR. PEASE:  -- not dumb, it was not corrupt and it

 2    wasn't prejudiced.  We spent weeks picking that jury.  They

 3    were --

 4             THE COURT:  Prejudiced, that was the word, yes.

 5    Okay.

 6             MR. PEASE:  -- yeah, they were here every day.  They

 7    took six days deliberating on the counts in the indictment.

 8             And yet this man, he believes he's a victim of a

 9    corrupt -- not just the jury, okay?  When he was -- he -- this

10    whole system, from this District Court to the Court of

11    Appeals, is corrupt.  Everybody's corrupt.  The prosecutors

12    are evil, okay?  They are -- and in words I won't use in this

13    courtroom are the way he uses to describe us.  And you know, I

14    could care less -- to me.  To me, you know what?  You know

15    why --

16             THE COURT:  I would -- I would think so.  I would

17    think so.

18             MR. PEASE:  -- you know why?  It's a badge of honor.

19             THE COURT:  But you know, in our business --

20             MR. PEASE:  No, it's --

21             THE COURT:  -- you get used to that sort of thing.

22             MR. PEASE:  -- with this defendant, it's a badge of

23    honor to be called the names he called me.  By someone who is

24    so corrupt and dishonest as this defendant, it's a privilege

25    to be referred to and hated and despised by someone as corrupt

Page 44

1  as this man.

2          But it's not just me.  I could care less.  It's what

3  he says about this institution.  He got the benefit of

4  exercising his constitutional rights in a case that was hotly

5  contested by outstanding lawyers who fought every conceivable

6  defense they could bring to this case, and represented him as

7  well as any lawyers could represent anyone.

8          THE COURT:  And he's -- he's entitled to do -- he's

9  entitled to do that.

10          MR. PEASE:  And he -- he absolutely is.

11          THE COURT:  And as the courts have said, the mere

12  fact that he's exercised that right shouldn't be held against

13  him in sentencing.

14          MR. PEASE:  Absolutely not.

15          THE COURT:  I mean it's --

16          MR. PEASE:  Absolutely not, except what would happen,

17  Your Honor, you don't have the right -- the Supreme Court said

18  in Dunnigan -- you don't have the right to commit perjury; you

19  don't have a right to abuse the process.  You have a right to

20  a fair trial and it shouldn't be held against you.  And I

21  agree with all of that.  But you don't have the right to come

22  into this courtroom and lie.  You don't have a right to go and

23  call the jury corrupt, dumb and prejudiced.

24          And that's -- but those words tell you everything

25  that you need to know about this guy.  Because he hasn't

1    learned anything from -- his lesson.  And why is that

2    important?

3              THE COURT:  Well, you have --

4              MR. PEASE:  Why are we talking about this?

5              THE COURT:  -- you have the right to call anybody

6    anything you want to.  I don't want to pick hairs with you.

7              MR. PEASE:  Well --

8              THE COURT:  But it, certainly, doesn't speak well for

9    someone's judgment when they do that.

10             MR. PEASE:  It -- well --

11             THE COURT:  Yes.

12             MR. PEASE:  -- judgment, Your Honor -- but it's who

13   he is.  It's an honestly held belief.

14             THE COURT:  Or their character.

15             MR. PEASE:  Or his character.

16             THE COURT:  Yes.

17             MR. PEASE:  And so one of the issues is recidivism;

18   is, is this a person, somebody who's learned his lesson, who's

19   somebody who, when he gets out of prison, isn't going to

20   engage in the same kind of conduct he has -- he's been engaged

21   in.  And do we see that here?

22             Well, interestingly, you heard Mr. Fumo on the stand

23   testifying during this trial.  And you heard him talk about

24   how he was entitled to the Citizens' Alliance things that he

25   got, that there were perks and benefits and there's nothing

1    wrong with it.

2            Well, now what does he have to say about Ruth Arnao,

3    his co-defendant?  What does he say about her?  He says, "I

4    can't believe I had a life surrounded by such scum."  Right?

5    "That's a huge disappointment.  I guess I was too trusting and

6    too busy getting shit done to suspect that others were such

7    lowlife at heart."  He's talking about Ruth Arnao.  Okay?  He

8    says, "I didn't find out about that until after the

9    indictment.  These are expenses relating to the docks."

10   That's why I mentioned the docks, Your Honor.  "If I had

11   better control of my finances, I most probably wouldn't be in

12   here.  She, and others on my staff, ran all my money."

13           Here's the best one.  July 25th, 2011.  "Believe me,

14   if a crime was committed, it was Ruth who committed it."  Who

15   got the benefit of all this?  Was it Ruth Arnao?  Sure, she

16   got benefit.  She got a nice salary from Citizens', she got to

17   live the high life with him, but the vast majority of the

18   benefits went to him, not Ruth Arnao, yet now it's all her

19   fault.  It's all her fault.  And he and Mitchell -- or she and

20   Mitchell -- forget that most this "shit" was his and Ruth's

21   fault.  That's what he's got to say about that.

22           But he wants to settle scores, too.  We know from

23   reading these e-mails, he's planning to go on the attack after

24   Mitchell and Carmen -- that's an April 16th, 2011 e-mail -- he

25   wants to get Jim Schwartzman removed from the board of

1    directors of SEPTA.  Why?  Because he "stabbed me in the back
2    during my trial stuff".  He was the attorney who represented
3    Luchko, who made Mr. Zauzmer aware of the fact that Luchko had
4    been corresponding with Mr. Fumo.  And so we ended up not
5    putting him on the stand.  And because he -- that's a stab in
6    the back because he didn't help him escape a conviction.  If
7    you're not willing to help this man escape a conviction, then
8    he's -- you stabbed him in the back.  He's coming after you.
9            How about the "Et tu, Brute" list?  People like
10   Sprague, Geoff Johnson, Bob Scandone, Jim Kenney, just to name
11   a few.  And so he wants to come out of jail after exacting his
12   revenge on people to the extent he can still do it.  And he
13   wants to lobby.  He wants to go to Harrisburg and train a
14   whole new -- whole new group of legislators on what it takes
15   to get things done in Harrisburg.  This man -- that's what he
16   wants to do.
17           And in recent defense submissions, they denigrate
18   that.  They say well, he's not really serious, that's not
19   really -- he realizes he can't do it.  Well, that's
20   interesting because they cited a May 23rd e-mail where he
21   expresses doubts about this because that's the day the Court
22   of Appeals argument occurred and he was a little down that
23   day.  Seven other times afterwards, he expresses to five
24   different people that he's planning to go out and be a
25   lobbyist.  He's going to set up his office.  He wanted his

1   daughter to go talk to the CEO of a public accounting firm to

2   let him know that he's going to be setting up a lobbying firm.

3   He's converting the master bedroom in his house in Harrisburg

4   to -- so that it can hold a consulting and lobbying business.

5   This is the last person we want to let loose on Harrisburg, to

6   let them be trained in the ways of getting things done.  And

7   yet, that's exactly what he wants to do after he gets his

8   revenge on everybody who he thinks wronged him.

9           So we get beyond specific deterrents and talking

10  about general deterrents.  And I just want to talk -- a couple

11  of courts have talked about this issue in public corruption.

12  A district court in Illinois said unlike some criminal justice

13  issues, the crime of public corruption can be deterred by

14  significant penalties that hold all offenders properly

15  accountable.  In -- the Eleventh Circuit, in Martin, said

16  defendants in white collar crimes often calculate the

17  financial gain and risk of loss in white collar crimes.  And,

18  therefore, can be effected and reduced with serious

19  punishment.

20          What I say is a public is a public trust.  And the

21  trust that was emplaced in this man was violated.  It was

22  violated not just by one mistake, not just by a momentary

23  indiscretion.  It was violated on a daily basis for years by

24  invoking the assistance of dozens of people in many respects,

25  two charities, the Senate of Pennsylvania, and then, when he

1    got caught -- when he was worried about being caught -- a

2    massive obstruction of justice.  And to this day, he is still

3    trying to deceive this Court by making false statements about

4    his drug addiction so that he can get a bigger break.  That's

5    what is going on here, that's what this case is about.

6           And we're to send a message to people who would

7    engage in these kinds of crimes.  The sentence has to match,

8    okay?  It has to come close, if not be a guideline sentence.

9    The only way to ensure uniformity across the country in

10   imposing sentences upon similar offenders is to first look to

11   the guidelines and give them serious consideration.  And

12   that's what we're asking this Court to do.  In this case, the

13   guidelines are seventeen to twenty-one years, approximately.

14          We're looking at -- and especially, in looking at

15   other cases, one of the issues the Court has to address is

16   whether the sentence in this case will result in a disparity

17   with other cases.  And we noted -- and one of the reasons I

18   quoted some of those national statistics is because we pointed

19   out some of the examples in this Court in recent years of

20   different sentences arguing that the sentence originally

21   imposed results in a disparity.

22          And the response was an attack on the fraud

23   guidelines.  And so I've tried to address -- and we did in our

24   most recent submission -- that really, the fraud guidelines do

25   get significant deference by judges around the country.  And

1  so the kind of variance and departure -- well, departure is
2  off the table.  The kind of variance that's being advocated
3  here is completely inconsistent with the mainstream of what
4  judges do on a national basis.  But you have to look no
5  further than cases involving -- recent cases like John Carter,
6  Corey Kemp, Rick Mariano and the others that we cited in our
7  memo -- to look at those and see and realize that the sentence
8  imposed in this case needs to be a significant sentence.
9  We're advocating a sentence, Your Honor, of fifteen years.
10          But in looking at that, I just want to -- quickly,
11 I've got -- I see I've got a few minutes before my hour's up.
12          THE COURT:  Yes.
13          MR. PEASE:  If I can, I want to talk about some of
14 the other aggravating factors that exist in this case.
15          First, in the original sentencing proceeding, we
16 asked for a variance upward, based on the loss of public
17 confidence in the integrity of the electoral system.  And
18 we -- I asked Mr. Contino to come and testify this time to try
19 to put more details into our thinking, into our rationale and
20 for why we believe that that's an appropriate case.
21          And in this case, he testified that the public gets
22 demoralized when they see that their public officials take
23 advantage of the opportunities given to them.  People feel
24 powerless to affect the daily functioning of government.  They
25 feel they don't have a say in the electoral process when

Page 51

```
 1   public officials abuse the trust of the taxpayers.  And that's
 2   exactly what happened here.
 3          And it isn't just my position.  Courts around the
 4   country have agreed with it.  In the Spano case, the court
 5   said public corruption --
 6          THE COURT:  I don't agree with -- I don't disagree
 7   with your fundamental proposition there on that.
 8          MR. PEASE:  Okay.  Well, my only position is --
 9          THE COURT:  I really don't disagree with that at all.
10          MR. PEASE:  Okay.  The other thing, Your Honor, I
11   just wanted to quickly mention, with --
12          THE COURT:  Trying to point out to you throughout
13   this, I think what he's done is -- I agree with Mr. Contino,
14   what he said.  It corrupts the whole democratic procedure and
15   people do feel helpless.  They can't do anything.  As a
16   practical matter, they have one vote.  They can't do anything.
17   So I agree with that.
18          MR. PEASE:  The guidelines in this case don't also
19   take into account losses to Citizens' Alliance.
20          For example, Citizens' Alliance spent over 2.1
21   million dollars on legal fees to the defense in this case.
22   This bizarre, ironic fate here, the organization that was
23   defrauded and from which over a million-and-a-half dollars was
24   stolen is now advancing fees to the person -- to represent
25   him -- who stole the money.  Well, it can't recover this
```

1  money.  I talked to the State Attorney General's Office the

2  other day and I asked them are you able to pursue recovery of

3  the 2.1 million dollars that was advanced for the defense in

4  this case?  And the Attorney General's Office told me that

5  they -- they're not planning to do it; the assets aren't there

6  from Ruth Arnao, and so they've given up.  So that was -- that

7  money will never be recovered.  That 2.1 million dollars is

8  not part of the loss number in this case.

9          The other thing I learned from talking to the

10  Attorney General's Office was that Citizens' Alliance had to

11  repay 387,500 dollars to the Penn's Landing Joint Operating

12  Committee for a grant that had been given to the organization

13  years ago because of the way the funds were misused by Fumo

14  and Arnao.  So this struggling organization that's on the

15  verge of collapse, that's trying to survive and provide these

16  services, not only did it lose 2.1 million dollars in legal

17  fees, it just paid 387,000 dollars back, money it didn't have.

18  We've already talked about the fifteen people who lost their

19  jobs.

20          And on the Seaport Museum side of things, they've

21  struggled with the bad publicity.  The organization has

22  struggled to attract donors and restore its reputation as a

23  result of these crimes.

24          Your Honor, the last thing I want to address in my

25  remarks is, I want to just talk about restitution.  And this

1    is a particularly galling issue, as far as I'm concerned.  And

2    the reason I say it's galling is because Mr. Fumo wants to try

3    to escape responsibility for paying restitution in this case.

4             Now, I understand Your Honor has already decided that

5    you agree with the government's position, but it says an awful

6    lot about the character --

7             THE COURT:  I don't know what more I can do in the

8    area of restitution.

9             MR. PEASE:  Right.  I mean it's mandatory, the

10   mandatory victim restitution that requires the order of

11   restitution to victims.  The mandate was a general -- the

12   vacation of the original sentencing order was a general

13   mandate.  And so this Court has to reconsider the issue from

14   scratch.  And in that case, we've made it very clear that in

15   this case, the loss, including prejudgment interest, to all

16   the victims, in total, is $4,218,813.45, and we've included

17   those numbers in our submission to the Court.  So I'd urge you

18   to impose restitution in this case, including prejudgment

19   interest, which the Court of Appeals has affirmed was properly

20   awarded by the Court at the original sentencing hearing.

21            I just want to close on these notes, Your Honor.  In

22   decided what a fair and just sentence is, obviously, one of

23   the most important things you look to is the severity of the

24   crimes.  And here, they were egregious, severe, curried over

25   many years with multiple victims, and an amazing obstruction

1    of justice.  So there's no question about that.

2          Then we look to the heart and nature of the crimes.

3    There -- in this case, he was convicted of fraud.  And it's

4    interesting because his lawyers, in their defense submission,

5    they talk about -- that this basically was a case in which the

6    charge was fraud.  But what I suggest to Your Honor is that

7    it's much more than fraud.  It's also a fraud -- it's an

8    attack on democracy, is what Mr. Contino said.  So this is no

9    ordinary fraud case.  While the convictions were essentially

10   of a nature involving fraud, the crime itself was an attack on

11   our fundamental institutions and on our democracy.  And there

12   is no way to account for that in the sentencing guidelines;

13   there's no two-level enhancement for attacking democracy when

14   you engage in a fraud scheme, but it's something that needs to

15   be considered in deciding what the sentence is.

16         You also should consider the fact of whether or not

17   this is a person who is remorseful and who recognizes that

18   he's engaged in wrongdoing.  In other words, has he learned

19   his lesson?  Has he learned anything from the experience of

20   having sat in this courtroom for five months, listening to

21   over a hundred witnesses testify, listening to -- or learning

22   about the Court of Appeals' decision?  Has he learned anything

23   at all in this case?  And no, he's still somebody who thinks

24   he's above the law, who's looking for any way to escape

25   justice, who will say anything it takes to get a break, and

1    whose credibility is not worthy of anything.  That's who this

2    person is in front of you.  And when he gets out of jail

3    someday, is he going to go back and engage in the same types

4    of offense conduct which we've seen him engage in?

5            And the answer is he will.  He's somebody who says "I

6    got convicted of technical bullshit."  That's how he talks

7    about the crime, in his words.  He says he's Christ-like.  He

8    compares himself to Julius Caesar.  And he -- and the most

9    galling is that he says his plate's comparable to the millions

10   of Jews who were killed during the Holocaust.  This is no

11   martyr.  This man is no victim.  Nothing could be further from

12   the truth.  He is a criminal who engaged in a systematic

13   effort to defraud the Senate and its two nonprofit

14   organizations, lied about it repeatedly during his trial, is

15   continuing to engage in fraudulent conduct, planning revenge

16   on those who he thinks -- who did him wrong.

17           And it's interesting.  I went back to look at what he

18   said to Your Honor at the first sentencing hearing.  It's

19   really telling.  July 14th, 2009.  Here's what he said to Your

20   Honor.  "All I can say, Your Honor, is that I've done my best,

21   given of myself.  The things I did wrong, I never, at the

22   time, thought they were, except for that stuff at Citizens'.

23   And I apologize for that lapse in judgment.  In retrospect,

24   would I have done it different?  Maybe.  Could I have done it

25   different?  Probably not.  I couldn't have gotten the results

1    I got by being a bureaucrat.  I couldn't have gotten the

2    results I got sitting there meekly."

3           So he -- this all fits into this victim mentality,

4    that because I'm so powerful, because I've done so much for

5    Pennsylvania, because I've been successful in many of my

6    interests, including banking and lawyering and being a pilot

7    and being a successful legislator, I don't have time for this

8    crap.  These rules, they don't apply to me.  It's "technical

9    bullshit".  I can steal four million dollars.

10          And that's really what this boils down to.  This is a

11   man who stole four million dollars, who comes into this

12   courtroom, asks for a seventy-five percent discount off the

13   sentence.  And the basis, essentially, for that discount is

14   because I'm such a great legislator, because I do such good.

15          Yet the crimes he committed, he ignores and he

16   essentially ridicules them and said well, you know, it's

17   fraud, it's "technical bullshit".  You know, I could have done

18   it differently, but you know what, I couldn't have been as

19   great.

20          THE COURT:  You're getting slightly repetitive now,

21   Mr. Pease.  So --

22          MR. PEASE:  Your Honor, the sentence in this case

23   should be a guideline sentence for all the reasons I've said.

24   I urge you to impose that sentence on this defendant.

25          THE COURT:  Thank you for your very professional

1    comments here, Mr. Pease.

2              MR. PEASE:  Thank you.

3              THE COURT:  Does the defense wish to close now?

4              MR. COGAN:  Mr. Buffone is going to do the first part

5    on the health issues.

6              THE COURT:  Okay.

7              MR. BUFFONE:  With the Court's permission, Your

8    Honor, I'll take about ten to fifteen minutes and turn it over

9    to --

10             THE COURT:  Okay.

11             MR. BUFFONE:  -- Mr. Cogan.

12             I'd like to address the --

13             THE COURT:  That would be plenty of time on this

14   issue, yes.

15             MR. BUFFONE:  I'd like to address the request for a

16   medical variance, based on age and ill health.  Your Honor, we

17   just heard a lengthy presentation that I think asked Your

18   Honor to essentially disregard the teachings of the Supreme

19   Court and the mandates of the statute 3553(a), which governs

20   the third step Gunter process that we're engaged in, is quite

21   clear.  "The court shall impose a sentence sufficient, but not

22   greater than necessary, to comply with" the terms of 3553(a).

23             Not once in 170 pages of briefing or in an hour of

24   presentation to Your Honor this morning does the government

25   recognize the parsimony principle that must guide Your Honor:

Page 58

1    "sufficient, but not greater than necessary".  And what we

2    just heard this morning runs contrary to the Supreme Court's

3    teaching in Gall: that you can't presume that the advisory

4    guidelines are reasonable nor require extraordinary

5    circumstances for non-guideline sentences.

6              THE COURT:  I think in fairness to the government,

7    they're only suggesting that the definition of what's

8    sufficient is something they think is higher than what you do.

9    And certainly, when you have broad terms like that, they are

10   subject to different interpretation.  But what we, meaning the

11   Court, hope is that people will look at it as a reasonable

12   person and realize that reasonable people can disagree.  So

13   with that little blurb, continue with your --

14             MR. BUFFONE:  Okay, Your Honor.

15             THE COURT:  Okay.

16             MR. BUFFONE:  I think that's -- I don't disagree with

17   Your Honor, but I think the important thing is that 3553(a)(1)

18   requires that this Court look at --

19             THE COURT:  Oh, I know.  I'm -- I think it's the best

20   guideline this Court has.

21             MR. BUFFONE:  Yeah, and --

22             THE COURT:  And it's a great tool in forming our

23   sentence, in consideration of those items.  That's just a --

24             MR. BUFFONE:  And Your Honor --

25             THE COURT:  -- that's the tool we have to do a very

1    difficult job, is to go down those items and consider them.

2            MR. BUFFONE:  And Your Honor, the very first one:

3    "the nature and circumstances of the offense".  Per Your

4    Honor's position, that's correct.  "[A]nd the history

5    and characteristics of the defendant".

6            THE COURT:  Right.

7            MR. BUFFONE:  Let's talk about "the history and

8    characteristics of the defendant".  What the government tells

9    you is this is quite simple; he's dishonest in every respect,

10   utterly dishonest to the core.  When it comes to things like

11   his documented health problems, the Court's asked to

12   essentially disregard them; they're preexisting conditions.

13   That word "history of the" offender somehow disappears from

14   the statute.

15           Your Honor, this isn't a preexisting condition that,

16   like a healthcare company, Your Honor can disregard.  His age

17   and health are serious sentencing factors that the statute

18   requires we consider.  The Sentencing Commission recently

19   amended the age and health guidelines relating to departures.

20   Not a request for a departure, Your Honor, but it's --

21           THE COURT:  Yeah, I understand.

22           MR. BUFFONE:  -- interesting what they did.  The

23   Sentencing Commission said that age and health may warrant a

24   sentence outside of the applicable guideline range if the

25   characteristic, individually or in combination -- that's age

Page 60

1    or health -- with other such circumstances is present to an

2    unusual degree and distinguishes the case from the typical

3    case covered by the guidelines.

4            THE COURT:  Of course, as you probably know, I read

5    that before coming in here.  And that was why the question of

6    is this an unusual degree, and I don't know.

7            MR. BUFFONE:  Well, let me address that, Your Honor.

8            THE COURT:  I was trying to -- as you might -- as for

9    my questioning, I was trying to determine that from what I had

10   before me.  So go ahead.

11           MR. BUFFONE:  Let me address that, Your Honor.  I'm

12   just going to run through what Mr. Fumo has been diagnosed for

13   and treated for; what there's a record before Your Honor to

14   sustain.  Coronary heart disease, he's had a heart attack,

15   he's a stint in one of his arteries, he's had a mitral valve

16   operation, he has high cholesterol, he's been diagnosed with

17   hardening of the arteries -- plaque in his arteries -- that

18   needs to be treated, and chronic arrhythmia.  That's a serious

19   heart attack that some of the leading cardiologists in this

20   city have identified as a serious matter.  The Bureau of

21   Prisons doctor, who testified, I think, very straightforwardly

22   to Your Honor recognized that this is a serious problem.

23           And it's even more serious when taken in combination

24   with the other things that Mr. Fumo suffers from.

25   Hypertension; diabetes; chronic kidney disease, stage 3.  And

1  you heard the good doctor from the Bureau of Prisons testify

2  that he is very concerned about the comorbidity of the

3  diabetes, the hypertension and the cardiac disease.  Severe

4  cervical and lumbar degeneration of his discs that required

5  multiple operations and the placement of titanium rods in his

6  back.  Restless leg syndrome.  Doesn't sound serious, but you

7  know from Mr. Fumo's e-mails that it is the thing that most

8  bothers him, that deprives him of sleep, makes him pace his

9  cell at night.  Gastrointestinal diseases and then psychiatric

10  diseases.  And again, no dispute, anxiety disorder,

11  depression, insomnia, obsessive compulsive disorder.

12       Dr. Manenti testified to Your Honor that he's seeing

13  ominous signs with this individual, that he should be treated

14  by a cardiologist.  And I was pleased to hear that he's going

15  to make a personal mission to go back and make sure that he

16  is.

17       This is not about the adequacy of the medical

18  treatment that Mr. Fumo received.  It is about the existence

19  of these conditions.  And no one has challenged their

20  existence.  All we hear is the government saying --

21       THE COURT:  No, I know.  I know that.  I had said I

22  don't want to belabor this, but I -- are they present to an

23  unusual degree?  And I was -- I don't know if there's any

24  evidence on the record one way or the other on that.

25       MR. BUFFONE:  Well, Your Honor, there is.

1           THE COURT:  We don't -- do we have -- okay, who --

2           MR. BUFFONE:  Dr. Manenti, yesterday, said that if we

3      took the Bureau of Prisons population of approximately 200,000

4      prisoners, that there would be about 8,000 inmates who had one

5      of the conditions that Mr. Fumo has.  I --

6           THE COURT:  Yes.  Then there was less that have all.

7      I know it came around two percent.  I was doing some math up

8      here.

9           MR. BUFFONE:  Yeah.  I think that's about the

10     calculation that we have, Your Honor.  So --

11          THE COURT:  That is kind of rough, but I did that,

12     yes.

13          MR. BUFFONE:  So it is unusual.  And I think common

14     sense tells us that anyone with that list of maladies, for a

15     sixty-eight-year-old man, is not the equivalent of the average

16     sixty-eight-year-old man that Your Honor knows.  It's not the

17     equivalent of the general population, it's not the equivalent

18     of the prison population.

19          What do we hear from the government about this?  The

20     government belittles his health.  The government says that

21     this is the result of nothing more than an ordinary man for

22     his age, that Fumo himself doesn't think he's sick, citing e-

23     mails that he sends to his friends and family saying "I'm

24     feeling fine", and reading into that that he must be dealing

25     with these situations and not suffering from these chronic

1    diseases.  They blame it on him for not following the advice

2    from the Bureau of Prisons when we heard the doctor in charge

3    of the Bureau of Prisons say that he is a compliant patient.

4    They claim that he doesn't take his heart condition seriously

5    because he doesn't take -- renew his nitroglycerin tablets.

6    Well, you saw that's the one thing that he's able to carry

7    into this courtroom, that there is some confusion about the

8    expiration dates, even to the doctor who examined them.  They

9    claim that he's responsible for putting on --

10            THE COURT:  Well I think the nitroglycerin pills were

11   on an as-needed basis, I guess.  Isn't it?

12            MR. BUFFONE:  Yes, Your Honor.  You only take it when

13   you --

14            THE COURT:  And that's kind of a -- that creates

15   problems with when you get new every refill or something --

16            MR. BUFFONE:  If you don't use it, you don't know --

17            THE COURT:  Yes.

18            MR. BUFFONE:  -- that you have to refill it.

19            THE COURT:  Yes, yes.

20            MR. BUFFONE:  That he put on weight in prison, when

21   they admit -- again, the doctor testifies, he's doing quite

22   well on his diabetes.  The ill health is somehow Mr. Fumo's

23   fault.  If that doesn't work, blame it on the doctors.

24            And that takes us to the RDAP matter, Your Honor.

25   The government has hypothecated some broad conspiracy, begun

1  by Mr. Fumo, participated in by all of the professionals --

2  the doctors, the lawyers, the consultants -- to somehow

3  deceive this Court and the Bureau of Prisons about his --

4          THE COURT:  Well, let me shortcut you there.  I'm not

5  going to make any finding with regard to RDAP.  This

6  required -- would require a much longer and detailed hearing

7  for me to determine that he is or is not entitled to RDAP or

8  that he cheated and tried to get all these false reports.

9          I'd have to examine all kinds of people to make a

10  determination there.  And, of course, that's not my role.  The

11  Bureau of Prisons has made a determination, I believe, that

12  he's not entitled to it, right?

13          MR. BUFFONE:  Well, Your Honor, that's correct.

14  Although it's pending appeal and there was a slight mistake

15  with the record here.  When the government says that no one

16  ever --

17          THE COURT:  Okay.  But -- so that's not --

18          MR. BUFFONE:  -- no one ever said he was admissible.

19          THE COURT:  I'm not going to make a finding on that

20  because I don't think I have the -- I don't have the evidence

21  here to make a specific finding on that and I'm not going to

22  do it.

23          MR. BUFFONE:  Well, Your Honor, I'll stay away from

24  it, then.

25          THE COURT:  Yes.

 1          MR. BUFFONE:  And let me just say, in conclusion,

 2   again, I appreciate the genius of the statute and Your Honor's

 3   very difficult task in weighing the severity of the offense

 4   and considering the offender characteristics.  And the

 5   government gives you a one-sided view of this, again, that his

 6   health problem is somehow not relevant because he had it

 7   before he committed the crime.  And all of the good works that

 8   Mr. Fumo engaged in, what Your Honor found, that they're

 9   somehow irrelevant, that they can't be taken into

10   consideration, that whatever bad there is in Mr. Fumo, that

11   there can be no good, in the government's view.

12          Your Honor has to have a far more broad and fair,

13   balanced view of Mr. Fumo.  And we submit that there is a

14   basis for a significant variance here, based upon his

15   extraordinary ill health when combined with his age and, as

16   Mr. Cogan will address, the unique good works that he

17   performed for the community here.

18          THE COURT:  All right.

19          MR. BUFFONE:  Finally, Your Honor, just very briefly.

20          THE COURT:  No, no, that's all right.

21          MR. BUFFONE:  On the question of disparity in the

22   federal sentencing guidelines.  I'm not going to tout my own

23   horn here, but I was chairman of the American Bar

24   Association's Committee on Sentencing; I was the founder of

25   the Practitioners Advisory Group to the Federal Sentencing

1    Commission.  I went to every one of their meetings.  I
2    attended all the working group meetings on the adoption of the
3    fraud guidelines.  It is simply a misstatement to say that it
4    was empirically based.  It was not based on the initial 10,000
5    case sample that the Commission had before it.  The sea change
6    in the guidelines from the -- taking the theft and the fraud
7    guidelines and combining them into the current guideline with
8    the procedural rigor that the government attributes to it.
9          But that really doesn't matter because for 3553(a)
10   purposes, Your Honor is the determinant of how much weight to
11   give to the guidelines as one of many factors, how much weight
12   to give to the fraud tables as determinative of what the
13   sentence should be.  And in the end, Your Honor must consider
14   all of the 3553(a) factors and make a finding on each of them.
15   And we submit that when you do, Your Honor, you will find that
16   a significant variance is warranted here.
17          THE COURT:  Thank you.
18          Mr. Cogan?
19          MR. COGAN:  Well, we're still on this case.  We
20   started it a long time ago.  To say that this has been a long
21   and difficult road that we've taken -- all of us -- would
22   obviously be an understatement.  It's been difficult for many
23   people.  It was difficult for the lawyers involved on both
24   sides.  I'm sure it's been difficult for the Court.  It's
25   especially difficult for the defendants in this case, Ms.

1   Arnao and her family and the people who care about her, and

2   especially difficult for Vince Fumo and all the people who

3   support him and love him and know him for the man he really

4   is.

5           When I say this was a long road, Judge, as the weeks

6   of this trial rolled into months and I found my energy level

7   heading toward the empty mark on the meter, I whispered to my

8   opposing counsel in the morning, before you came out on the

9   bench, some words I actually heard somebody else say in a

10  different context.  But I said surely, in order for a case to

11  be memorable, it need not be interminable.  And here we are,

12  we're still on this case.  And hopefully, today will be the

13  final chapter and finally bring finality to what has been this

14  long, long proceeding.

15          But I can say that the consequences of this case --

16  the conviction, the sentence that was imposed earlier that was

17  vacated and the sentence you impose today -- those

18  consequences will be with my client till the day that he dies,

19  a day that the prosecutors in this case undoubtedly believe

20  should take place in a federal prison.  For, in this case --

21  and I want to talk about the nature and circumstances of the

22  offense in a short while -- in this case that does not involve

23  bribery or extortion or selling of one's office, the

24  government continues to press for a sentence that they know

25  substantially raises the odds that Vince Fumo leaves prison

1  only in a coffin -- that's how serious they think this case

2  is.

3          I've been appearing before you, off and on, in cases

4  since the late 1990s.  I looked it up a week ago.  I won't

5  mention the names of the cases; they are long forgotten, I'm

6  sure.  And despite your genial manner, I know that you don't

7  like showboating or exaggerations.  You certainly don't like

8  it when lawyers misrepresent things to you.  And so I'm going

9  to try to be moderate in my language here today, temperate in

10  what I have to say, but there are a lot of things -- I'm not

11  going to take, probably, as long as my opposing counsel in

12  this case, the two of them combined --but things about this

13  about this case that need to be said.

14          And even though, as always at a sentencing, I'm

15  mindful of the fact that I'm addressing an audience of one;

16  the one in front of me and not the one behind me.  But based

17  on everything that everybody has said in this case and based

18  on my own knowledge of this case and the Court's and everybody

19  else's, I can't be unmindful of the fact that this is a matter

20  of great public interest.  All you have to do is look around

21  and read the blogs and the newspapers and all the rest of it.

22  And you do, too.  You know that, and you commented on that

23  last time, at the original sentencing, and also, some of the

24  press coverage that could have affected how some people saw

25  this case as opposed to what we saw in this courtroom.

1        I'm not going to comment too much about, at this

2    moment, the kind of coverage in this case.  It is sufficient

3    to say that the power of the press is just that: powerful.

4    And it starts a conversation, frequently, that causes a herd

5    mentality.  And I hate when people generally attack the press.

6    I do mean that; I'm not being disingenuous and I'm not trying

7    to curry favor to anybody.  I don't like when lawyers, every

8    time they hear something said about them, they make sure they

9    send out a threatening letter that we're going to sue you if

10   you do it.  I've never done that, although there are things

11   that I read about clients and friends that got me upset.

12        The press, at its best, educates.  It can be

13   enlightening.  And there's another side to it, as well, as

14   much as I would always stand on the side of people who defend

15   its precious right, freedom of the press.  The other side is

16   that it can be mean-spirited, it can be selective in its

17   reporting.  And what's important are the consequences of that.

18        The government has taken the position, in this case,

19   that there is a certain kind of public expectation, and I

20   agree.  On the other hand, what -- when we look at the

21   salutary sentencing goal of trying to, as part of the

22   evaluation you must do under 3553(a)(2), in addition to all

23   the other things you must consider in trying to determine what

24   the appropriate sentence should be, you have to take into

25   consideration the need to promote respect for the law, which

1    is quite different than trying to determine which way the

2    winds of public opinion are blowing at a given moment.

3            A subject that was so effectively addressed by John

4    Kennedy years ago, that what is right is not necessarily what

5    is perceived to be the most popular at a given moment.  That

6    was the book "Profiles in Courage" that he wrote, that he won

7    the Pulitzer Prize for, long before he became President.

8            The government has fought mightily in this case to

9    tell us what the public demands.  What the public demands.

10   And they've lectured everyone about public expectations and

11   they somehow equate that with what you should do in trying to

12   determine what is a sentence that would adhere to that concern

13   that you must have about promoting respect for the law.  The

14   lecturing in this case, quite honestly -- I never like to use

15   too many superlatives -- is nothing like anything I have

16   experienced in my career, which is already long and not

17   totally uneventful.  And I never had the chance -- I thought

18   about it one time -- to sit where you sit, but I know, as the

19   Court knows, that when you have things like we had in this

20   case -- things that you've experienced in your long career as

21   a lawyer and a judge -- I've seen things in this case that I

22   never expected to see, that frighten me a little bit -- and

23   maybe that was too much of a stretch to say I'm frightened

24   about it.  The government's told you about how people perceive

25   things.

1          The former United States attorney in this district,

2     Peter Vaira, who, ironically, was the United States attorney

3     who indicted Fumo and Camiel and those other people back in

4     the late '70s, publicly stated in the presence of former

5     assistant United States attorneys, criminal defense lawyers at

6     a criminal law symposium right after the sentencing, the

7     coverage in the Fumo case was more of a media circus than that

8     which was experienced in the famous Sam Sheppard murder case.

9          Now, I don't know if you remember the Sam Sheppard

10    murder case.  That was the guy who was convicted of killing

11    his wife in Ohio and his case finally went to the United

12    States Supreme Court and was reversed because of the fact that

13    he was prejudiced by the surrounding circumstances of the

14    media.  It's what people of another generation remember as

15    that television series "The Fugitive".  You know, Richard

16    Kimble and the one-armed man.  But unlike in that movie, the

17    one-armed man didn't -- Kimble never eventually went to jail,

18    unlike Sheppard, who spent like ten years in jail before he

19    got a retrial and he was acquitted.

20         So public expectations take into account a lot of

21    things.  And I do agree, as much as I defend, like everybody

22    else who's sensible in this country -- the need to have an

23    independent press, I can't ignore the fact that there are

24    things here that I never saw before.  Now, it is true -- it is

25    true -- and we all know it, and since everybody's being frank

Page 72

1    here about what's going on on the outside here -- that the
2    government was quite outspoken, expressing its dissatisfaction
3    with the sentencing last time.  And it's true that the public
4    conversation out there, what a lot of people were speaking
5    about, was defined somehow by the government's sense of
6    outrage.
7            Outrage is a word that the government, in this case,
8    uses -- or a form of it -- quite frequently.  You can find it
9    in all of their briefs that they filed.  So many comments that
10   they've made during the course of this case.  Lost in the
11   reaction after the sentencing was the reaction I gave to the
12   press immediately thereafter, when I finally decided to talk
13   to the press now that the proceedings were over; hadn't done
14   it during the trial.
15           And what I said was this.  Somebody asked me do you
16   consider it a win.  And I said win, my client's going to jail
17   for fifty-five months, he's been fined more than 2.5 million
18   and with prejudgment interest that His Honor has already said
19   he's going to make part of the sentence, it's going to be
20   about 2.7 million dollars.  I was wrong; it's higher than that
21   and it's been paid.  He paid for it.  And the financial
22   consequences, as you see in the e-mails from that sentence as
23   well as the staggering counsel fees that he's had to pay to a
24   variety of lawyers over the course of so many years has taken
25   its toll.  And now he gets to go to jail after being crushed,

1   having lost so much, having this terrific fall from grace,

2   having him dragged through the mud for years, this public

3   embarrassment, losing everything and what he found important

4   in life in terms of his work history.  He goes to jail for

5   fifty-five months.

6            That's not a slap on the wrist.  I don't consider it

7   to be a light sentence.  And the reason I said that is

8   because, unfortunately, as most criminal lawyers who have

9   practiced for a long time in both the federal and state

10  system, I know something about what it's like to be in jail

11  because I visit there.  The good people at FDC, the

12  correctional officers -- most of whom I just really like a

13  lot -- when I walk in, they always say the same thing because

14  I was there the very first day that that place opened.  I

15  wanted to kiss the ground because I didn't have to drive to

16  Schuylkill in the morning to see a client who was facing trial

17  here in the district.  And they said Cogan, you've got more

18  time in than most of the prisoners here, because of all the

19  time I spend in jail.  I know what it's like just to get into

20  the place, wait an hour, an hour and fifteen minutes

21  sometimes, before they bring your client down.  Maybe it's --

22            THE COURT:  That, of course, is a different facility

23  from where the defendant is spending most of his time.

24            MR. COGAN:  Yeah, I'm going to talk about that.  I'm

25  just talking about the notion --

1           THE COURT:  I've been -- I've been in prisons, too --

2           MR. COGAN:  Yeah.  The notion -- I'm not blaming

3    FDC --

4           THE COURT:  As a visitor.  Yes.

5           MR. COGAN:  -- I'm not blaming FDC at all because of

6    the circumstances.  I'm not talking about that.  What I'm

7    talking about is the idea that when I go there and I have to

8    wait, I'm looking at the clock, I'm counting the minutes.

9    It's like going to the doctor's office and you're waiting and

10   they finally say Mr. Cogan, you go in.  You waited an hour.

11   Forty-five minutes.  If you're impatient like I am, that kind

12   of personality, I'm already angry.  Then they put you in the

13   examining room and then you wait another half hour before the

14   doctor comes in.  That's a small example of what prison is

15   like.

16          I tried to explain what fifty-five months meant to

17   the few reporters who asked me about my reaction while so many

18   of the others were over talking to the government about their

19   outrage.  I said I'm doing the math quickly, I may be wrong,

20   but if he gets good time credits and he gets out in forty-

21   eight months, that's 37,000 hours of prison on top of

22   everything else that's happened to him.  I do not consider

23   that a slap on the wrist, by any means.  It's not a light

24   sentence.  It was not.

25          I must say the sense of outrage in this case that the

1  government has described extends not only to all the filings
2  in this case and even the remarks today, but it was so
3  manifestly clear, their sense of outrage, when they chose on
4  October the 28th to file that pleading with that trove of e-
5  mails.  And the government felt an absolute need to do that.
6  And they expressed their sense of outrage in their pleadings.
7  How dare this man attack a member of the press and call her,
8  in his private e-mails, his communications, his thoughts, the
9  things that he was feeling inside, which tells you a lot about
10  what it's like to be in jail, separated by 525 miles from
11  home.  And how dare he do that?  And, in fact, it had its
12  desired effect as it orchestrated the typical press reaction.
13  The person he was talking about, who has dragged him through
14  the mud all these years, the next day, the headline story of
15  the Daily News, the gloves are off, Mr. Felon.  When were the
16  gloves ever on?
17        But what's important about this is what the
18  government next says about their outrage.  And they explain it
19  in their filing.  What they explained in their filing is that
20  this man, they say, has no respect for authority.  In his e-
21  mails, he refers to numerous prosecutors by name, including
22  the current and two predecessor United States attorneys,
23  always in graphically derogatory terms.  And they go on, their
24  sense of outrage.
25        What they don't put in the filing was just covered by

1    you in the question you asked Mr. Pease earlier.  What they

2    don't cover in the filing is the connective thoughts that Fumo

3    has over the course of all these months that he's been in

4    jail.  And no, he does not like the prosecutors; he is bitter.

5    He obviously is bitter.  And I wish he'd either do one of two

6    things: either he express himself differently or just get past

7    it.  And I don't know what would be healthier for him, to keep

8    it bottled up inside or to express himself in private e-mails

9    as opposed to the sense-of-outrage people who decide to

10   publicize it, to tell the reporter about what happened to her

11   in his private e-mails and to get her all upset about it.

12            But what he says in the connective e-mails is the

13   very subject you brought up.  What's wrong with these guys?  I

14   think that they're vindictive people.  And I think that the

15   reason that they've taken this position with me, rightly or

16   wrongly -- these are his thoughts -- is because I turned down

17   the five-year offer.  But even that's wrong.  That's wrong.

18            I never brought this up anywhere.  Nobody's heard me

19   talk about this publicly because I --

20            THE COURT:  Well, frankly, I didn't know about it

21   until --

22            MR. COGAN:  Well --

23            THE COURT:  -- I came across that article.

24            MR. COGAN:  -- well what I --

25            THE COURT:  Last week was the first time I ever saw

1  that.

2         MR. COGAN:  Yeah.  And I'm going to be moderate, as I

3  said.  But I'm going to tell you the truth.  And Fumo covers

4  it in the e-mails they decided to publish, but he knows.  I'm

5  going to tell you the truth about this because I wouldn't have

6  brought it up; I considered it settlement discussions, as

7  well.  It was brought out, I heard, later on, by --

8         THE COURT:  It would have been improper for either

9  one of you to bring it up.  I brought it up.

10        MR. COGAN:  Right.

11        THE COURT:  Because I thought it's something I ought

12 to consider --

13        MR. COGAN:  But -- but it --

14        THE COURT:  -- frankly, and didn't know about.

15        MR. COGAN:  -- it comes up -- it comes up now because

16 of what Mr. Pease just said.  Mr. Pease is very quick to call

17 people liars.  He's very quick to take a few words that Fumo

18 says and make it a mantra.  For example, "I thought it was

19 like spitting on the sidewalk", like he was talking about the

20 offense conduct.  The context that nobody seems to get about

21 even that phrase was he was talking about his secretary

22 writing checks in the basement of 1208 Tasker, rather than

23 going to the third floor, which is the private part of the

24 building.  And he said, "I guess it's wrong, but it's like

25 spitting on the sidewalk."  He wasn't commenting on the rest

1    of the case, but nobody seems to remember any of that in the

2    context.

3            But I want to get back to what I was saying in more

4    moderate tones.  Mr. Pease, who calls everybody who has

5    anything to say favorable about Mr. Fumo -- and that's an

6    exaggeration; he doesn't quite do that -- lawyers about this

7    program -- the only reason Mr. Buffone was bringing up this

8    RDAP was to point out that nobody lied, as he wanted everybody

9    to think, when he was putting on that evidence yesterday.

10           I was at the meeting.  I can't believe Mr. Pease said

11   there were preliminary discussions when you asked was there an

12   offer made.  He has opened a door to this.  There were

13   discussions.  I was in the case for such a short time, I

14   barely had talked to Fumo yet, I had not reviewed a scrap of

15   paper yet, I had been barely past the indictment, which I

16   read.  And we came into the office to see Mr. Pease, Michael

17   Schwartz -- there are no absence of witnesses to this -- Mr.

18   Zauzmer, the two agents involved in the case, including Ms.

19   Humphreys.  And Michael Schwartz, who was the deputy in charge

20   of that division, was seated to my right and Mr. Lacheen was

21   with me because he was brought into the case for Fumo by

22   Mitchell Rubin.  And at the meeting, they offered us

23   specifically not five years, but a cap of five years.

24           I never was going to bring this up because I

25   considered it settlement discussions, too.  I didn't bring it

1    up like Jacobs did at Ruth Arnao's sentencing; I never did.

2    And there was an article, actually, in the Daily News shortly

3    after your sentencing by Hinkelman over here talking about

4    that.  But I wasn't the source of information on that.

5              THE COURT:  I never saw anything about it.  You know,

6    that's why I was kind of --

7              MR. COGAN:  A cap of five years.

8              THE COURT:  But --

9              MR. COGAN:  It's -- they offered a cap of five years

10   in this case, these people who talk about outrage, how could

11   you do this, this defense conduct is so horrendous.  Yeah,

12   they figured if they had to put some additional time in it,

13   they would not want it to be that low.

14             But the other part of the conversation, where they

15   specifically -- and no person who was at that meeting would

16   ever take the witness stand under oath and say otherwise,

17   would not say what Mr. Pease said to you.  Now, he's not under

18   oath, but he's talking to the Court -- who has set himself up

19   as a paragon of virtue in this case.  And it was offered and

20   it was a cap.  They couldn't argue for more, but as part of a

21   see plea (ph.), we could argue for less at that point.  Where

22   is the outrage, Fumo says in his e-mails.  He says I'm

23   outraged by their outrage.  Michael Schwartz is not going to

24   come in here and lie about that, for sure.

25             In addition to that -- I'll say it now, too, since he

Page 80

1    brought this up -- a few weeks later, when the deadline for me

2    to accept the offer was running out -- because I was in to see

3    the United States attorney with some other lawyers from

4    California about a matter, seeking declination of a

5    prosecution.  Pat Meehan called me into his office, the U.S.

6    attorney, and he urged me to take the deal.  Now, people are

7    not hearing this when Mr. Pease says well, there was some

8    preliminary discussions, no offer was made in this case.  Now,

9    if this was Fumo who just got up and said something that

10   everybody knows is false, we know what Mr. Pease would be

11   saying to this Court about what a liar and perjurer he is.

12   Enough on that.

13          Now, it is true -- and this is important -- in terms

14   of the public's expectation and promoting respect for the

15   law --

16          MR. COGAN:  Now, wait a minute.  Before you -- before

17   you go into that.  As I suggest to Mr. Pease, I'm not sure

18   where this fits into anything, though, in terms of my

19   consideration of the guidelines -- not the guideline.  My

20   consideration of the sentence, which includes the guidelines.

21   I just brought it up because I thought it maybe fit in with a

22   little bit of a disingenuousness -- you know what I'm

23   saying -- on the part of the government arguing for fifteen

24   years now, at this time.  And the only thing I could conclude

25   was because of all the expense of the trial, which is

 1    tremendous, that they have now changed their position.

 2              MR. COGAN:  Well --

 3              THE COURT:  But I don't know where that fits into

 4    things, but --

 5              MR. COGAN:  -- well, it fits --

 6              THE COURT:  -- it's just something that struck me and

 7    I wanted to talk to the parties about it, see if it were true

 8    or not.

 9              MR. COGAN:  -- it -- where it fits in is the

10    government saw fit to take out of context thoughts that Fumo

11    had explaining why he felt the way he did about them.  And

12    they bring it up, all the names he's calling them.  But I --

13    I'm going to move on.

14              It's true that after the sentencing, the press -- and

15    this is important in terms of public expectations here -- was

16    critical -- I'm trying too hard to be moderate -- they went

17    into a feeding frenzy on this.  There were people from the

18    press, columnists, who actually demanded that the Third

19    Circuit reverse the sentence.  There was one columnist, the

20    one that Mr. Fumo was talking about in his e-mails, who urged

21    her readers to write to the Solicitor General and demand that

22    the Solicitor General approve the appeal that the prosecutors

23    were asking for in this case, and she provided the fax number,

24    actually, for the Solicitor General.  Her right; that was her

25    position.  But I've got to tell you, for the last couple of

1    years, since this experience, when I thought I wasn't going to

2    have to come back to it again, I've thought a lot about the

3    wisdom of the founding fathers, who strove to erect an

4    independent judiciary to put barriers between judges and those

5    who would seek to influence their independent judgment.  And

6    we've seen a lot of that in this case.

7            The government presented last time they filed --

8    actually, the first filing this time around -- fifty letters

9    that they received from people to try to counterbalance the

10   ones that you received on behalf of Mr. Fumo, letters that

11   came in following the sentence in the summer of 2009, letters

12   that followed the kind of heated press coverage that I just

13   described, press coverage that included columnists' opinions

14   about the sentence is supposed to be the guidelines.  The

15   guidelines were what the sentence is supposed to be.  We heard

16   that from Mr. Contino yesterday.  He thought, based on what he

17   knew, that the appropriate sentence was the guidelines.  I

18   asked him that yesterday.  Obviously not knowing -- the press

19   not knowing, or Mr. Contino knowing -- the huge sea changes,

20   Mr. Buffone put it before, that's taken place in terms of

21   federal sentencing law since 2005, when in Booker and Fanfan,

22   the United States Supreme Court invalidated as

23   unconstitutional the mandatory nature of guidelines.  We all

24   know that.

25           As you know, post-Comco (ph.) cases in the Third

1   Circuit emphasize now, more than ever, that a trial judge's

2   sentencing determination should be viewed with great

3   deference.  And they explain why.  And we've always known why.

4   And that is the trial judge gets to experience the case

5   firsthand.  The judge sees the case unfold before him in real

6   time.  He gets to see the witnesses, he gets to see the

7   circumstances of the offense and he gets to make a judgment

8   that doesn't derive solely from a cold record in the case.

9   That is why the sentencing judge's sentence should be not

10  tampered with so readily when it comes to the substantive

11  reasonableness evaluation that some other court must make

12  later on.

13          It is interesting that --

14          THE COURT:  That issue wasn't before the circuit

15  court.

16          MR. COGAN:  That's right; it was not.

17          THE COURT:  Yes.

18          MR. COGAN:  It is -- right.  But this is not a

19  criticism of the circuit.

20          THE COURT:  No, no.  I know it's not.  I --

21          MR. COGAN:  -- I --

22          THE COURT:  -- I mean frankly, I goofed -- I goofed

23  on the guidelines.  I readily admit it.  And I'm sorry that I

24  did.  But -- although, I guess the dissenting judge didn't

25  think I did, but, nevertheless, I didn't follow the procedure.

1   I regret that.

2           MR. COGAN:  Yeah.  Yes.  And on that subject, one

3   need no -- look no further than even recent decisions by the

4   United States Supreme Court which emphasize how far we've come

5   since 2005.  In Pepper v. United States, decided about eight

6   months ago, the Supreme Court emphasized that the guidelines

7   are just the starting point, just the initial benchmark.  They

8   must be given respectful consideration by the court, but in

9   the opinion written by Justice Sotomayor, she pointed out, for

10  the majority, that the sentencing judge still can tailor the

11  sentence in light of all of the 3553(a) factors to come up

12  with a sentence that takes into account that every case is

13  unique.  Every case is unique and every individual offender is

14  unique, which also gives one pause about how do you decide

15  disparity issues, since every case -- especially this case --

16  can be different and unique so that, according to the Supreme

17  Court in that case, the sentence fits the offender as well as

18  the crime.

19          Getting back to our case, the government's fifty

20  letters that it -- that it submitted points out what we're

21  talking about in terms of the examples from some of those

22  letter writers about how things can get so confused and

23  distorted out there, but they're asking you to consider it.

24  For example, one writer -- and I don't blame that writer,

25  based on what that writer probably read on blogs and

1   newspapers -- said how could the judge do that; it's less than

2   "the mandatory minimum guidelines".  Another writer writes in

3   and says the forty-eight months that Fumo has really been

4   sentenced to -- excuse me -- "the sentence in Fumo" -- meaning

5   the fifty-five months -- "is the functional equivalent of two

6   years in jail", obviously not knowing that parole was

7   abolished more than two-and-a-half decades ago in this

8   country.  I'm not criticizing the writer or the right to write

9   the letter.  I say this in terms of public expectations.

10          There's another letter that equates what Fumo did to

11  Bernie Madoff, thirty-seven billion dollar Ponzi scheme fraud

12  that wiped out many people and substantially hurt many more.

13  And then the last one, in terms of understanding out there the

14  offense conduct in this case.  To let Fumo walk out of jail

15  after forty-eight months -- person had in mind the correct

16  number, taking into account for good time served -- would

17  allow Fumo to return to the street -- essentially; they

18  weren't his words -- and reap the benefits, the rewards of his

19  criminality.  Obviously not knowing that there's no pot of

20  gold waiting out there in this case.  Obviously not knowing

21  that this is not a case of selling office or bribes, where

22  there's going to be safety deposit boxes brimming with cash.

23          He was investigated -- as I said yesterday when the

24  agent was on the stand -- up, down and sideways.  I mean if

25  this guy took a bribe, you would have heard about it.  And

1   especially when you consider, when you talk about reaping the

2   benefits of misconduct, the man who's the major point man

3   along with the governor for casino gambling legislation.

4   Everybody knows the ability for him to influence licensees.

5   This major fraud in this case -- that the government

6   explains -- on the Senate, which Your Honor correctly pointed

7   out not a penny went into his pocket.  You had your other

8   observations about the indirect benefits that he got.  For

9   sure, there's no question about that.  There is no pot of gold

10  out there for him.  And that's got to be taken into account.

11          We talked about the nature and circumstances.  You

12  made findings about that before, and they were right.  There

13  is no question about it.  And all I'm saying now is there are

14  people out there that thought he stuffed his pocket, that he

15  sold his office.  The government says it wouldn't be any

16  different; if he got millions of dollars in bribes to give

17  people casino licenses, that's no different than this offense

18  here.  The government says you can trust us because we don't

19  spin when we say the mantra for the case was "spitting on the

20  sidewalk".  Now, this new subject coming up where you ask a

21  question and the answer that's given, I tell you, it is so

22  false about the offer that was made.  And to encourage these

23  beliefs out there, what the nature and circumstances of the

24  offense were in this case, feeds that frenzy even more.

25              And now we come to the next base of the case, and

1    that's the e-mails.  The e-mails.  And perfect example of how

2    the e-mails and the way the government chose to characterize

3    those e-mails, can get things twisted, how they can distort

4    perception in terms of people who are looking for a sentence

5    that would promote respect for the law.  This is a great

6    example, though, of how the government chose to proceed in

7    this case.  And it is a theme that comes up in the e-mails

8    form Fumo that they chose to rely on so heavily about his

9    state of mind, from the very beginning in this case, the way

10   the government chose to proceed.

11          A 264-page indictment with frequently hyperbolic

12   language -- you talk about class warfare and make sure the

13   jury knows he owned five houses, he owned a bank, he was a

14   rich man, he had this -- that is all said in the indictment

15   merely to say and oh, yeah, his favorite saying or something

16   like that was OPM; now we've got the motive.  And so he used

17   Senate resources and staffers to satisfy all his needs and

18   wants.  It was an indictment -- and I'm going to say it now,

19   since the government is taking great license to tell everybody

20   how bad everybody is and what the guy is thinking when he says

21   certain things when he's talking about my client.  It seemed

22   more intended, frequently -- and forgive me, Judge, if I am

23   getting a little less than the temperate approach that I said

24   that I would stick to before -- but it's in terms of Fumo's e-

25   mails, seemed intended as a press release that we more

1   associate with a mudslinging political campaign these days,

2   rather than a charging document that merely puts somebody on

3   notice of the charges against them and to let him know what he

4   had to defend against.

5        That's not all, in this case.  You probably didn't

6   see it because -- you're probably the only one that didn't

7   because you were focused on the task before you during trial.

8   The last day of trial, we had a hearing in the afternoon on

9   the question of bail, which you increased.  And there, with

10  the entire press corps in attendance -- so everybody wanted to

11  know what was going to happen, obviously; this is big news, he

12  had just been convicted that morning of all counts.  The

13  government prosecutors had the agent in charge of this case

14  walk over conspicuously with a white envelope that appeared to

15  be sealed, letter size, and handed it, in that fashion, with

16  everybody looking, to Mitchell Rubin.

17       We all know about grand jury secrecy.  We know about

18  the rules and policies behind that.  We also know you don't go

19  out and tell people that someone's gotten a target letter, but

20  it had its desired effect because I walked outside the

21  courtroom with Jacobs and Mitchell Rubin because Fumo and

22  Arnao had been taken out the side door for pre-sentence

23  investigation interview and they went with Mr. Lacheen.  And

24  what happened?  The press asked the question.  From the front

25  door of the courtroom we were in, was that a target letter,

1    did Rubin get a target letter.  And the press -- not one who

2    was there will tell you anything different -- followed us all

3    the way down the steps.  It's their right, I'm not criticizing

4    the press here.  They have different rules and different

5    ethical considerations than we as lawyers, and especially

6    people from the Justice Department have.  They followed us all

7    the way down the steps, down the elevator, out the front

8    steps, still asking the question.  You don't whether you want

9    to just put your jacket up over your face, you don't know how

10   to react to it.  I don't blame the press for it.  That's not

11   all.

12           These smart prosecutors, they know the law.  They

13   filed a motion in this case designed to have its desired

14   effect.  To introduce Fumo's prior prosecution from 1979 that

15   resulted in a judgment of acquittal.  They knew that no judge

16   was going to grant that motion.  And they did the argument

17   outside the presence of a jury, which they'd have to.  Of

18   course, we're having live coverage everywhere; we've got an

19   unsequestered jury.  And sure enough, headlines, lots of noise

20   about his prior prosecution reminding everybody all over

21   again.  And at least one juror has already admitted --

22   consensual tape, I found out, with the reporter who talked to

23   her -- that she found out about this.  Not going to go over

24   the propriety of any decisions here or anywhere in any court.

25   And it had its desired effect.

1            Now, lastly, on this stuff with the jury -- and I'm

2    not questioning anything at all.  I'm so unhappy that he used

3    the words "corrupt".  And I'm so unhappy that he used the word

4    "dumb".  The jurors sacrificed a lot and worked hard, albeit

5    they didn't go our way at all in the case.  But in the context

6    of his e-mails, whether he used the right language or not, it

7    wasn't intended for public consumption.  It was the

8    prosecutors made it -- put it out there, letting the jurors

9    know about what he was thinking.

10           And what he was thinking was simply this.  The last

11   day of trial, if you remember, before the verdict was in, we

12   had the Twitter juror and we filed a motion the Sunday before

13   that.  And he knew all about it.  And the irony is that we

14   found out later on that as soon as he heard about it, this man

15   who had a front row seat being educated about obstruction of

16   justice found out there was going to be a court proceeding the

17   next day.  He just happened to hear the news that night, the

18   only time he heard about it in the trial -- this is in the

19   context of Fumo talking about the jury, not -- this is not a

20   screed from me.  This is about understanding his mind when he

21   says this about the jury.  That he went upstairs and got rid

22   of all of it.  He deleted it.  We found that out at a hearing.

23           And then the biggest part is the post-conviction

24   revelations confirmed, in part on tape, independently fact-

25   checked, that when the jurors came in that day and saw he

1   wasn't there, every juror in the case said -- every juror knew

2   about this from the press coverage before they got to court

3   that day.  Truly, a unanimous jury.  Not one person did what

4   you repeatedly said:  Hand a note to Matt Higgins, don't

5   worry, you've done nothing wrong if you hear anything outside

6   the courtroom -- now they find out before the official verdict

7   about the ogre defense lawyers calling on the carpet through

8   an official proceeding that's all over the news that night,

9   bring him in for a hearing.

10          Now, that's enough on that, but that is the context

11  of his strong feelings about that.  And I wish he had used

12  different language, but who should ever even publish anything

13  about that to make the jurors feel badly?

14          You know, when you're in jail, they've got control of

15  your body and the certainly have control of your mind.  Now we

16  find out that they have control of your words, too.

17          THE COURT:  Well, he knew that.  He was warned of

18  that.  This is --

19          MR. COGAN:  That's right.

20          THE COURT:  -- one of the dumbest things I've ever --

21          MR. COGAN:  I agree.

22          THE COURT:  -- frankly.  You can't --

23          MR. COGAN:  I agree.

24          THE COURT:  -- you can't defend him on that --

25          MR. COGAN:  I'm not -- no, no --

Page 92

1           THE COURT:  -- doing blabbing.

2           MR. COGAN:  -- no, no, no.  I'm not -- I'm

3  defending -- here's what I -- I'm not defending that.

4           THE COURT:  No, I -- listen, I agree with you that

5  the publishing, by the government, at least -- some of these

6  things -- there were so many things there.  I didn't read them

7  all.  But it was, frankly, embarrassing to read about his

8  personal -- some of his personal observations.  Not about the

9  court system or anything like that --

10          MR. COGAN:  Well, you --

11          THE COURT:  -- but about his conversations with --

12  with his daughter, for God's sake.  This is private stuff.

13  And it was a very moving kind of thing, really.  And then

14  other things that were just --

15          MR. COGAN:  Well --

16          THE COURT:  -- I don't know.  I didn't particularly

17  like that.  I don't know why they chose to do that.  But they

18  did it.  It hasn't changed my opinion of Fumo's character,

19  which is not that high, anyway.  So it didn't do anything to

20  change my opinion.

21          MR. COGAN:  Well, I want to say this, that I wasn't

22  suggesting that they didn't have the right to look at his

23  email.

24          THE COURT:  They did.  It's -- but the basis for that

25  is prison security.  That's the whole basis for it.

Page 93

1            MR. COGAN:  Yeah.

2            THE COURT:  We're going to search your e-mails, we're

3    going to search -- you don't have any privacy.  We're going to

4    search your mails.

5            MR. COGAN:  Yes.

6            THE COURT:  It's a security matter.

7            MR. COGAN:  Yeah.

8            THE COURT:  And that's the primary concern.  Now,

9    certainly, it's out there, open and clear that he's going

10   to --

11           MR. COGAN:  Well, there --

12           THE COURT:  -- it's going to be published.

13           MR. COGAN:  Yeah, but the point I'm making here is

14   this.  They did it because they could.  He waived the

15   privilege.

16           THE COURT:  Yes, he did.

17           MR. COGAN:  And so what happens is they read e-mails

18   to his kids, heart-wrenching e-mails about absenteeism, tender

19   things that he says; e-mails with his girlfriend, his fiancee,

20   of the most intimate nature -- they read it -- it's the

21   functional equivalent of pillow talk.  The government did it

22   because they had this tough job to do.  They had to read his

23   e-mails because, not that they thought that Carolyn Zinni and

24   he were planning a jailbreak, but to let him know that they

25   also want to know what's in his mind.  Big Brother's always

1    going to be watching, wherever you are.  It's nothing about

2    prison security or anything like that --

3            THE COURT:  Well, at least in this case, Big Brother

4    gave a sufficient warning.

5            MR. COGAN:  Yeah, yeah.  Warning is fine.  Remember

6    the government said when, in the course of this case, my

7    client -- who admits that he's sick, admits his psychiatric

8    problems and jealousy -- had a staffer send him what Dottie

9    Egrie was putting on her e-mails?  They called it creeping.

10   Creeping.

11           So I probably went on too long about that.  This

12   Court, in this case, made findings about the nature and

13   circumstances of the offense.  You pointed out then, as you

14   did now, what was wrong.  You pointed out, even when you said

15   he never put a penny in his pocket when the Senate fraud came

16   around, he was wrong; like a lot of people in his business,

17   they get a sense of entitlement and they do all kinds of

18   things they shouldn't do.  You pointed out that it was not

19   bribery, extortion, it was not -- certainly not a violent

20   offense; murder, rape or anything like that.  And you talked

21   about that.  And I hope they're the same findings that you

22   make today, but I'm not in a position to know that until I

23   hear them.

24           Also, in terms of the nature of circumstances of the

25   offense, the government says the nature of circumstances of

1    the offense is that he destroyed Citizens' Alliance,

2    forgetting how Citizens' Alliance got started in terms of all

3    the things they -- big things they did; his litigation against

4    PECO, the seventeen million dollars that came in.  There's

5    public record of this, which the Court can take judicial

6    notice of.

7              The conservator appointed by the Commonwealth Court

8    to look after and consider and examine the affairs of

9    Citizens' Alliance wrote a report.  And the report says quite

10   a bit.

11             The report talks about the strategic foresight of

12   Citizens' Alliance in the Passyunk Avenue revitalization.

13   They point out the charter schools -- not a hint of scandal in

14   any of that stuff.  The properties owned by the Alliance are

15   its most important asset and a very positive legacy which

16   should be prepared.  It talks about all of the properties

17   strategically located which, in essence, without my reading

18   it, the sum -- the whole becomes greater than the sum of its

19   parts where it brings people in.  It's bringing business in.

20   It stabilized the neighborhood.

21             The question posed by the conservator -- who's Paul

22   Levy, appointed by the Court, who is the well-known head of

23   the Center City Districts, cleaning up streets and stuff like

24   that -- where did most of the money go?  The answer is --

25   into services and into real estate owned debt-free by wholly-

Page 96

1    controlled subsidiaries of the Alliance.  In the absence of

2    short-term construction loans and long-term mortgages gave the

3    Alliance the flexibility to offer initial rent abatements to

4    induce quality tenants to the street, an effective strategy

5    for revitalizing a transitional neighborhood.

6            If you listen to the way the government talks about

7    this case, it went to tools and other things like that -- the

8    polls which were paid back, obviously.  You heard the

9    testimony.  The jury probably rejected it; we don't know

10   exactly based on the verdict in this case.  But it has to be

11   considered and you will consider it in terms of the nature and

12   circumstance of the offense.

13           If he had disclosed -- if he had taken a salary for

14   all the work that he did for Citizens' Alliance in terms of

15   the nongovernmental money that came in, there would be no

16   concern about it.  There would be no concern with the Internal

17   Revenue, and it would have been disclosed on the record and if

18   instead of taking the tools and the food which he says even at

19   your last allocution with him was wrong and I shouldn't have

20   done it.  That's the nature of the circumstances of the

21   offense.

22           And finally, then, the history and characteristics of

23   the defendant:  both yesterday and today, the government

24   concedes that he did many good things.  At the last hearing,

25   you asked that of Mr. Pease.  I thought when you said, well,

1  he did really good things, didn't he?  -- I thought it was a

2  rhetorical question.  I thought it was one of those things

3  that my old dad used to say -- the question answers itself.

4       Well, he had a different view when you first asked

5  that question.  You asked it in the context of -- I think it

6  was page 220 -- no, actually it's 108 and 109.  You say, after

7  Mr. Pease says, "One of the remarkable things when you look at

8  these letters that almost none actually refers directly to

9  anything Fumo gave personally of himself."  And then, you

10  asked the question after that, "Is there any debate -- is

11  there a debate" -- going on to page 109 and this will be the

12  other counsel to raise -- "is there a debate as to whether he

13  did more than the average legislator accomplished?  Is there

14  any arguing about that, or don't we know from the record?"

15       Mr. Pease's first reaction was, "Well, I don't know

16  what?  I don't know that I can say what average legislators

17  accomplish, but I will say this" -- and you interrupted.  And

18  you said, "I know that you have always said -- you and Mr.

19  Zauzmer and you know, in fairness, the government has always

20  said that he's accomplished quite a bit here."  And then Mr.

21  Pease says, "Yes, we agree."  After saying,

22  "I just don't know -- I just don't know."

23       Now, understanding at least what the Court's mind was

24  back then and understanding what those letters make so

25  abundantly clear about his list of accomplishments -- he did

1    many good things.  That's his position.

2          So, in terms of this case --

3          THE COURT:  If you look at the pre-sentence report,

4    that in itself sets forth on six pages his accomplishments.

5    But the issue on that and it is as the courts have expressed,

6    is that just the normal course of business -- the normal thing

7    which a legislature does?

8          Now, before you address that, Mr. Cogan, let me tell

9    you that there has been no testimony about as to a normal

10   legislator does.  I know that on my own research that there is

11   no definition of what a legislator's duties are.  The

12   constitution of Pennsylvania gives no definition as to the

13   duties.  The Pennsylvania code gives no definition to their

14   duties.  And I know just being around for a long time that the

15   constituent services thing came into being maybe ten or twenty

16   or thirty years ago, but it wasn't when I was a young man.

17   But there's been nobody in here to tell me what the heck is

18   all this stuff?  So I'm left here in a vacuum.  I'm left with

19   this long list of things that he accomplished.  In the pre-

20   sentence report, page after page I'm with nobody telling me

21   that that's not correct.  That's what he did.

22         So, I'm sort of left in a position that I don't know

23   what a legislator's duties are.  They've not been described to

24   me, but this report says he did good stuff.

25         MR. COGAN:  But, Judge, by the way --

1          THE COURT:  And I've accepted that report.  I mean,

2    that's the report that's been provided to me by the pre-

3    sentence officer.  And I've accepted that report.

4          MR. COGAN:  Perhaps I can be of help here?

5          THE COURT:  Yeah, go ahead.  I brought it up for you

6    to address.  And I know that one witness testified he did

7    it -- it wasn't particularly helpful.  Testified she said he

8    did more than anybody else, but --

9          MR. COGAN:  Well.  I think I can be of help just by

10   referring the Court back to, you know, what the duties of a

11   legislator might be in the context of what Faber said when he

12   talked about what's a proper expenditure of senate funds --

13         THE COURT:  Um-hum.

14         MR. COGAN:  -- he said anything that constitutes a

15   legislative purpose which would include policy, legislation,

16   and constituent services.  And that's proper legislative

17   service.  And in addition to that, you see the letters that

18   came in from everybody --

19         THE COURT:  I know there are letters that clearly

20   deal with something other than his services, but I was talking

21   about the one that seemed to be -- grow right out of his job

22   and whether they are exceptional or -- should be considered.

23         MR. COGAN:  Well, we know in Serafini what the court

24   said in Serafini.  And it's interesting that in Wright --

25   United States v. Wright --

1           THE COURT:  Um-hum.

2           MR. COGAN:  -- then Judge Alito, now Justice Alito,

3    said we never have read Serafini to mean -- and I'm just

4    talking in terms of public works now --

5           THE COURT:  Yeah.

6           MR. COGAN:  -- we never read Serafini to mean that an

7    elected official who's doing duties that are part of his

8    functions can never earn even a departure -- because we're

9    talking about departure there.

10          THE COURT:  That was talking about departure, yeah,

11   in the Serafini case.

12          MR. COGAN:  Yeah.  A departure -- as long as he does

13   above and beyond, it can be considered.  That's the language

14   in Wright.  And in fact, even in the Third Circuit's decision

15   in Fumo here, the one that resulted in a remand, they say we

16   don't have to reach that here --

17          THE COURT:  Right.

18          MR. COGAN:  -- because it's clear that the Court has

19   far more discretion --

20          THE COURT:  Right.

21          MR. COGAN:  -- if this comes under basically the

22   label of a variance for the reasons that we all understand by

23   reading all the case law.

24          When I say that Fumo's good deeds -- just the public

25   deeds alone -- in terms of the 260 some letters that discuss

1    what he did, what he accomplished, and how it's more than

2    others did --

3              What we did in this case -- we weren't going to

4    submit all those same letters again.  We had a lot of people

5    who wanted to write new letters.  And you heard that.  You

6    don't hear any witnesses, you know, who are going to testify

7    about the things they testified to before.  You credited what

8    was said last time, and I hope you still credit it in terms of

9    the extraordinary -- extraordinary -- and there's just no way

10   to minimize this -- range of accomplishments of this man.

11   What we did was we took a good portion by categories and we

12   attached it to one of our filings about this -- we prepared

13   summaries of some of those letters to make it easy for us to

14   go through rather quickly.  And the -- you remember what the

15   letters were before.  You remember Rendell saying, look, he

16   disgraced the profession, I won't forgive him for that but

17   there are other things that should be considered as well.  And

18   he talked about the extraordinary nature of my client's

19   contributions, which I know you've read.  He talked about --

20   he was a man who stood up and for the little people when they

21   often had -- am I running out of time?

22             THE COURT:  Yeah, I'm going to ask you to wrap up in

23   five to ten minutes.

24             MR. COGAN:  Okay.  Let me just get these summaries.

25   It will be easier.

1          Just from last time in terms of public works, and

2    this will be easier when I look at -- and we're talking

3    about -- there are categories that we talk about taking

4    unpopular stances -- what Malcolm Lazin said about standing up

5    for gays when it was unpopular to do so.  Exceptional public

6    service -- letter from Brian Abernathy, a staffer for City

7    Councilman DiCicco: "Most politicians are good talkers.  They

8    talk about problems.  They study things.  Unfortunately, all

9    of us have come to expect this type of attitude from our

10   elected officials.  Vince Fumo is different.  He identifies a

11   problem, terms a course of action and gets it done."  David

12   Cohen:  "During a period of intense hostility for much of the

13   rest of the commonwealth, he was our protector."

14          From Nick Benadetis (ph.), who's a Cabinet member for

15   then-Governor Thornburgh:  "I cannot think of one major civic

16   activity in which I have been involved, from the development

17   of the Pennsylvania Convention Center to the completion of

18   Limerick Power Station to the development of the waterfront

19   along the river, that would have been possible without the

20   support received from Vincent Fumo."  John Estey talks about

21   the things that he did -- who was the former chief of staff

22   for the governor.  Bob O'Donnell said, "He was the one when

23   Philadelphia was on the verge of financial collapse and the

24   Rendell administration was trying mightily to restore things

25   which they very effectively did -- he was the one, the hero,

1  for the PICA litigation, and it wasn't easy because he had the

2  legislation -- he had to use the power of persuasion but also

3  his reputation to convince people that this is the right thing

4  to do.

5           As Rendell said, I was looking for these I quote

6  "Even more impressive to me is the fact that he worked

7  tirelessly to help and protect the poorest, the most

8  vulnerable citizens of Philadelphia, many of whom did not live

9  in his district and therefore could not vote for him and

10  almost all of whom did not have the wherewithal to contribute

11  to his campaign, et cetera."

12           Governor -- John White talks about his work around

13  the country in restoring financial stability -- he's never

14  really worked with anybody like Fumo.

15           Letter from Thomas Wrigley, former Congressional

16  staffer for the mayor:  "I have worked for three U.S.

17  Congressmen in my early professional life and observed the

18  Congress and the Pennsylvania State Legislature for decades.

19  I have to say that Vince Fumo was the most effective

20  legislator for good that I have ever met."

21           You heard from Malcolm Lazin.  Jeffrey Rush:

22  "Senator Fumo's use of power was peerless.  When he used this

23  power on behalf of the constituents, which he has countless

24  times over the many years, the results were incomparable."

25           The guy named Treacy:  "In my view, there is no

1    public official or public employee who has done more over the
2    span of his career to improve the quality of life and economic
3    well-being as Senator Fumo did."
4              Former Senator Zemprelli said, "If I thought of the
5    legislator as a forest, Fumo beyond anybody else was the
6    tallest tree in the forest.
7              His range of accomplishments -- not just because
8    these people are saying it -- speak for themselves.  His range
9    of accomplishments, as I said last time, is staggering over
10   the course of a career.  What did Fumo say to put it in
11   context -- all I had to do was show up and vote.  He wasn't
12   denigrating the work that he did.  He said that's all you have
13   to do to earn your salary.  He said, the job is what you make
14   of it -- what you make of it.  So all these things that
15   he did -- I'm not only talking about the Citizens' Alliance,
16   the Pennsylvania Convention Center, the work that he did with
17   PHEAA -- Pennsylvania Higher Education Assistance Program --
18   he didn't have to do that.  It's a 1.3 billion dollar student
19   loan program.  He was involved in it.
20             John Egan from the Girard Trust said that he served
21   on the board -- John Egan was former candidate for mayor of
22   Philadelphia, a Republican -- he said, he served on the board
23   of Girard Trust, he even came during the trial on his Friday
24   days off to our board meetings and he participated.  He always
25   put the children first.  He never did anything improper.  He

1    devoted countless hours.  When the government says that what

2    he did was not as big as everybody else says because he was

3    out of town all those times, you pointed out last time, you

4    know, we've gotten ourselves into a pickle.  I mean, we got

5    all kinds of electronic devices and they refer to him as R2D2,

6    if you remember.  He's always got an electronic device.

7            People in his office like Chris Craig said he was

8    always working.  That doesn't mean he's working every minute.

9    It means that he's always on.  That's what Rendell said in his

10   testimony at trial: "He was always on, like me.  I can't

11   tell -- I can't tell you every minute of the day that he

12   worked, but I can tell you that I never had any problem

13   getting a hold of him.  He would get back immediately and

14   discuss and work on the city's problems and anything else we

15   had to deal with."

16           Person after person after person.

17           I'm going to wrap this up.  I think it was Emerson

18   who said that a person is entitled to be valued by his best

19   moment.  And there have been many, many best moments that span

20   the course of an incredible public career.  We don't have to

21   go through all the achievements again; the Court has read all

22   about that.  I was struck last time -- I think I made

23   reference to it -- by a letter that Robert O'Donnell's

24   distinguished wife Donna Gentile O'Donnell wrote.  And when I

25   read it last week I thought of what I thought last time when I

1   read it but didn't quite say it before you.  She said, "All

2   that he did, all the good that he did and the good person that

3   he really is -- this has really been like a Greek tragedy how

4   he has suffered as a result of his own conduct."

5           And when I read it then, being somewhat of a person

6   interested in Shakespeare, I thought of Greek tragedy -- I

7   thought of Caesar, Mark Antony speaking at Caesar's funeral.

8   "The evil that men do lives after them.  The good is oft

9   interred with their bones.  So let it be with Caesar."

10          This man with all these best moments over the

11  years --  I certainly hope that we don't forget all the good

12  that he did.  Whether you want to characterize it as evil, the

13  things that he did, I think the Court put the offense conduct

14  without condoning it last time in its proper perspective and

15  how so much of what happened in this case is self-inflicted in

16  terms of the wounds that he has suffered.

17          But finally, when you consider balance here, all the

18  things that have happened to him -- giving up the pension, the

19  law license, all those other things -- you read in his e-mails

20  that he's nothing but worried about money.  The e-mails -- and

21  I can't go into them because I didn't bother to take the time

22  to do -- we got off on a tangent -- the ones we published

23  about his fears, about his -- would he even have enough money

24  to fill a tank on a yacht if he could do it again -- the full

25  range of emotions that you see in prisoners from one day total

1    desperation -- the next day daring to dream.

2              And I suggest that the sum total of all the great

3    works that he did -- that showed his good heart, his great

4    accomplishment -- far outweigh the total offense conduct in

5    this case.  And I said it last time -- I say it frequently at

6    sentencing, but it applies always.  The resounding words of

7    Beccaria from the eighteenth century, I believe, who said when

8    we over-punish somebody, we punish that portion of the person

9    that is good and decent as well as that portion of the person

10   that is guilty.

11             I don't know if you read his e-mails whether he

12   thinks he's ever going to get out of this alive.  He talks

13   about being seventy when he gets out to even go into a half-

14   way house and he has now this fear of his own mortality, which

15   is justifiable in terms of his health.

16             I hope -- I really do, that you do what you did last

17   time.  The punishment has been overwhelming.  If you read our

18   submission that included the other e-mails, you can see what's

19   really going through his mind.  And it was overwhelming

20   desperation about his situation, crushed by what has happened

21   to him with little hope that he's going to have any kind of

22   decent life later on if he ever gets out alive.

23             Thank you.

24             THE COURT:  Okay.  Thank you.

25             MR. ZAUZMER:  May I make a legal objection, Your

1    Honor?

2            THE COURT:  Yeah.

3            MR. ZAUZMER:  And I'll just take two minutes, I

4    promise.

5            THE COURT:  Yeah.  Come up here.  The defense ran

6    slightly over so you'll entitled to a little bit more.

7            MR. ZAUZMER:  Thank you, Your Honor.  I'll just make

8    a very brief rebuttal.  But the important objection, Your

9    Honor, concerns this matter with the plea offer that was made.

10           THE COURT:  Um-hum.

11           MR. ZAUZMER:  Mr. Cogan is correct -- well, I think

12   as to the facts, and I'll tell you why I say I think.  The

13   government did make the five-year offer that he describes and

14   Mr. Pease was not dishonest in any way.  What Mr. Pease was

15   saying to Your Honor is, it didn't get off the ground -- the

16   defense rejected it.  Now Mr. Cogan says that there was also a

17   meeting with Mr. Mann -- that I'm not aware of.  Now Mr. Mann

18   certainly had the right to meet with anybody he wanted and

19   make that offer, but that I don't know if that happened.

20           But there was a five-year offer.  The legal objection

21   I'm making, Your Honor, is that that should not be considered

22   by the Court as part of sentencing.

23           THE COURT:  Oh, I agree with you.  I mean, I agree.

24   That cite should be considered.

25           MR. ZAUZMER:  And let me just cite if I were writing

 1   something on this --

 2          THE COURT:  -- but the problem was that -- maybe I

 3   should have raised it, but it struck me as in light of the

 4   arguments you're making for such a high sentence -- I just

 5   wanted to ask you about that.

 6          MR. ZAUZMER:  And let me say, we've only mentioned

 7   one of the reasons prosecutors do this.  And I know Your Honor

 8   knows this because you have prosecutorial experience yourself.

 9          THE COURT:  Um-hum.

10          MR. ZAUZMER:  Part of it is resources.  Part of it is

11   thinking is it worth it to me knowing the interests of my

12   office to get out of a case with a certain result.  But the

13   second part that we haven't talked about is certainty.  A

14   prosecutor always has to think, do I want to go to the risk of

15   a jury trial which however overwhelming the evidence always

16   presents risk.

17          And those are valid prosecutorial considerations

18   and --

19          THE COURT:  Absolutely correct.  No question about

20   it.

21          MR. ZAUZMER:  -- the case I need to put on the

22   record, Your Honor, is Bordenkircher v. Hayes, which is a

23   Supreme Court decision in the 1970's and it's the reason I

24   stood up.  It's 434 U.S. 357.  It was actually a more extreme

25   case.  The prosecutor made an offer of five years and when the

1   defendant rejected it, the prosecutor increased the charges so

2   that the court had to impose a life sentence.  And the Supreme

3   Court upheld that and gave a very lengthy explanation that you

4   can read about why this is valid and understandable

5   prosecutorial conduct that has nothing to do with the ultimate

6   outcome of the case.

7           THE COURT:  Yeah.  I agree.

8           MR. ZAUZMER:  Thank you, Your Honor.

9           Briefly then, the second legal point is on the

10  validity of these e-mails.  I'm not going to talk about the e-

11  mails.  Your Honor can read them.  They speak for themselves.

12          THE COURT:  As I said, I did start reading them, but

13  I found them to be so personal in nature that I found them

14  somewhat offensive, frankly.  I read the ones you cited -- I

15  mean, I didn't like the idea of prying into somebody's, you

16  know, private conversation of his daughter, his fiancée and --

17          MR. ZAUZMER:  Well, I understand what you're saying,

18  Your Honor, but I will -- let me represent them.

19          THE COURT:  I understand -- I told you, you know, I

20  had experience in prisons too -- ten years as the chairman of

21  the Lancaster County prison board, which is no big deal.  It

22  happened to go with the job.  But this kind of invasion of

23  privacy is justifiable primarily -- primarily for prison

24  security.  It is also probably justifiable to investigate

25  crime.  But the primary reason for it is prison security.

1    That having been said --

2              MR. ZAUZMER:  May I just say, Your Honor.

3              THE COURT:  Go ahead.

4              MR. ZAUZMER:  Historically, that is true.  But the

5    government has always looked at mail and phone calls and --

6              THE COURT:  Oh, I know that.  That's why I said I

7    know.

8              MR. ZAUZMER:  -- introduced it as evidence.

9              THE COURT:  That's why I said primarily -- in a

10   notice, I said primarily.

11             MR. ZAUZMER:  Right.  I did notice that, your Honor.

12             THE COURT:  Yeah.

13             MR. ZAUZMER:  What we tried to do, and of course we

14   accept Your Honor's criticism, but what we tried to do --

15   there were 12,000 pages here.

16             THE COURT:  Yeah.

17             MR. ZAUZMER:  And you can see the limited amount that

18   was cited.  We tried to cite excerpts that were relevant to

19   the 3353(a) factors.

20             THE COURT:  Yeah, I know.  I know that's what you

21   were citing it for.

22             MR. ZAUZMER:  And the legal point I want to make --

23             THE COURT:  But some of them had no relevance to that

24   factor at all, but that --

25             MR. ZAUZMER:  Well, but that's your call.  But the --

Page 112

1          THE COURT:  Well -- you can't tell me that the

2    conversation with his daughter about what's going to happen

3    after he gets out of jail and everything and give and take

4    between a daughter, that has any --

5          MR. ZAUZMER:  Well no, he has a --

6          THE COURT:  But look, let's not --

7          MR. ZAUZMER:  I'm not going to belabor that --

8          THE COURT:  -- let's not dwell on it, because

9    honestly I have considered the one -- some of them I've

10   frankly considered as dwelling on his character and that's

11   what I'm supposed to do.

12         MR. ZAUZMER:  And the only case I want to mention on

13   the record is Pepper v. U.S., which is a Supreme Court case

14   this year in which the Supreme Court says that the Court can

15   and must consider at a resentencing hearing both post-offense

16   conduct that's both good and bad.

17         THE COURT:  Yeah.

18         MR. ZAUZMER:  And the defense, of course, cited

19   Pepper and put in letters about positive things that they say

20   Mr. Fumo has done in prison.  And we were acting within the

21   mandate of Pepper as well.  So that's the --

22         THE COURT:  Yeah.

23         MR. ZAUZMER:  -- the legal point I wanted to make on

24   that.

25         With regard to the Wright case that Mr. Cogan

 1  mentioned, authored by Justice Alito -- again with regard to
 2  good works the Third Circuit was very clear in the departure
 3  here -- that if this is part of your job and you don't put in
 4  extra time or your own money, it couldn't be the basis of a
 5  departure.  What Justice Alito clarified in Wright, is that
 6  you could have public officials who do good things as part of
 7  their job and the very fact that they have that job is a
 8  sacrifice.  And the example that he used is someone who spends
 9  his entire career in a low-paying public service job, doing
10  good things for the public.  That person, Justice Alito said,
11  is entitled to a departure.  And it was a very, very small
12  departure --
13            THE COURT:  Um-hum.
14            MR. ZAUZMER:  -- in the Wright case.  Nothing like
15  what we have here, where we have someone who as I argued
16  yesterday does part-time work, does good things and benefits
17  enormously from his public position.  The fundamental question
18  in this case is, we have the fraud guidelines that apply to
19  anyone who commits a fraud, anyone who steals four million
20  dollars abuses the position of trust, violates the tax laws,
21  obstructs justice, is looking at a guideline range of 210 to
22  262 months.  And what we've established is that courts
23  throughout this country on a daily basis are imposing
24  sentences at or near that range.
25            And so the question is, is Mr. Fumo because he had

Page 114

1   this amazing job as a state senator and the ability to do all

2   these good things -- does this entitle him to a break?  And I

3   would submit to Your Honor, we take umbrage at Mr. Cogan's

4   suggestion that we in any way have tried to stir up the public

5   on this -- there's not a single letter, single phone call,

6   single communication, that the government ever asked for in

7   contrast to the defense submissions.

8           Everything we gave Your Honor was unsolicited.  And

9   the public may not be brilliant when it comes to the law, but

10  that's the fundamental thing they were reacting to -- is the

11  notion that a senator is in a position to do good things for

12  others, and as a result he gets a lesser sentence for the same

13  crimes that other people would not get.

14          THE COURT:  I understand the public outrage on this

15  and when I first imposed sentence, I expected it.  And I don't

16  ignore the public, but, you know, that as Mr. Cogan pointed

17  out and many others, that's a reason why a judge has life

18  tenure, perhaps, to not be overly influenced or at least not

19  let that influence his decision, but only the factors that he

20  must consider.

21          But, you know, I'm a public official.  I'm not immune

22  to the criticism that has come as a result of what I did.  I

23  feel it very, very much.  But, you know, I still have to do --

24  I still have to follow what the guidelines -- what not the

25  guidelines, what the sentencing factors are and make my

1  decision on that basis.

2          MR. ZAUZMER:  You do.  And in my last word, Your

3  Honor, is that I'm not suggesting that Your Honor should do

4  anything --

5          THE COURT:  Yeah.

6          MR. ZAUZMER:  -- because someone in the public --

7          THE COURT:  Yes.

8          MR. ZAUZMER:  -- says so.  You wouldn't do that --

9  that would be wrong and we fully respect your authority and

10  your wisdom in making the right decision.  All I've been

11  trying to say, is that we think to the extent that we've been

12  criticized and attacked and it's been suggested that we ran

13  some kind of campaign that we didn't run.

14          THE COURT:  No, I don't think so.  I don't believe

15  that.  Now, I also --

16          MR. ZAUZMER:  But all I'm saying is what --

17          THE COURT:  -- and I also think that you were totally

18  correct in appealing from the procedural faults I made here

19  and that's your job.

20          MR. ZAUZMER:  Thank you.

21          THE COURT:  And --

22          MR. ZAUZMER:  But my last -- my last sentence, Your

23  Honor, is that what people in the public did react to since

24  that's been brought up, is the same thing that we're arguing.

25  I'm not arguing to you and Mr. Pease didn't argue, that you

1    should reach a certain decision because someone in the public

2    says it.  What we argue is, this is an informed, intelligent

3    opinion that we commend Your Honor and Your Honor will make

4    the call as to whether it's appropriate to give such striking

5    sentencing leniency on this basis.

6                THE COURT:  That's very well said -- very well

7    stated.

8                MR. ZAUZMER:  Thank you very much, Your Honor.

9                THE COURT:  Thank you, Mr. Zauzmer.  Now the time has

10   come, Mr. Fumo, for you to address the Court.

11               MR. COGAN:  Could we have a very short break

12   before --

13               THE COURT:  Yeah, we could have -- I actually hoped

14   somebody would ask.  Okay.

15               MR. COGAN:  You're in charge.

16               THE COURT:  Thank you.  We'll make it a fifteen-

17   minute break.

18         (Recess from 11:22 a.m. until 11:36 a.m.)

19               THE CLERK:  All rise, please.  The Court is now in

20   session.

21               THE COURT:  Please be seated, everyone.

22               Mr. Fumo, you come forward, please.

23               THE DEFENDANT:  Good morning, Your Honor.

24               THE COURT:  Good morning, it is morning.

25               THE DEFENDANT:  Yes, I wanted to make sure.

 1          THE COURT:  I've never put a limitation on a

 2   prisoner's right to allocution and I won't make any exception

 3   in your case.  I consider it a part and a very important part

 4   of my ultimate determination.  Most people who sit where I sit

 5   feel the same way.  They want to talk to -- actually talk to

 6   the person who draws a sentence so we're going to do that now

 7   and I'll let you make a statement and as you can imagine, this

 8   time I have some things to ask you.

 9          THE DEFENDANT:  I would appreciate questions.

10          THE COURT:  Last time it was too late -- I don't

11   know -- and I didn't have my hearing aid in but now I do.

12          THE DEFENDANT:  Yes -- is too, Your Honor.

13          THE COURT:  Yeah, okay.  Very well.

14          THE DEFENDANT:  I can't get one in prison -- when I

15   get out.

16          THE COURT:  Let's go.

17          THE DEFENDANT:  Your Honor, the --

18          THE COURT:  Just one final thing here.  We talk about

19   the newspaper so much, I'm not even going to address the

20   newspaper except to say that someone suggested I was

21   starstruck and I want you to put to rest that --

22          THE DEFENDANT:  Me put it to rest?

23          THE COURT:  Yeah.  I was somehow starstuck and I want

24   to tell you right now that I'm not starstruck.  You're just

25   another person appearing here before me.  Of course, you have

1    a different background than others, but --

2               With that last and only criticism of the newspaper --

3               THE DEFENDANT:  Your Honor, I wanted to make sure I

4    didn't say that.

5               THE COURT:  No, no.  Actually, a writer who does a

6    nice job otherwise said that, but go ahead, Mr. Fumo.  You may

7    proceed now.

8               THE DEFENDANT:  Thank you, Your Honor.  Your Honor, I

9    thought a lot about this, and last night in my cell I sat down

10   and tried to write out what I wanted to say today.  So it

11   might be disjointed, it might be longer than I normally would,

12   but it was --

13              THE COURT:  No, go right ahead.

14              THE DEFENDANT:  -- a stream of consciousness, if

15   nothing else.

16              THE COURT:  Yeah.

17              THE DEFENDANT:  First of all, Your Honor, let me say

18   that I am so sorry that we are here today.  I am sorry that

19   you have to live through all this again; I am sorry that I had

20   to come back from Ashland in the way that I had to come back

21   and travel.  And mostly, I am sorry that my Carolyn, Vincent,

22   Allie and my friends and family have had to relive this now

23   and with the additional humiliation of having to come into

24   Court in handcuffs every time.

25              I want to apologize for my disheveled appearance, but

1   it has been a long trip and I am very limited in what I can do

2   with my appearance -- my beard, my hair.  As to the jumpsuit,

3   Your Honor, I asked that my family bring clothes so I didn't

4   have to wear this to Court and I don't want to blame the

5   marshals because they've been the best people in the whole

6   justice system, I think, but their policy is that you don't do

7   that unless you're in front of a jury, but --

8             THE COURT:  Yeah.

9             THE DEFENDANT:  -- but I didn't intend to come here

10  this way.

11            THE COURT:  Well, if anybody thinks that my decision

12  is going to be based on your clothing, I would be very

13  disappointed.  So --

14            THE DEFENDANT:  Yeah, I --

15            THE COURT:  Okay.

16            THE DEFENDANT:  -- I didn't mean to imply that, Your

17  Honor.

18            THE COURT:  Yeah.  Okay.

19            THE DEFENDANT:  I just wanted to address an issue

20  that again was in the press.

21            THE COURT:  Yeah.

22            THE DEFENDANT:  Judge, I want to dwell -- I don't

23  want to dwell on the case again, but there are -- excuse me,

24  my handwriting is horrible and -- and -- in the shoe, you're

25  only allowed a --

1           MR. COGAN:  Refill.

2           THE DEFENDANT:  -- a refill to write with of a pen,

3     so it's worse than it normally would be.

4           THE COURT:  Okay.

5           THE DEFENDANT:  But there are a few issues that I do

6     want to discuss regarding the case and some of the pleadings.

7     And they are as follows:  one, it offends me when the

8     prosecutors continue to try and say that I was not a working

9     senator.  I would like to ask them clearly for a definition of

10    what it is to be a full-time senator as they referred to in

11    their pleadings as opposed to a part-time senator that they

12    referred to in their pleadings.

13          Your Honor, I gave my life to the senate and to

14    government and I think as I told you the last time, it wasn't

15    difficult to do.  I enjoyed it.  So I had no reason to not

16    want to do it.  If anything, I wanted to do it more and more.

17    There is -- I don't think Your Honor's ever served in the

18    legislature --

19          THE COURT:  No.

20          THE DEFENDANT:  -- but I know you served as a D.A.

21    and a judge and --

22          THE COURT:  Um-hum.

23          THE DEFENDANT:  There's no greater euphoria, Your

24    Honor, for a human being than be able to help another human

25    being.  And that's what senators and house members -- that's

1    their role in the way our government is structured.  So

2    there's not a bigger high.  I worked -- I gave my life to it.

3            Your Honor was here and heard everything despite the

4    characterizations.

5            Secondly, on Christmas I learned about helping poor

6    people at Christmas from my second wife who was here yesterday

7    with my daughter Allie.  It was her idea; it wasn't mine.  It

8    happened over twenty years ago when she said for my Christmas

9    present I want to help a family.  And of course she got a

10   Christmas present in addition, but we found a family.  And she

11   and I started this -- we went out and shopped.  We went to

12   Kiddie City and Toys"R"Us to give someone a Christmas that

13   they couldn't otherwise have.

14           Judge, I did that -- I don't say that I've got to get

15   accolades for it.  But I am offended when people imply that I

16   didn't do it or that I used Fumo-for-senate money to do it.

17   Jamie Spagna was one of the beneficiaries and later one of the

18   people that helped us do that.  And again, it wasn't something

19   that was a chore.  It was something that I enjoyed doing.  And

20   I was always taught that if you're really going to do

21   something good, you don't take bows for it.  You do it as

22   anonymously as you can.  And those gifts were always delivered

23   anonymously.

24           Jane and Allie still do it to this day.  I think they

25   do it a little different that they actually go out and buy

1   stuff, still, but I do more families so we -- a little bit

2   different.  Even while I was in prison -- again, not for

3   accolades and not because I thought I was coming back here --

4   did I plot and scheme this.  Carolyn did it for me.  We called

5   Senator Kitchen's office, who is probably represents the

6   poorest people in Philadelphia, and asked her for some

7   recipients.  And Carolyn went in some of the -- shall I say,

8   toughest neighborhoods in Philadelphia at night to deliver the

9   presents.  So, I am hurt by those accusations, Your Honor.

10  God should strike me dead if I'm not telling you the truth on

11  that, and I wish He would.  And I will continue to do that for

12  as long as I can because it's the right thing to do and now it

13  probably represents a greater percentage of my income.

14          Your Honor, perjury -- every time I conflicted with

15  their view of what they believed the facts were, it wasn't a

16  dispute, it was perjury.  Only they take the position that

17  their way is the truth, the right and the way.  Your Honor,

18  I'm sorry.  It's not, especially in this case.  There were

19  ways of looking at things that they viewed and I viewed.  And

20  one of the things that I did read in the Third Circuit

21  dissent, that I've always believed -- in fact, Your Honor, I

22  want to correct something, Mr. Buffone may get angry with me,

23  but -- at the last allocution, when you talked about the

24  legislature putting mandatory sentencing in, I said and you

25  didn't hear me and then he told me to shut up, that I didn't

1    vote for that judge.  I was one of I think seventeen in the

2    senate that stood up against that, because I believed that

3    judges have a role -- a critical role -- they're not just

4    referees during the trial.  When that's over, the burden is

5    placed on their shoulders.  And there were a lot of people at

6    that time that didn't like judges, that said we don't trust

7    them.  I was not one of them, Your Honor.

8         Your Honor, the Third Circuit said that there's only

9    one person who knows this case inside out, upside down, from a

10   nonprejudicial standpoint.  And that's you.  You've heard the

11   witnesses.  You've heard the doc -- you've seen the documents.

12   And their demeanor -- you saw the demeanor of Mr. Sprague.

13   You saw with your own eyes the documents, RAS agreed.  Judge,

14   my testimony probably differed with the prosecutor's version

15   of the facts, but it was not perjurious.  It was not meant to

16   be, and I submit that it wasn't.

17        Lastly, my drug abuse.  I have laid before the world

18   openly my problems and what I did and what I continued to do

19   for so many years.  And again, I never viewed it as drug abuse

20   because to me, drug abuse was illegal drugs.  I had a

21   prescription.  For me, in my mind, that was for me to use, and

22   to use them all together to feel as good as I could feel --

23   never -- it was what it was, Judge, and I did it.  I did it

24   knowingly; I did it because it was an escape especially during

25   times in this investigation and during these proceedings.  The

1    thing you would look for is just, leave me alone.  Let me

2    escape.  And they allowed me to do that.  And the testimony is

3    long-standing that I was a social drinker -- one or two drinks

4    a night.  Well, I've since found out that if I'm going to take

5    the drugs, I can't even be a social drinker.  I never viewed

6    myself as an alcoholic.  I still don't.  But I resorted at

7    times to drinking more than one or two when I was alone, again

8    to escape.

9             Again, Judge, I -- excuse me a minute, please, Your

10   Honor.

11            THE COURT:  Okay.  Take your time.

12            THE DEFENDANT:  I've been clean ever since I entered

13   prison by definition, but I have to admit that many times I

14   still long for some Xanax.  This might be one of those times.

15   I am probably more nervous before you today than I was the

16   last sentencing, because then I had the advantage of that

17   drug.

18            And, I apologize to the Court and to the world for

19   being so weak.  Lastly, on this issue, I -- I want to tell you

20   that during the normal procedures to apply for RDAP, I was

21   approved.  I was in the middle of the last interview.  It was

22   broken off because the doctor in charge had to take a break.

23   He said we'll get back to it in a week or two when I get back

24   from vacation.  He came back and all of a sudden said to me --

25   the region contacted him.  I was not eligible.  Judge, he

1    hadn't submitted anything to the region yet.  So that is what

2    it is.  I'm tired, depressed -- all I want is peace.

3              I'm much older today than I was two and a half years

4    ago when I stood before you.  Prison is not an easy place to

5    be, even in a camp.  I no longer own my own body.  It belongs

6    to the attorney general and the Bureau of Prisons.  They can

7    do with it as they see fit.  They can strip it, which they've

8    done numerous times.  When I go back today I'll be stripped

9    again and searched.  They can chain me up as they do when they

10   bring me across with handcuffs and a chain.  They can put leg

11   irons on me if I want -- they want.  And they can even put me

12   in solitary confinement, Your Honor, for no reason -- no

13   reason is, I mean, to what I have done.

14             THE COURT:  Um-hum.

15             THE DEFENDANT:  My commitment papers here say -- I

16   forget the exact wording, but broad-based publicity, I think,

17   is the reason why I'm in solitary.  I get the same punishment

18   as someone who punched a guard, and that's not easy.

19             When people -- when I went -- when people go to

20   prison for the first time, they are scared.  It is a traumatic

21   event unless you're a professional and you're just coming

22   back.  I had been prepared by Joel Sickler and some other

23   people that had been to prison, as to what to expect.  But

24   there is no preparation that can make you go in there at ease.

25             I remember the first day I went into Ashland, Carolyn

1    had come with us on the journey.  I wouldn't let her come to

2    the prison.  I went with my friends and my son.  Fortunately

3    for me, there was a CO on duty who was sensitive, I'll even go

4    so far as to use the word kind, which CO's I guess, aren't

5    supposed to be.

6              THE COURT:  It's a tough job.

7              THE DEFENDANT:  But I was lucky I had him when I came

8    in.  He escorted Vincent out with a bag of what was left of my

9    personal effects, and said hug your son, and I did.  And he

10   left.  He proceeded to do what he had to do.  It was the first

11   time I had been stripped searched.  He processed me, but in

12   such a way that I didn't feel demeaned.  And he took away some

13   of my fear.

14              Regrettably, the impression that people have of

15   prison is what they see in the world's worst movies.  That's

16   not what it is.  I remember I went back a few days later, I

17   had gotten some legal mail, and he was the one in charge of

18   that.  And I thanked him then, and tears come into my eyes,

19   and he said it was his job and he understood.  For that I am

20   grateful.

21              In fact, by and large, I think the staff, at least at

22   Ashland, that I became familiar with, are generally,

23   overwhelmingly professional, understanding, and trying to do a

24   job.  Among the CO's there's a bell curve.  There's those in

25   the middle, there's those that are terrific, and there are

1   those that are not so terrific.  But it's not like you see in

2   a movie.  There is no brutality.  The prison is an emotional,

3   mental thing as much as it is control of your body.

4          That day I was processed in, case manager -- there

5   was publicity about me not wanting to be in Ashland, and it

6   was local as well -- everywhere I go, Your Honor, there's

7   publicity.  Not that I generate it.  And they were upset.  And

8   I said, look, I wanted to make it clear that it wasn't because

9   I didn't like Ashland, it was because it was an eight and a

10  half hour drive from my family and friends.

11         And he said, well, eighteen months, and 500 miles,

12  and you can apply -- that's all he kept saying to me.  And I

13  said fine.  I went in.  I got processed.  I got clothing.  I

14  got -- having to almost strip, at least I could keep my

15  underwear on, to get fitted in a public room in the laundry.

16  I then went to my dorm, which is called a unit, placed in my

17  cell, which is called a cube, and the 4 o'clock camp began.  I

18  had no idea what that was.  I learned.

19         And that was fearful.  Everybody was quiet.  People

20  come down.  And one of the inmates who I was with at the time

21  said you can hear them with their jingles on the key rings or

22  whatever.  To this day, when I hear that jingle, I don't know

23  what to expect.  And then, Your Honor, I had four hours in,

24  37-, 38,000 more to go.

25         All the other inmates there knew what their sentence

1    was.  When you know that, you can pace yourself.  I didn't.  I

2    still don't.  Twenty-six months later.  My serving those times

3    with that fear of the unknown is much different than someone

4    else serving their time.

5            While in prison, I've seen people die.  And the most

6    frightening thing to endure is you're sitting in your cube and

7    you hear them next door, packing somebody out.  It isn't like

8    they announce so-and-so is leaving; so-and-so died; so-and-so

9    is going to the hole.  It just happens.  Your biggest fear is,

10   when will it happen to me.  You live with that every day.  Not

11   knowing.

12           You know what you try to do, to be straight.  One of

13   my biggest offenses in prison, Your Honor, too many books.

14   I'm allowed five.  I have more than that, I confess.  Maybe

15   they'll call the prison if they know.  That's my -- I mean,

16   it's not cell phones and all the other things.  Too many

17   books.

18           When I went to the shoe the first time, it was

19   frightening.  It was the 4 o'clock count.  Early in the day I

20   had met with the camp administrator.  It was the day of the

21   earthquake.  And there were stories on the television.  And

22   across the banner on the bottom -- and I have no idea why

23   me -- it was that this -- we had lost the appeal.  Some

24   inmates were enthused, they said, oh, they threw out your

25   sentence, terrific.  You know, I said no, that's not a good

1    thing.

2            The administrator saw that, didn't know what to do,

3    panicked, met with me, and said are you okay?  And I said yes,

4    I'm okay.  He said, well, look, if you have a problem, talk to

5    your counselor, and she'll get a hold of me.  I said fine.

6            After the 4 o'clock count, I got word, go see Mr.

7    Atkins.  I mean, I was just about to take my 4 o'clock

8    medicines I walked out, guys were going to lunch, and I

9    figured well, what could he want?  And he said, this officer

10   here wants to see you.  He takes me back to R&D without saying

11   a word, and says take off your clothes, and strip searched me

12   again and gives me an orange jumpsuit.  And I said what's this

13   about?  He said, I don't know.  They just told me to bring you

14   over.

15           We rode over.  It was surreal.  We talked about the

16   earthquake.  Next thing I know, I was in handcuffs for the

17   first time in my life, being put into the shoe.  Scary, Judge.

18   Especially when I didn't do anything to get there.  I asked

19   the COs that were there what happened.  Nobody knew.  I

20   finally found one CO who said to me, I don't know what

21   happened, all I know is it came from the front office.

22           I'm now in a cell that's maybe six feet wide, maybe

23   seven feet long, with a double bunk, a toilet and a sink here,

24   and the old fashioned bars, Your Honor, open six and they pull

25   a thing and it opens.

1       I asked for food, because everybody was going to eat.

2   They said we don't have any.  Fortunately, some of the inmates

3   there were able to pass through the bars -- I know distinctly

4   what I ate -- an overripe banana and a granola bar.  I'm not

5   crying the blues about that, Judge, I'm just trying to let you

6   know what it was like.

7       I asked for my meds.  I said I had to have my meds,

8   because of my illnesses.  And the one that hurts me the most

9   is restless leg.  They said, I don't know.  I mean, you know,

10  there's a pill line later.  I come in, I asked for my meds.

11  They said we don't have anything for you.  And contrary to

12  what Mr. Pease said in his pleadings, Your Honor, I did not

13  get my meds.  I did not get my meds until the next day -- and

14  I figured it out, twenty-six hours after I got into the hole,

15  and probably thirty-some hours after I took my meds that

16  morning before.

17      And all of those meds, I've since talked to the

18  people in the pharmacy and all, they all carry it through:

19  the Prozac, the Met -- not the Metformin as much, but the

20  Prozac, they're like longer-lasting effects.  But the Requip

21  is not.  I did not sleep that night, Your Honor.  Not at all.

22  Because that's the one that causes me the problem.

23      When I finally got out, I went back.  It took me two

24  weeks to get my stuff back.  Someone had stole my -- sold my

25  bed.  Someone had stolen my boots.  Someone had sold my shirt.

1    It is what it is.  But I did get everything back, finally.

2           Your Honor -- excuse me, Your Honor.  On my e-mails,

3    post-incarceration.  Your Honor, we were the last facility in

4    the BOP to get e-mails by seven years, but we finally got it.

5    There is a thing that -- every time you're on, you know, they

6    can monitor your e-mails.

7           I viewed that the same way that Your Honor did; that

8    this is in case I want to escape, in case I want to commit a

9    crime, in case I want to incite others to commit a crime.  I

10   knew they were reading them.  I never had a doubt about that.

11   In fact, one time I was called over because I was critical of

12   the warden, and they asked me about it.  And I explained to

13   them the position, and they explained it to me.  So I knew

14   they were reading them.

15          But, Your Honor, I never, ever would have dreamed

16   that they would have been published.  Never.  And those

17   e-mails expressed the full gambit (sic) of my emotions.  They

18   weren't just the ones that the prosecutors put in their

19   pleadings.  I think our people put more -- I've never seen

20   them, Your Honor.  I know there's 12,000 pages for six months.

21   Yes, I'm angry.  Yes, I'm depressed.  Yes, I have dreams.

22   Yes, I have hopes and fears.  I'm a human being, Your Honor.

23          They own my body.  If it were possible, I guess, they

24   would own my soul, but god didn't make it that way.  So I

25   still have the ability to dream and to get angry.  And now, to

1  all those people that I may have said bad things about in my

2  most angry of moments, I apologize.  But I never said -- I

3  never meant them to say I call you this, and I want the world

4  to know it.  They were meant for the person they were sent to.

5        The thing that I found most distressing about prison

6  is not within the prison, because you can get used to that.

7  You can pace yourself if you know your sentence, but you still

8  go, much like an alcoholic that -- friends of mine that are

9  alcoholics -- you go day to day, week to week, sometimes hour

10  to hour.  You just get through it.  But the things that affect

11  you the most are what's going on outside.

12        If there's a family problem -- in my case, Your

13  Honor, I was the leader of the family in that sense -- you

14  can't solve it.  You can't even discuss it.  You can call on

15  the phone, one of the people, talk for fifteen minutes,

16  monitored, have to get off for a half hour, call again,

17  another person for fifteen minutes.  Have to get off again.

18        Meantime you're eating up your 300 minute monthly

19  budget.  You can't comfort people that way.  You can't solve

20  problems.  You can't bring reason to situations.  It's the

21  outside things that happen, for a person like me that's used

22  to helping people and getting things done, that I've found the

23  worst.

24        I was able to help people inside the system.  I've

25  seen, many times, wives leave their husbands, girlfriends

```
1   leave their boyfriends, and I've seen those people devastated.
2   I've seen people -- their parents die.  There's no place to go
3   and cry, Your Honor.  There's no place.  You have to kind of
4   go with a guy and walk around the yard and hope -- find a
5   little place where you can be a human being and express your
6   grief.  The chapel's locked, because guys are hiding cell
7   phones in it.  I mean, it's -- it is what it is.  But there's
8   no place to be a human being when you've had a loss.
9   Fortunately, I was able to help some people that way.
10          Your Honor, the other thing about prison that nobody
11  thinks of -- I was prepped by a professional, I talked to
12  people, I knew one thing.  The food was bad.  Everybody told
13  me that.  You're going to hate the food.  They were right.
14  I've learned to live with it.  And I was never one not to go
15  to McDonalds for dinner.  It never bothered me.  Although I
16  like better dinners, but.  So you learn how to do that.
17          But the things that you miss, without even thinking
18  about it: a chair; a simple chair.  Your Honor, I sat better
19  in that chair, these two days, than I have for twenty-six
20  months.  There's no chairs in prison.  There's stools.
21  There's plastic kind of chairs.  It doesn't exist.  It's
22  amazing.  I never thought of that.
23          A bed to sleep in, a bed with my back.  There's a
24  "bed", but it sags.  If you're lucky, it only sags in one or
25  two places.  It sags where my back is.  I'm not complaining,
```

1    Judge, I'm just saying there are things that nobody prepped me

2    for.  There are things that nobody thinks about.

3              Music.  Music.  I have a radio, Your Honor.  It picks

4    up country and western, which I was never exposed to before.

5              THE COURT:  Well, you've got learn to like country

6    and western.

7              THE DEFENDANT:  I have, Your Honor, and bluegrass.

8              THE COURT:  I happen to like both of them, but that's

9    neither here nor there.

10             THE DEFENDANT:  I got a into a little bit of the

11   bluegrass --

12             THE COURT:  Okay.

13             THE DEFENDANT:  -- being in West Virginia.  Hip hop

14   and rap, Your Honor, I don't think you got into either.  But

15   that's there.  And NPR.  I listen mostly to NPR.  I was

16   ecstatic one day they played Rhapsody in Blue.

17             THE COURT:  They played what?

18             THE DEFENDANT:  Rhapsody in Blue.

19             THE COURT:  Oh, yes, okay.

20             THE DEFENDANT:  On NPR.  It was like heaven.  I

21   listened to -- I mean, guys were like, wait, shut up, I want

22   to hear this.  I mean, not that I'm the biggest fan, but I

23   haven't heard anything -- Sinatra, Tony -- any of that, Your

24   Honor.  And it's not a big deal, but it's something that no

25   one would think twice about.  It doesn't exist there.

1        I don't know what -- I guess the purpose of prison in
2   my case is punishment.  So that's all part of the punishment.
3   I accept it.  But I want you to know and others, that it's not
4   Club Fed.  It's not some easy thing to do.  And one of the
5   worst things is that the BOP put me eight and a half hours, by
6   car, from my family.  Carolyn's afraid to fly.  So she drives
7   every month, and then drives back again.

8        My granddaughter's been to see me twice.  They flew
9   her in.  But that gets to be expensive.  Friends come.  But
10  it's still extremely difficult, given where I am.  Another
11  piece of the punishment, designed or not, it exists.

12        I'm sorry, Your Honor.  My trip here, Your Honor, was
13  draconian.  Whether you're a camper, a terrorist, a murderer,
14  a super-max candidate, everybody travels the same way.  I left
15  Ashland in chains, leg-irons, shotguns, got on a bus for
16  thirteen hours, and made it into Atlanta, which is a
17  nineteenth century prison to say the best.

18        When I got there, I was processed through and strip
19  searched and all of that again.  Then I was put in a cell with
20  another person.  We were locked down twenty-two hours a day.
21  On weekends we were locked down twenty-four hours a day.  Not
22  that we did anything wrong.  We were in transit.

23        Fortunately, I got a chance on one of those two-hour
24  segments to call Carolyn to let her know I was okay.  But I
25  didn't get her the first time, I got Vincent.  Then I called

1  her later.  I feel worse for what they have to suffer.  I know

2  where I am.  I know that I'm safe, at least in my mind.  They

3  don't.

4          From Atlanta we went to somewhere outside of West

5  Point, Your Honor.  I think it's Stewart Airfield.  And again,

6  shackles, chains.  The U.S. Marshals were there.  It was a

7  different kind of trip.  When we got there, we wound up in a

8  bus going to Brooklyn.

9          Your Honor, Brooklyn was the Ritz.  There was -- I

10  was in the general population.  I got a regular meal, rather

11  than when I was in Atlanta and here, the guard comes through

12  and unlocks a slot, and this door bangs down, and he puts a

13  tray in.  You eat it or you don't.  There's no card, Your

14  Honor, about how many calories and fat and all that other

15  stuff that they talk about.  You eat it or you don't.

16          By the way, Your Honor, that doesn't exist in the

17  camp either, when they talk about a healthy diet.  It is what

18  it is.  You start to be almost like a Pavlovian dog.  When you

19  hear it and you opens, you know you're going to eat.

20          When -- I'm sorry, Your Honor.  Your Honor, I've

21  already apologized in my last elocution for what I did.  And I

22  said my beliefs at the time.  I never, Your Honor, viewed it

23  as an attack on democracy.  I believe in democracy.  I teach

24  history at the camp.  I've learned more about how this country

25  was founded than I ever knew before.  I even learned about the

1    media during the Revolution.  You would love to know about

2    that, Your Honor.

3              When Mr. Contino testified yesterday, he used a word

4    that was very appropriate.  And I don't mean to minimize what

5    I did by saying others did it.  But Your Honor, it was

6    institutionalized.  It was nothing to talk about a campaign in

7    your office with other people.  It was nothing to engage

8    staff -- and bipartisan, both sides.  I'm glad that at least

9    they finally, according to Mr. Contino, passed a rule.  Your

10   Honor recalls, there were no rules.  There is now a rule, I

11   understand, that you can't do campaign activity, I would

12   assume -- because political is your job -- anywhere in the

13   Capitol or whatever.  I have not seen the rule.

14             It's interesting, Your Honor, that they didn't

15   address personal.  They still haven't done that.  And I

16   suspect because they don't know how.  But, Your Honor, that's

17   what I felt.

18             And it's -- Citizens Alliance, it's old news.  But I

19   was petty in taking tools and consumer goods.  But, Your

20   Honor, I never thought it was a crime for Citizens Alliance to

21   remodel a building that they owned and continue to own and

22   rent it to the Pennsylvania Senate for an amount less than

23   they might have gotten from somebody else.  I never viewed

24   that, Your Honor.  I guess it is, now.  But I think every

25   nonprofit could learn from that.  And I think these courts

1   will be filled, if we enforce those laws like that.

2          I'm glad that Mr. Cogan brought out the contrast

3   between the description of Citizens Alliance today and what it

4   was before.  It is not a broken down institution that is in

5   shambles.  Your Honor, go along Passyunk Avenue and see what

6   we did.  Go look at the Charter Schools that are still

7   running.  Your Honor, it still has, I think in that report

8   that was made to the Commonwealth Court, a net worth of

9   seventeen million dollars.  There is no community nonprofit in

10  the city of Philadelphia that has anything like that.

11         And because of that, it continues to go on, Your

12  Honor.  Yes, they no longer can clean streets, because they

13  ran out of money.  But the money they ran out of, Your Honor,

14  was me.  There's nothing anywhere in the record -- their

15  records, anywhere, that they ever raised ten cents except for

16  what I brought to them.

17         So to say that they lost their ability to raise money

18  because of my actions there, it's not true.  They're still

19  viable.  And they have opted to pull back on the service area.

20  They still clean Passyunk Avenue.  They still run certain

21  things there.  And they're getting rid of assets that they

22  don't need any more.  They're probably the most viable

23  nonprofit in the city of Philadelphia.

24         Whether they like it or not, Your Honor, that's a

25  legacy.  It didn't exist but for me.  And the strategies that

1   were talked about were mine.  That was part of the trial.  I

2   was the evil person who made the last decision on which

3   properties to buy.  I was the one who said let's do this and

4   do that and do this.  I was the leader there on the one hand,

5   and then on the other hand, I wasn't.

6          They are what they are, Your Honor.  But Citizens

7   Alliance is still viable and I'm still proud of it.  The

8   Charter School is still viable, and I'm proud of it.

9          When we get into good works, Your Honor, I -- at the

10  time, I wasn't keeping a scorecard.  I remember former Senator

11  Lou Hill who later became a judge, saying to me when I first

12  got elected, every time you do something, make a memo and save

13  it for when you run four years from now.  You'll forget you

14  did it.

15         I tried to do that, Your Honor.  I just ran out of

16  time, and it was silly.  But there's a lot of things in this

17  city -- and I guess the way you define what is extraordinary

18  versus what is ordinary, you say to yourself, there's seven

19  senators in Philadelphia.  And not to disparage my colleagues,

20  what did the other six do?

21         Senator Tartaglione did testify at the last hearing

22  about what I did among senators.  Is it part of my job to

23  spend seven years meeting with merchants to try and build the

24  food distribution center?  I don't know.  But nobody else did.

25  Is it part of my job to get them funding?  Probably.  But I

1    don't know anybody else who could have done it.

2           The stadiums that are down there, I wasn't a big fan

3    of the stadiums, but I recognized the economic need.  I had to

4    go down and bring Governor Casey to meet with the neighbors

5    who did want any more stadiums in their neighborhood.  Part of

6    my job?  Maybe.  The legislature wasn't there.

7           So many of those things, Your Honor, I did on my own.

8    Again, I didn't do it to try and get reelected.  If you've

9    ever looked at the returns, Your Honor, I've never had a race

10   where I won less than two to one.  It's because, Your Honor,

11   it was enjoyable.

12          Now, can you be extraordinary and still do things you

13   enjoy?  I don't know.  I guess you'd have to ask some guys in

14   the military that won medals for extraordinary things that

15   they did.  Did they enjoy it or not?  I don't know.

16          Your Honor, my record speaks for itself.  And as I

17   said the last time, I gave my life to this at the expense of

18   my family.  And that was selfish of me.  But I did it.  I

19   never did it planning that I would be here today saying it's

20   extraordinary.  It's just what I did, Your Honor.

21          Your Honor, I guess all I can ask from you is mercy,

22   understanding, compassion.  I never viewed and I still don't

23   view a fifty-five month sentence in prison, plus millions of

24   dollars in restitution and fines, as a slap on the wrist.  And

25   I think Mr. Contino referred to it, well, if you're -- who did

1    he use?  I forget --

2            UNIDENTIFIED SPEAKER:  Murdock.

3            THE DEFENDANT:  -- Murdock, it's no big deal.  Your

4    Honor, I made money.  And fortunately, I made money just in

5    time to pay for this case.  I made it from selling the bank.

6    The federal government got, I don't know, close to three

7    million so far.  I understand there'll be more.  The

8    lawyers -- and I'm not begrudging them their fees -- got over

9    four million dollars.  Your Honor, that's not --

10            No, he only got a little piece.  But when you get to

11    those numbers, Your Honor, I'm not Murdock.  And had I not

12    sold the bank just in time to give it back, I would have been

13    in a horrible situation.  But nobody cares about fines and

14    restitutions.  They don't make headlines, Your Honor.  The

15    only thing that makes headlines is how much time did he get in

16    jail.

17            And I've seen those attitudes, Your Honor.  We,

18    unfortunately, in America today, have an attitude:  put him in

19    jail and throw the key away.  Don't care what they did.  I,

20    myself, Your Honor, didn't appreciate what went on until I got

21    there.

22            I can tell you that at Ashland today, among the 300

23    inmates that I'm with, maybe ten shouldn't be trusted on home

24    confinement or whatever it is.  I can see the billions that

25    we're spending -- and I got friendly with some of the CEO --

1    CO's rather, telling me they're going to build twenty-five

2    more prisons.  Your Honor, I was touched by two books that

3    never existed in my mind.  One was "Three Felonies a Day"

4    written by Harvey Silverglate.  It's the liberal point of

5    view -- you know, bleeding heat, liberals, soft on crime

6    people, where they talked about what's going on.  It was cited

7    in -- I read about it in the New York Times.

8              THE COURT:  Yes, I think I --

9              THE DEFENDANT:  -- when the Skilling case came up.

10             THE COURT:  -- read or my wife read that book.

11             THE DEFENDANT:  Well, I have a copy here, Your Honor.

12             UNIDENTIFIED SPEAKER:  You can't give it to him.

13             THE COURT:  Is that the one about the overzealous

14   prosecution or not?

15             THE DEFENDANT:  Yes, Your Honor.

16             THE COURT:  In general, yes.  Okay.

17             THE DEFENDANT:  And that's the liberal point of view.

18   That's the so-called soft-on-crime point of view.

19             THE COURT:  Yes.

20             THE DEFENDANT:  Then I recently found out there's

21   another book, "One Nation Under Arrest", put out by the

22   Heritage Foundation.  Hardly liberal.

23             THE COURT:  I saw that also, but I didn't read it.

24             THE DEFENDANT:  With an introduction by Edwin Meese,

25   not a soft-on-crime guy, both saying the same thing.

1    Something is out of control and has to be done.

2            Your Honor, I've seen -- I tried once -- twice in

3    fact, when I was there.  I've run into kids -- I'm sixty-

4    eight, Your Honor.  As I said in one of my e-mails, yeah, I'd

5    like to lobby -- and then I said in another one, I could never

6    be a good lobbyist, I'm not a good ass-kisser.  And in

7    addition, I don't -- at my age, I can't pay my dues.  Everyone

8    in life has to pay their dues regardless of what their

9    profession is.  It's too late for me to pay dues.

10           But I've seen kids in there in their late twenties.

11   My cellmate, black kid from Dayton.  These kids get no

12   training.  They get a GED if they don't have one.  That's it.

13   And when they leave, we say to them, go get a job in a

14   horrible economy as a felon, or you'll be back.

15           I went to the education department and I went to the

16   psychology department, and I said look, in the camp, Your

17   Honor, the inmates do all of the maintenance.  I mean, you've

18   got -- and they don't worry if they lost the HVAC guy, because

19   there'll be another one in another month.  Everybody's

20   replaceable.  But they do all the maintenance.  I said let me

21   get some books in here and try and teach people that want it,

22   how to be an electrician.  We'll do it at night when they're

23   not supposed to be doing whatever they do.  And then during

24   the day you can let them go work with the electricians as an

25   apprentice.

1        They're not going to go out with some kind of

2   electrical certification.  But they'll have a skill.  No,

3   can't do it.  The regulations are such.  We don't have any

4   money.  We don't have this.  And I understand, Your Honor.  I

5   understand bureaucracies.  They got a book, and that's the

6   book.  You don't go here, you stay on the book.  Nobody wrote

7   the book that I had an idea for.

8        So I wonder, in a country that has right now about

9   three million people in prison, I think the statistics are we

10  represent five percent of the free world's population, yet we

11  have twenty-five percent of the free world's people

12  incarcerated.  Is there something wrong with America, that our

13  people are more evil, that our people are more dishonest than

14  the citizens of Canada?  I don't think so.

15        I think there's a problem.  I think it should be

16  solved, although I've seen how long it takes to solve pro --

17  and I know the Congress, Your Honor.  I mean, one of the worst

18  parts of my job is every time a congressman puts a bill in --

19  and I think the most popular one is sixty-five percent for

20  good time -- they all come to me, should we start packing out?

21  And I have to explain to them the realities of politics.

22        But sooner or later, I think we're going to do

23  something, twenty years from now, I don't know.  I won't see

24  it.  But America has to see it.  All I want, Judge, is for the

25  years that I have left -- I remember when I was a kid, someone

1   was sixty-five, they were ancient.  Now, when someone dies at

2   eighty, you say how young they were.  Your whole perspective

3   changes, Judge.  Each day the reality of my mortality grows.

4   It's just, I guess, the circle of life.

5          I'd like to be able to spend some of that time with

6   my granddaughter, with my son, with my daughter, and with

7   beloved Carolyn who has stuck by me like no woman should.  I

8   don't want to spend that time maybe just about alive, on

9   dialysis or on a mask, or whatever.  That's all I ask, Your

10  Honor.

11         I may be viewed as an evil person.  Regrettably, I

12  don't agree with that assessment, Your Honor.  I did a lot of

13  good for a lot of people.  There's a lot of people today who

14  have lives that wouldn't have them were it not for me.  And

15  again, I didn't do it because I thought at some point in time,

16  I'd be standing before you.  It was my life, Your Honor.  I'm

17  a human being.  I have frailties.  I have problems.  And I

18  have a psychological problem of OCD.  I've got all this stuff.

19  I'm a complicated person.

20         Yes, I'm bright.  And as I told you the last time, I

21  agreed with Mr. Pease's analysis.  To whom god gives the most,

22  god expects the most.  I think -- and they will definitely

23  differ with me; I don't know if Your Honor will -- I think I

24  made the goal that I set for myself long ago, and that is to

25  make the world a better place, because you've been there.  Not

1  perfect, Your Honor.  And yes, at the peak of my power, I was

2  one tough son of a bitch.  But, Your Honor, you know from

3  Harrisburg, there's nobody walking around in togas and sandals

4  talking philosophy.  It's battle.

5          And I had an extra load, carrying the evil city from

6  the east on my back.  And I had to do what I had to do to get

7  it done.  In retrospect -- Your Honor, they said I'm not a

8  dumb guy.  If I thought I was committing a crime, would I put

9  it in 1,000 e-mails?  I don't think so, Your Honor.  I

10 wouldn't have done that.

11         Now, was I, as they say, arrogant and got used to

12 power?  Perhaps I did.  Your Honor, that's -- that's me.  And

13 I stand before you as a whole person.  Certainly not one

14 without faults, but one that did some good.  Thank you, Your

15 honor.

16         THE COURT:  No, no.  No, no.  Stay up here.  I've got

17 stuff I want to talk to you about.

18         Needless to say your elocution here is dramatically

19 different from most elocutions I hear here.  And it's because,

20 as you've alluded to, your background.  Not many people appear

21 before me with your background.

22         I don't know if I told you this the last time, but

23 most of the people up here before me have a pretty sad

24 background.  They've had nothing going for them.  And what has

25 impressed me about some of them, not all of them, I have no

1    idea who's telling me the truth.  But some of them genuinely

2    regret what they did.  They want so desperately to make a new

3    life for themselves.  And that's just some of them.  Others

4    just give a canned response:  I'm sorry I did it, Judge.  I

5    won't do it again.  I'll be good.  You know.

6            But very few, if ever, have had an elocution like

7    yours.  Now, your elocution is full of interesting things,

8    but -- and I won't cover them all, but I want to ask you this.

9    I don't understand, because you know my background.  I'm from

10   conservative Lancaster County, Republican all my life.  And I

11   don't understand why the Philadelphia politician -- and I

12   don't mean to pick on Philadelphia -- but I'm telling you what

13   I think -- why they don't think some of this stuff is wrong.

14   And apparently you don't.

15           I mean, for example, it's wrong to have the

16   investigator going out and investigate your girlfriend on

17   state money.  Maybe you don't think he did it on state money,

18   but he got state money.

19           THE DEFENDANT:  Your Honor, I understand that.

20           THE COURT:  And why isn't it even wrong for your

21   secretaries, for example, to do personal work for you?

22           I mean, I know there's a different culture from place

23   to place.  And I'm not suggesting that some of that culture

24   doesn't even exist in my own county.  But why don't you think

25   that it is wrong to do stuff like that?

1          THE DEFENDANT:  Your Honor, in retrospect, it
2    obviously is.
3          THE COURT:  I mean, do you buy in -- I mean --
4          THE DEFENDANT:  Oh, I -- Your Honor.  I agree with
5    you.  I mean, but one of the things you said about the
6    investigator following my girlfriend, was I did not think it
7    was on state time.  I mean, I knew he had a contract.
8          THE COURT:  Yes.
9          THE DEFENDANT:  I didn't even know that they weren't
10   submitting the hours that they worked.  I didn't know they
11   were just getting a flat -- I didn't have -- I didn't look at
12   that, Your Honor.
13         THE COURT:  I can believe that.
14         THE DEFENDANT:  And as far as the secretaries doing
15   personal things, it was a combination.  It kind of just grew.
16   When I was doing my own checkbook one time in the afternoon,
17   one of the girls came in and said what are you doing?  I said,
18   well, I got to, you know, do my checkbook.  I'll do that, you
19   do other stuff.  It started off --
20         THE COURT:  I know.  Of course you should have said
21   no.
22         THE DEFENDANT:  -- and maybe I should have, Your
23   Honor.
24         THE COURT:  You should have.
25         THE DEFENDANT:  I know.

1          THE COURT:  I mean, in my judgment that's the kind of

2     stuff that goes on that shouldn't go on.  The people that work

3     for you in public service should just do public work.  But

4     that aside, there was a senator who I'm sure you knew from

5     Lancaster County, Dick Snyder.  Was he there when you were

6     there?

7          THE DEFENDANT:  Yes, he was.  I think --

8          THE COURT:  He was probably about ready to go out

9     when you were there.

10          THE DEFENDANT:  -- yeah, because then Senator

11    Armstrong came in.

12          THE COURT:  He was the epitome of propriety in a job.

13    And of course, his style would never go over in Philadelphia.

14    It would never probably even go over in Harrisburg very much.

15    But Senator Snyder was that epitome of what a public servant

16    should be.  And I will challenge the local people in Lancaster

17    County to -- who are covering this case to say that I'm wrong

18    about that.

19          But he stood for what it ought to me.  I mean, he

20    talked about high ideas.  He talked about Shakespeare and

21    philosophy and things like that.  I don't expect you to do

22    that out in the Senate.  I know it's a dog-eat-dog world the

23    way you describe it.  But you've got to understand, from my

24    perspective, that isn't the way politics were done.

25          And I think our way was better.  But, you know.  And

1    I know you have trouble understanding that because there is

2    that culture --

3              THE DEFENDANT:  No, I --

4              THE COURT:  -- of everybody's doing it.  I mean,

5    that -- I agree with you on that.  I mean, I don't know how

6    many are doing it, but others are doing it -- are doing what

7    you did.  There's no question about it.  So --

8              THE DEFENDANT:  But I could assure you, Your Honor,

9    if I were ever going to run for the Senate again, which I

10   never would and never could --

11             THE COURT:  Yes.

12             THE DEFENDANT:  -- there would be strict, and believe

13   me, a lot of systems implemented, even to the point of time

14   sheets.  I mean --

15             THE COURT:  Yes.  I --

16             THE DEFENDANT:  And there's no question that my case

17   has obviously moved the Senate to deal with politics or gut

18   campaigns, and not yet personal, but I assume it's --

19   hopefully sometime they'll do that.  I mean, the rules should

20   be that no employee can do -- to the employee -- that no

21   employee can do any personal or campaign-related activity on

22   behalf of any senator.  I mean, that should be the rule.

23             THE COURT:  That should be.  And Mr. Contino spoke

24   about the huge advantage the incumbent gets for that very

25   reason.  He or she can effectively use his staff as a campaign

1    floor; which I realize here, and different -- every area is

2    different.  You didn't have any competition here in

3    Philadelphia.  Senator Snyder didn't have any meaningful

4    competition in Lancaster.  That's the way politics is

5    sometimes.

6            But with that kind of a support, it just seemed to

7    me, you could have made a stand for a more principled

8    government.  I know that's whistling in the dark.  And I'll

9    never understand Philadelphia politics, never in my life.

10   And --

11           THE DEFENDANT:  Your Honor, you sound like --

12           THE COURT:  -- I'm an old man.  I'll never understand

13   it.

14           THE DEFENDANT:  -- you sound like every man I've ever

15   met that didn't live in Philadelphia who's in politics.

16           THE COURT:  Yes, right.  I mean, I know.  I know

17   we -- and we used to say that -- I remember when they rewrote

18   the constitution some years ago, they said it would have been

19   easier if they just made Philadelphia a separate state when

20   they were doing the constitutional amendments back in 1968.

21           THE DEFENDANT:  I think Senator Salvatore advocated

22   for something like that.

23           THE COURT:  That -- is that who it was?  Make

24   Philadelphia a separate state, and we could solve the problems

25   of the Commonwealth.  I don't -- I happen to -- believe it or

1    not, I've lived in Philadelphia for twenty-one years now.  And

2    I've gotten to like the city.  And what I like about it is its

3    diversity and everybody -- every shape and form, and every

4    problem known to mankind here, exists in a big city.  And this

5    is the real world in my opinion, down -- real world.

6              THE DEFENDANT:  Well, Your Honor, I had the most

7    diverse district in Pennsylvania.

8              THE COURT:  Yes.  And it just -- it's the real world.

9    So I've enjoyed living here.  But I really don't enjoy the --

10   what I see as the political -- I guess what the paper says is

11   it's all pay for play -- there's so much pay for play going on

12   in Philadelphia politics.  And I wish that would -- I don't

13   know if that's -- I'm not going to make any judgments on that.

14   That's what I read in the paper.

15             And there's a lot of that that goes on.  It's just

16   got to get a tighter grip on the ethics of the situation.  I

17   know Philadelphia from time to time gets an ethics commission

18   lined up and try to get things changed and make things better.

19             And I guess what I was hoping from you, and maybe you

20   answered it in part, is that you reluctantly agree with some

21   of the things I'm saying.

22             THE DEFENDANT:  Not that I reluctantly agree, Your

23   Honor.  I understand what you're saying.  But you're also

24   right that I did not have that viewpoint.

25             THE COURT:  Yes.

Page 153

1           THE DEFENDANT:  And I apologize for that.

2           THE COURT:  Yes.

3           THE DEFENDANT:  And as I said, not to demean my

4  colleagues, but it was not a pervasive attitude in the Senate

5  of Pennsylvania.

6           THE COURT:  Right.  Right.

7           THE DEFENDANT:  There were a few.  Senator Snyder is

8  now --

9           THE COURT:  You don't remember him well enough.

10          THE DEFENDANT:  No.

11          THE COURT:  But Senator Dick Snyder was a wonderful

12  straight-up person.  He had his faults like everybody else,

13  but he was kind of the guy I remember when I first entered

14  politics back in the county.

15          And well, okay.  The allocution, as usual, has been

16  helpful to me.  I'm going to take until -- we're hoping to

17  come back here at 3 o'clock.  That's the time that we'll

18  schedule for the sentencing.  It might be slightly later than

19  that, but I'm hoping we'll be ready by three.

20          THE DEFENDANT:  Thank you, Your Honor.

21          THE COURT:  Okay.  Court is adjourned.

22                      (Court is adjourned)

23                        * * * * *

24

25

1                     C E R T I F I C A T I O N

2

3           I, Dena Page, the court approved transcriber, do

4    hereby certify the foregoing is a true and correct transcript

5    from the official electronic sound recording of the

6    proceedings in the above-entitled matter.

7

8

9

                                    November 14, 2011

10

     _____    _____

11

     DENA PAGE                           DATE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## A

**abatements** 96:3
**Abernathy** 102:6
**aberrations** 37:21
38:1
**ability** 23:20 27:8
27:11,16 28:22
30:1 31:7 86:4
114:1 131:25
138:17
**able** 9:23 12:12
15:25 33:14,16
35:11,13 52:2
63:6 120:24 130:3
132:24 133:9
145:5
**abolished** 85:7
**above-entitled**
154:6
**absence** 78:17 96:1
**absenteeism** 93:18
**absolute** 75:5
**absolutely** 5:25
25:19 29:6 42:6
44:10,14,16
109:19
**abundantly** 97:25
**abuse** 3:4 10:13,15
11:8,9,16,18 12:5
12:14 13:7,7,22
15:10 26:15 44:19
51:1 123:17,19,20
**abused** 32:8,9
**abuser** 13:21 16:25
**abuses** 113:20
**abusive** 11:24
**accept** 80:2 111:14
135:3
**accepted** 99:1,3
**accolades** 121:15
122:3
**accomplish** 2:13
97:17
**accomplished**
97:13,20 98:19
101:1
**accomplishment**

107:4
**accomplishments**
97:25 98:4 101:10
104:7,9
**account** 23:10 25:4
27:23 51:19 54:12
71:20 84:12 85:16
86:10
**accountable** 48:15
**accounting** 48:1
**accounts** 5:2 12:5
**accusations** 122:9
**achievements**
105:21
**acknowledge** 22:3
**acquittal** 89:15
**acquitted** 71:19
**acting** 112:20
**action** 102:11
**actions** 138:18
**activity** 102:16
137:11 150:21
**add** 4:22
**added** 3:21
**addicted** 11:23
12:7
**addiction** 14:13
15:10 49:4
**addition** 3:13 37:7
69:22 79:25 99:17
121:10 143:7
**additional** 3:20
79:12 118:23
**address** 7:12 20:14
20:15,16 49:15,23
52:24 57:12,15
60:7,11 65:16
98:8 99:6 116:10
117:19 119:19
137:15
**addressed** 70:3
**addressing** 68:15
**adequacy** 61:17
**adequate** 16:2
38:21
**adhere** 3:11,12
70:12

**adjourned** 153:21
153:22
**adjustment** 3:5
**adjustments** 3:4
**administration**
102:24
**administrator**
128:20 129:2
**admirable** 26:10
**admissible** 64:18
**admit** 10:23 63:21
83:23 124:13
**admits** 94:7,7
**admitted** 89:21
**adoption** 66:2
**adulation** 28:19
**advanced** 52:3
**advancing** 51:24
**advantage** 14:9
21:24 31:15 50:23
124:16 150:24
**advice** 63:1
**advisory** 58:3
65:25
**advocated** 39:11
50:2 151:21
**advocating** 50:9
**affairs** 95:8
**affect** 19:19,20
20:7 50:24 132:10
**affidavit** 12:2,5
13:4
**affidavits** 15:11
**affirmed** 5:1 53:19
**afford** 28:1
**afraid** 135:6
**afternoon** 88:8
148:16
**after-the-fact**
15:11
**age** 7:15 8:3 9:11
9:13,21 10:9
57:16 59:16,19,23
59:25 62:22 65:15
143:7
**agent** 8:17 41:20
85:24 88:13

**agents** 33:16 78:18
**aggravating** 50:14
**ago** 10:2 52:13
66:20 68:4 70:4
84:6 85:7 98:16
121:8 125:4
145:24 151:18
**agree** 21:11 25:19
44:21 51:6,13,17
53:5 69:20 71:21
91:21,23 92:4
97:21 108:23,23
110:7 145:12
148:4 150:5
152:20,22
**agreed** 3:14 25:14
25:15 51:4 123:13
145:21
**agreement** 7:9 41:2
**agrees** 28:21
**ahead** 18:19 60:10
99:5 111:3 118:6
118:13
**aid** 117:11
**Airfield** 136:5
**akin** 22:5
**albeit** 90:4
**alcohol** 11:8,18
13:7,9
**alcoholic** 124:6
132:8
**alcoholics** 132:9
**Alito** 100:2,2 113:1
113:5,10
**alive** 107:12,22
145:8
**Alliance** 4:19 6:1
7:6 25:7,8,16,21
27:20 28:2,4,7
29:8 30:2,5,21
31:10 32:21 33:3
33:11,14,16 34:5
34:9 45:24 51:19
51:20 52:10 95:1
95:2,9,12,14 96:1
96:3,14 104:15
137:18,20 138:3

139:7
**Allie** 118:22 121:7
121:24
**allocate** 15:21 22:8
23:3,21 27:3
**allocated** 30:7
**allocates** 31:23
**allocution** 96:19
117:2 122:23
153:15
**allow** 29:2 85:17
**allowed** 31:6
119:25 124:2
128:14
**alluded** 146:20
**alternatives** 42:3
**amazing** 33:7 53:25
114:1 133:22
**Ambien** 12:14
**amended** 59:19
**amendments** 36:20
151:20
**America** 1:2
141:18 144:12,24
**American** 39:24
65:23
**amount** 2:10 4:3
20:25 111:17
137:22
**amounts** 39:14
**analysis** 36:18,22
37:7 145:21
**analysts** 37:10
**analyze** 19:15
24:12 37:11
**ancient** 145:1
**angry** 74:12 122:22
131:21,25 132:2
**announce** 128:8
**anonymously**
121:22,23
**answer** 34:15 40:15
55:5 86:21 95:24
**answered** 152:20
**answers** 97:3
**Antony** 106:7
**anxiety** 61:10

anxious 2:12
anybody 45:5 69:7
  99:8 103:14 104:5
  108:18 119:11
  140:1
anyway 8:16 92:19
apologize 55:23
  118:25 124:18
  132:2 153:1
apologized 136:21
apparently 147:14
appeal 3:23 4:7
  64:14 81:22
  128:23
appealed 3:14
appealing 115:18
Appeals 3:15 43:11
  47:22 53:19 54:22
appear 13:10
  146:20
appearance 118:25
  119:2
APPEARANCES
  1:10
appeared 88:14
appearing 68:3
  117:25
appended 12:6
applicable 59:24
applications 14:3
applies 107:6
apply 56:8 113:18
  124:20 127:12
applying 39:8
appointed 95:7,22
apportion 7:1
apportioned 6:20
appreciate 65:2
  117:9 141:20
appreciated 26:22
apprentice 143:25
approach 87:23
appropriate 5:12
  7:1 9:25 38:16,19
  40:8,10 50:20
  69:24 82:17 116:4
  137:4

approve 81:22
approved 124:21
  154:3
approximately
  49:13 62:3
April 46:24
Ardmore 1:17
area 38:25 53:8
  138:19 151:1
argue 9:20 36:11
  79:20,21 115:25
  116:2
argued 10:22
  113:15
arguing 37:18
  49:20 80:23 97:14
  115:24,25
argument 18:19
  25:1 40:14 47:22
  89:16
arguments 109:4
Armstrong 149:11
Arnao 5:11,19 46:2
  46:7,15,18 52:6
  52:14 67:1 88:22
Arnao's 30:11 79:1
Arrest 142:21
arrhythmia 60:18
arrogant 146:11
arteries 60:15,17
  60:17
article 39:23 76:23
  79:2
Ashland 118:20
  125:25 126:22
  127:5,9 135:15
  141:22
aside 5:9 149:4
asked 8:7 13:19
  18:1,23,25 22:3
  32:17 50:16,18
  52:2 57:17 59:11
  72:15 74:17 76:1
  78:11 82:18 88:24
  96:25 97:4,5,10
  114:6 119:3 122:6
  129:18 130:1,7,10

131:12
asking 16:4 33:11
  37:6 39:14,19
  49:12 81:23 84:23
  89:8
asks 56:12
aspect 16:10 19:11
  24:22 36:1
aspects 19:5
assessment 145:12
asset 95:15
assets 52:5 138:21
assistance 48:24
  104:17
assistant 71:5
associate 88:1
ASSOCIATES
  1:14
Association 39:24
Association's 65:24
assume 137:12
  150:18
assure 150:8
ass-kisser 143:6
as-needed 63:11
ate 130:4
Atkins 129:7
Atlanta 135:16
  136:4,11
attached 37:8
  101:12
attachment 13:16
attack 46:23 49:22
  54:8,10 60:14,19
  69:5 75:7 136:23
attacked 115:12
attacking 54:13
attempting 26:25
attempts 41:23
attend 31:24
attendance 88:10
attended 31:25
  66:2
attitude 102:9
  141:18 153:4
attitudes 141:17
attorney 47:2 52:1

52:4,10 71:1,2
  80:3,6 125:6
attorneys 71:5
  75:22
Attorney's 1:12
  32:20
attract 52:22
attributes 66:8
audacity 35:3
audience 68:15
August 11:20 12:9
  12:10,11 13:18
AUSA 1:11,11
authored 113:1
authority 22:7 23:2
  23:11,20 75:20
  115:9
automobiles 30:10
available 15:2,21
  31:8
Avenue 95:12
  138:5,20
average 62:15
  97:13,16
award 5:10,14 7:5
awarded 53:20
aware 10:19 14:7
  28:23 34:6 35:2
  40:3,4,5 47:3
  108:17
awful 53:5
a.m 116:18,18
A]nd 59:4

**B**

back 13:15 15:12
  15:23 16:21,25
  27:1 47:1,6,8
  52:17 55:3,17
  61:6,15 71:3 78:3
  82:2 84:19 96:8
  97:24 99:10
  105:13 118:20,20
  122:3 124:23,23
  124:24 125:8,22
  126:16 129:10
  130:23,24 131:1

133:23,25 135:7
  138:19 141:12
  143:14 146:6
  151:20 153:14,17
background 118:1
  146:20,21,24
  147:9
bad 20:13 52:21
  65:10 87:20
  112:16 132:1
  133:12
badge 43:18,22
badly 91:13
bag 126:8
bail 88:9
balance 106:17
balanced 65:13
balked 34:19
banana 130:4
bangs 136:12
bank 23:7 27:13
  32:7 87:13 141:5
  141:12
banking 56:6
banner 128:22
bar 39:24,24 65:23
  130:4
barbecues 27:21
barely 78:14,15
barriers 82:4
bars 129:24 130:3
base 86:25
based 50:16 57:16
  65:14 66:4,4
  68:16,17 82:16
  84:25 96:10
  119:12
basement 77:22
basically 54:5
  100:21
basis 10:4 12:1
  39:7 48:23 50:4
  56:13 63:11 65:14
  92:24,25 113:4,23
  115:1 116:5
battle 146:4
beard 119:2

**Beccaria** 107:7
**bed** 130:25 133:23
  133:23,24
**bedroom** 48:3
**began** 11:7 33:11
  127:17
**beginning** 36:19
  87:9
**begrudging** 141:8
**begun** 63:25
**behalf** 82:10
  103:23 150:22
**belabor** 61:22
  112:7
**belief** 45:13
**beliefs** 86:23
  136:22
**believe** 3:8,16,25
  34:12 37:9 38:21
  41:13 46:4,13
  50:20 64:11 67:19
  78:10 107:7
  115:14 136:23
  148:13 150:12
  151:25
**believed** 16:13
  122:15,21 123:2
**believes** 43:8
**belittles** 62:20
**bell** 126:24
**belong** 7:23
**belongs** 125:5
**beloved** 145:7
**Benadetis** 102:14
**bench** 67:9
**benchmark** 84:7
**beneficiaries**
  121:17
**benefit** 9:6 15:20
  22:13 23:13,23
  35:16 44:3 46:15
  46:16
**benefits** 22:16,19
  45:25 46:18 85:18
  86:2,8 113:16
**Bernie** 85:11
**best** 46:13 55:20

58:19 69:12
  105:18,19 106:10
  119:5 135:17
**bet** 40:18
**better** 8:3 10:7
  16:21 31:22 46:11
  133:16,18 145:25
  149:25 152:18
**beyond** 24:3 30:18
  37:25 48:9 100:13
  104:5
**big** 88:11 93:25
  94:3 95:3 105:2
  110:21 134:24
  140:2 141:3 152:4
**bigger** 35:21 49:4
  121:2
**biggest** 90:23 128:9
  128:13 134:22
**bill** 144:18
**billion** 85:11
  104:18
**billions** 37:24
  141:24
**bills** 23:5 30:3
**binding** 3:2
**bipartisan** 137:8
**bit** 10:12 17:9,10
  70:22 80:22 95:10
  97:20 108:6 122:1
  134:10
**bitch** 146:2
**bitter** 76:4,5
**bizarre** 51:22
**blabbing** 92:1
**black** 143:11
**blame** 35:16 63:1
  63:23 84:24 89:10
  119:4
**blames** 35:20
**blaming** 74:2,5
**bleeding** 142:5
**blogs** 68:21 84:25
**blowing** 70:2
**Blue** 134:16,18
**bluegrass** 134:7,11
**blues** 130:5

**blurb** 58:13
**board** 31:5,17,24
  31:25 32:9 46:25
  104:21,22,24
  110:21
**Bob** 47:10 102:22
**body** 91:15 125:5
  127:3 131:23
**boils** 56:10
**bones** 106:9
**book** 70:6 142:10
  142:21 144:5,6,6
  144:7
**Booker** 36:23
  82:21
**books** 128:13,17
  142:2 143:21
**boots** 130:25
**BOP** 14:24 16:1
  131:4 135:5
**Bordenkircher**
  109:22
**bother** 106:21
**bothered** 133:15
**bothers** 61:8
**bottled** 76:8
**bottom** 2:12 39:15
  39:18 128:22
**bows** 121:21
**boxes** 85:22
**boyfriends** 133:1
**bragged** 16:18
**brazen** 33:9
**break** 9:8,8 10:11
  16:5,5 29:18 49:4
  54:25 114:2
  116:11,17 124:22
**Brian** 102:6
**bribe** 85:25
**bribery** 67:23
  94:19
**bribes** 85:21 86:16
**brief** 108:8
**briefing** 57:23
**briefly** 65:19 110:9
**briefs** 72:9
**bright** 145:20

**brilliant** 114:9
**brimming** 85:22
**bring** 39:21 44:6
  67:13 73:21 77:9
  78:24,25 81:12
  91:9 119:3 125:10
  129:13 132:20
  140:4
**bringing** 78:7
  95:19
**brings** 95:19
**broad** 58:9 63:25
  65:12
**broad-based**
  125:16
**broke** 29:25
**broken** 124:22
  138:4
**Brooklyn** 136:8,9
**Brother** 94:3
**Brother's** 93:25
**brought** 17:7 76:13
  76:18 77:6,7,9
  78:21 80:1,21
  99:5 115:24 138:2
  138:16
**brutality** 127:2
**Brute** 47:9
**bubbles** 28:5,5,10
**BUCKLEYSAN...**
  1:19
**Buckwalter** 1:8 2:2
**budget** 132:19
**Buffone** 1:18 57:4
  57:7,11,15 58:14
  58:16,21,24 59:2
  59:7,22 60:7,11
  61:25 62:2,9,13
  63:12,16,18,20
  64:13,18,23 65:1
  65:19,21 78:7
  82:20 122:22
**build** 27:5 139:23
  142:1
**building** 77:24
  137:21
**bullshit** 55:6 56:9

56:17
**bunk** 129:23
**burden** 123:4
**Bureau** 9:16 10:8
  10:22,25 11:3
  13:1 14:2,3 15:3,9
  15:16,17,23 16:1
  16:5 17:1 60:20
  61:1 62:3 63:2,3
  64:3,11 125:6
**bureaucracies**
  144:5
**bureaucrat** 56:1
**bus** 135:15 136:8
**business** 5:17 19:25
  21:22 30:18 43:19
  48:4 94:16 95:19
  98:6
**businesses** 27:12
**busy** 46:6
**buy** 27:5,20,25
  29:23 121:25
  139:3 148:3

---

**C**

**C** 154:1,1
**Cabinet** 102:14
**Caesar** 55:8 106:7
  106:9
**Caesar's** 106:7
**Cain** 21:14 24:7
**calculate** 48:16
**calculation** 4:12
  20:7,8 62:10
**California** 80:4
**call** 44:23 45:5 75:7
  77:16 111:25
  114:5 116:4
  128:15 132:3,14
  132:16 135:24
**called** 43:23,23
  80:5 94:9 122:4
  127:16,17 131:11
  135:25
**calling** 81:12 91:7
**calls** 3:25 78:4
  111:5

calories 136:14
Camiel 71:3
camp 125:5 127:17
128:20 136:17,24
143:16
campaign 21:8,23
27:23 33:18 88:1
103:11 115:13
137:6,11 150:25
campaigns 21:15
21:23 24:5 27:22
29:21 150:18
campaign-related
150:21
camper 135:13
Canada 144:14
candidate 104:21
135:14
canned 147:4
cap 78:23 79:7,9,20
Capitol 137:13
car 27:25 135:6
card 136:13
cardiac 61:3
cardiologist 61:14
cardiologists 60:19
cards 21:22 35:6
care 9:14,14,14,19
9:20 10:6 14:24
16:2 17:9,14
23:18 43:14 44:2
67:1 141:19
career 70:16,20
104:2,10 105:20
113:9
careful 24:25
carefully 30:3
cares 141:13
Carmen 46:24
Carolyn 93:23
118:21 122:4,7
125:25 135:24
145:7
Carolyn's 135:6
carpet 91:7
carried 26:3
carry 63:6 130:18

carrying 146:5
Carter 50:5
case 13:11 16:15
19:8,13 20:9,24
24:20,20 28:17
31:4,13 32:19
34:13,17,25 35:22
36:5,19,23 40:7
41:8,9,10,17,19
41:20,21,23,24,24
44:4,6 49:5,12,16
50:8,14,20,21
51:4,18,21 52:4,8
53:3,14,15,18
54:3,5,9,23 56:22
60:2,3 66:5,19,25
67:10,12,15,19,20
67:22 68:1,12,13
68:17,18,25 69:2
69:18 70:8,14,20
70:21 71:7,8,10
71:11 72:7,10
74:25 75:2 78:1
78:13,18,21 79:10
79:19 80:8 81:23
82:6 83:4,5,8
84:12,13,15,15,17
84:19 85:14,20,21
86:5,19,24,25
87:7,9 88:5,13
89:13 90:5 91:1
94:3,6,12 96:7,10
98:2 100:11,23
101:3 106:15
107:5 109:12,21
109:25 110:6
112:12,13,25
113:14,18 117:3
119:23 120:6
122:18 123:9
127:4 131:8,8,9
132:12 135:2
141:5 142:9
149:17 150:16
cases 15:2 36:24
37:1,12,19,24
38:4,7 41:14

49:15,17 50:5,5
68:3,5 82:25
Casey 21:23 140:4
cash 85:22
cashier's 23:8
casino 86:3,17
categories 101:11
102:3
caught 49:1,1
cause 9:5
causes 69:4 130:22
cell 61:9 118:9
127:17 128:16
129:22 133:6
135:19
cellmate 143:11
center 95:23
102:17 104:16
139:24
cents 138:15
century 107:7
135:17
CEO 48:1 141:25
certain 69:19 87:21
109:12 116:1
138:20
certainly 28:1
41:22 42:2 45:8
58:9 68:7 91:15
93:9 94:19 106:11
108:18 146:13
certainty 109:13
certification 144:2
certify 154:4
cervical 61:4
cetera 103:11
chain 125:9,10
chains 135:15
136:6
chair 133:18,18,19
chairman 65:23
110:20
chairs 133:20,21
challenge 149:16
challenged 61:19
chance 7:11 17:1
70:17 135:23

change 66:5 92:20
changed 6:8 81:1
92:18 152:18
changes 15:6 82:19
145:3
chapel's 133:6
chapter 67:13
character 32:15
45:14,15 53:6
92:18 112:10
characteristic
59:25
characteristics
31:12 59:5,8 65:4
96:22
characterizations
121:4
characterize 87:2
106:12
charge 20:24 54:6
63:2 78:19 88:13
116:15 124:22
126:17
charges 31:21 88:3
110:1
charging 88:2
charitable 3:4 25:8
charities 48:25
charity 29:13,24
charity's 29:23
charter 32:4 95:13
138:6 139:8
charters 31:8
cheated 17:1 64:8
check 23:8
checkbook 148:16
148:18
checked 90:25
checks 19:24 77:22
Chestnut 1:12
chief 102:21
child 39:1
children 104:25
cholesterol 60:16
chore 121:19
chose 23:22 75:3
87:2,6,8,10 92:17

Chris 105:7
Christmas 121:5,6
121:8,10,12
Christ-like 55:7
chronic 60:18,25
62:25
circle 145:4
circuit 3:2,9,14 5:1
48:15 81:19 83:1
83:14,19 113:2
122:20 123:8
Circuit's 100:14
circumstance
96:12
circumstances 58:5
59:3 60:1 67:21
71:13 74:6 83:7
86:11,23 94:13,24
94:25 96:20
circus 71:7
cite 108:24,25
111:18
cited 47:20 50:6
110:14 111:18
112:18 142:6
citing 62:22 111:21
Citiz 6:2
citizens 4:19 5:21
5:25 7:6 25:6,8,9
25:12,15,21 27:20
28:1,4,7 29:8 30:2
30:5,21 31:10
32:21 33:3,11,14
33:16 34:5,9
45:24 46:16 51:19
51:20 52:10 55:22
95:1,2,9,12 96:14
103:8 104:15
137:18,20 138:3
139:6 144:14
city 25:11,12 60:20
95:23 102:6
121:12 138:10,23
139:17 146:5
152:2,4
city's 105:14
civic 102:15

claim 9:23 15:7
  63:4,9
claimed 14:12
  24:16
claiming 14:14
claims 13:14,24
clarified 113:5
class 87:12
clean 124:12
  138:12,20
cleaning 95:23
clear 2:23 33:18
  36:3,5,21 53:14
  57:21 75:3 93:9
  97:25 100:18
  113:2 127:8
clearly 4:5 6:15
  7:22 22:1 99:19
  120:9
CLERK 2:1 116:19
client 67:18 73:16
  73:21 87:21 94:7
clients 69:11
client's 72:16
  101:18
clock 74:8
close 41:1 49:8
  53:21 57:3 141:6
closet 16:22
clothes 17:7,10,14
  119:3 129:11
clothing 119:12
  127:13
Club 135:4
code 98:13
coffin 68:1
Cogan 1:14,14 57:4
  57:11 65:16 66:18
  66:19 73:17,24
  74:2,5,10 76:22
  76:24 77:2,10,13
  77:15 79:7,9
  80:16 81:2,5,9
  83:16,18,21 84:2
  91:19,21,23,25
  92:2,10,15,21
  93:1,5,7,11,13,17

94:5 98:8,25 99:4
  99:9,14,23 100:2
  100:6,12,18,21
  101:24 108:11,16
  112:25 114:16
  116:11,15 120:1
  138:2
Cogan's 114:3
Cohen 102:12
cold 83:8
collapse 52:15
  102:23
collar 48:16,17
colleagues 34:25
  139:19 153:4
columnist 81:19
columnists 81:18
  82:13
combination 59:25
  60:23 148:15
combined 38:10
  65:15 68:12
combining 66:7
come 16:3,19,22
  44:21 47:11 49:8
  50:18 79:24 82:2
  84:4,11 86:25
  102:9 108:5
  114:22 116:10,22
  118:20,20,23
  119:9 126:1,1,18
  127:20 130:10
  135:9 144:20
  153:17
comes 15:23 16:17
  34:1 56:11 59:10
  74:14 77:15,15
  83:10 87:7 100:21
  114:9 136:11
comfort 132:19
coming 12:24 47:8
  60:5 86:20 122:3
  125:21
commend 116:3
comment 69:1
commented 18:5
  68:22

commenting 77:25
comments 57:1
  72:9
commission 36:21
  36:23 37:10 38:13
  59:18,23 66:1,5
  152:17
commit 9:7 16:16
  44:18 131:8,9
commitment
  125:15
commits 113:19
committed 16:11
  19:21 42:6 46:14
  46:14 56:15 65:7
Committee 52:12
  65:24
committing 146:8
common 62:13
commonwealth
  95:7 102:13 138:8
  151:25
communication
  114:6
communications
  75:8
community 25:18
  26:21 65:17 138:9
comorbidity 61:2
company 1:23
  59:16
comparable 55:9
compares 55:8
comparison 31:10
compassion 140:22
competition 151:2
  151:4
complaining
  133:25
complete 39:5
completely 50:3
completion 102:17
complex 15:1
compliant 63:3
complicated
  145:19
comply 34:15

57:22
compulsive 61:11
computer 33:16
computers 21:22
  33:8
concedes 96:24
conceivable 39:16
  44:5
concern 70:12 93:8
  96:16,16
concerned 34:21
  53:1 61:2
concerns 30:13
  108:9
conclude 80:24
conclusion 65:1
condition 8:3 9:25
  10:6 11:19 13:14
  59:15 63:4
conditions 8:6,8,12
  9:18,20,23 10:11
  11:14 13:8,10,20
  14:22 59:12 61:19
  62:5
condition's 14:25
condoning 106:14
conduct 45:20 55:4
  55:15 77:20 79:11
  85:14 106:4,13
  107:4 110:5
  112:16
confess 128:14
confidence 50:17
confinement
  125:12 141:24
confines 10:8
confirmed 90:24
conflicted 122:14
confused 84:22
confusion 63:7
Congress 103:18
  144:17
Congressional
  103:15
congressman
  144:18
Congressmen

103:17
connective 76:2,12
consciousness
  118:14
consensual 89:22
consequences 10:2
  67:15,18 69:17
  72:22
conservative
  147:10
conservator 95:7
  95:21
consider 8:6 29:3
  54:16 59:1,18
  66:13 69:23 72:16
  73:6 74:22 77:12
  84:23 86:1 95:8
  96:11 106:17
  112:15 114:20
  117:3
consideration 7:23
  40:9,10 42:11,13
  49:11 58:23 65:10
  69:25 80:19,20
  84:8
considerations
  89:5 109:17
considered 54:15
  77:6 78:25 96:11
  99:22 100:13
  101:17 108:21,24
  112:9,10
considering 40:11
  65:4
conspicuously
  88:14
conspiracy 20:25
  37:23 63:25
constituent 98:15
  99:16
constituents 103:23
constitutes 99:14
constitution 98:12
  151:18
constitutional 44:4
  151:20
construction 96:2

**consultant** 14:4 37:8
**consultants** 64:2
**consulting** 48:4
**consume** 41:5
**consumed** 41:19
**consumer** 137:19
**consumption** 90:7
**contacted** 124:25
**contained** 11:3
**containing** 35:6
**contested** 44:5
**context** 67:10 77:20 78:2 81:10 90:5,19 91:10 97:5 99:11 104:11
**Contino** 17:25 18:2 20:24 21:11 50:18 51:13 54:8 82:16 82:19 137:3,9 140:25 150:23
**continue** 3:11 58:13 120:8 122:11 137:21
**continued** 123:18
**continues** 67:24 138:11
**continuing** 55:15
**contract** 148:7
**contractors** 21:6
**contrary** 58:2 130:11
**contrast** 38:25 114:7 138:2
**contribute** 103:10
**contributions** 101:19
**control** 29:23 46:11 91:14,15,16 127:3 143:1
**controlled** 96:1
**convenient** 35:19
**Convention** 102:17 104:16
**conversation** 69:4 72:4 79:14 110:16 112:2

**conversations** 92:11
**converting** 48:3
**convict** 35:14
**convicted** 5:19 54:3 55:6 71:10 88:12
**conviction** 18:4 47:6,7 67:16
**convictions** 54:9
**convince** 103:3
**copy** 142:11
**core** 32:13,14 59:10
**Corey** 50:6
**Coronary** 60:14
**corporation** 30:9
**corporations** 30:17
**corps** 88:10
**correct** 3:9,9 4:5 59:4 64:13 85:15 98:21 108:11 109:19 115:18 122:22 154:4
**correctional** 73:12
**correctly** 32:19 86:6
**corresponding** 47:4
**corroborate** 8:2
**corrupt** 32:14 42:17,21 43:1,9 43:11,11,24,25 44:23 90:3
**corrupted** 21:10,10
**corruption** 48:11 48:13 51:5
**corrupts** 51:14
**COs** 129:19
**Councilman** 102:7
**counsel** 2:6,14 67:8 68:11 72:23 97:12
**counselor** 12:2 14:1 129:5
**count** 19:3,3,6 20:2 24:6,14 128:19 129:6
**counterbalance** 82:9

**counting** 13:17,22 74:8
**countless** 103:23 105:1
**country** 29:17 38:3 38:21,23 39:8 49:9,25 51:4 71:22 85:8 103:13 113:23 134:4,5 136:24 144:8
**counts** 5:20 18:2,4 18:6,12,15,23 19:3,8,9,10,12,14 19:22 20:23 23:25 24:10,12,12,17,19 24:19 43:7 88:12
**county** 110:21 147:10,24 149:5 149:17 153:14
**couple** 2:20,23 13:3 48:10 81:25
**Courage** 70:6
**course** 3:2 8:17 19:23,25 37:25 60:4 64:10 72:10 72:24 73:22 76:3 89:18 94:6 98:6 102:11 104:10 105:20 111:13 112:18 117:25 121:9 148:20 149:13
**court** 1:1,23 2:1,3,5 2:17,21 3:7,15 4:2 4:9,14,21 5:1,4,6 5:9,14,16,22,25 6:3,7,11,13,17,19 6:22,25 7:4,8,13 7:18 8:2,10,16,22 8:24 9:4 10:14,16 10:21 11:4,10,25 12:7,8 13:5 14:21 15:23 16:3,12,12 16:18,19,23 17:9 17:13,18,23 18:9 18:12,15,17,19,24 19:4,16 20:5,10

20:16,19,22 21:3 21:7,10 22:15,19 22:23 23:1,4,14 24:24 25:3,14,18 25:20,23 26:1,3,8 26:10,13,16,19 28:8,10,14 29:4,7 30:12,17,24 31:3 31:15,19 36:2 37:16 39:19,20 40:4,10,13,16,25 41:3,6,7,13,16 42:12,16,18,21,23 42:25 43:4,10,10 43:16,19,21 44:8 44:11,15,17 45:3 45:5,8,11,14,16 47:21 48:12 49:3 49:12,15,19 50:12 51:4,6,9,12 53:7 53:13,17,19,20 54:22 56:20,25 57:3,6,10,13,19 57:21 58:6,11,15 58:18,19,20,22,25 59:6,21 60:4,8 61:21 62:1,6,11 63:10,14,17,19 64:3,4,17,19,25 65:18,20 66:17,24 70:19 71:12 73:22 74:1,4 76:20,23 76:25 77:8,11,14 79:5,8,18 80:11 81:3,6 82:22 83:11,14,15,17,20 83:22 84:4,6,8,17 89:24 90:16 91:2 91:17,20,22,24 92:1,4,9,11,16,24 93:2,6,8,12,16 94:3,12 95:5,7,22 98:3 99:1,5,10,13 99:19,23 100:1,5 100:10,17,18,20 101:22 105:21 106:13 107:24

108:2,5,10,22,23 109:2,9,19,23 110:2,3,7,12,19 111:3,6,9,12,16 111:20,23 112:1,6 112:8,13,14,14,17 112:22 113:13 114:14 115:5,7,14 115:17,21 116:6,9 116:10,13,16,19 116:21,24 117:1 117:10,13,16,18 117:23 118:5,13 118:16,24 119:4,8 119:11,15,18,21 120:4,19,22 124:11,18 125:14 126:6 134:5,8,12 134:17,19 138:8 142:8,10,13,16,19 142:23 146:16 147:20 148:3,8,13 148:20,24 149:1,8 149:12 150:4,11 150:15,23 151:12 151:16,23 152:8 152:25 153:2,6,9 153:11,21,21,22 154:3
**courtroom** 28:21 35:24 43:13 44:22 54:20 56:12 63:7 68:25 88:21,25 91:6
**courts** 44:11 48:11 51:3 98:5 113:22 137:25
**Court's** 9:24 57:7 58:2 59:11 68:18 97:23
**cover** 24:13 76:2 147:8
**coverage** 32:22 68:24 69:2 71:7 82:12,13 89:18 91:2
**covered** 60:3 75:25

covering 149:17
covers 77:3
CO's 126:4,24
  142:1
co-defendant 46:3
crack 39:1
Craig 105:7
crap 56:8
create 30:4
created 25:9 30:6
creates 63:14
creating 30:8
credibility 9:10
  16:17 55:1
credit 5:1 101:8
credited 101:7
credits 74:20
creeping 94:9,10
crime 8:9 23:18
  24:22 37:22 42:7
  46:14 48:13 54:10
  55:7 65:7 84:18
  110:25 131:9,9
  137:20 142:5
  146:8
crimes 9:7 17:4,22
  18:7 19:6,21
  20:12,14 22:2,3
  33:5 34:11 35:14
  48:16,17 49:7
  52:23 53:24 54:2
  56:15 114:13
criminal 22:1
  33:20 48:12 55:12
  71:5,6 73:8
criminality 85:19
criteria 7:25
critical 81:16 123:3
  131:11
criticism 36:13
  83:19 111:14
  114:22 118:2
criticisms 39:6
criticized 39:2
  115:12
criticizing 85:8
  89:3

cross 34:22 35:24
cross-examined
  11:5
cruisers 32:2
cruises 31:6
crushed 72:25
  107:20
cry 133:3
crying 130:5
Cuba 28:3
cube 127:17 128:6
culture 147:22,23
  150:2
current 66:7 75:22
curried 53:24
curry 69:7
curve 126:24
cut 16:4,5

**D**

dad 97:3
daily 48:23 50:24
  75:15 79:2 113:23
damn 17:9
dangerous 11:25
dare 16:2,2 34:22
  75:7,11
daring 107:1
dark 151:8
darn 17:10
Darvocet 12:13
data 36:23 37:11
date 11:22 154:11
dates 63:8
daughter 48:1
  92:12 110:16
  112:2,4 121:7
  145:6
David 102:11
day 9:18 42:4,5
  43:6 47:21,23
  49:2 52:2 67:18
  67:19 73:14 75:14
  88:8 90:11,17,25
  91:3 105:11
  106:25 107:1
  121:24 125:25

127:4,22 128:10
  128:19,20 130:13
  132:9,9 134:16
  135:20,21 142:3
  143:24 145:3
days 12:11 33:25
  35:25 39:23 43:7
  88:1 104:24
  126:16 133:19
Dayton 143:11
DC 1:20
dead 122:10
deadline 80:1
deal 12:14 14:7
  80:6 99:20 105:15
  110:21 134:24
  141:3 150:17
dealing 62:24
debate 14:19 97:10
  97:11,12
debt-free 95:25
decades 85:7
  103:18
deceive 16:3 49:3
  64:3
decent 107:9,22
decide 24:2 76:9
  84:14
decided 3:1,22 27:7
  36:23 53:4,22
  72:12 77:4 84:5
deciding 54:15
decision 3:18 54:22
  100:14 109:23
  114:19 115:1,10
  116:1 119:11
  139:2
decisions 84:3
  89:24
deck 28:5
declination 80:4
decrease 37:2 38:8
  38:10
deeds 100:24,25
defeat 21:20
defend 69:14 71:21
  88:4 91:24

defendant 1:6,14
  37:15,15 43:22,24
  56:24 59:5,8
  73:23 96:23 110:1
  116:23,25 117:9
  117:12,14,17,22
  118:3,8,14,17
  119:9,14,16,19,22
  120:2,5,20,23
  124:12 125:15
  126:7 134:7,10,13
  134:18,20 141:3
  142:9,11,15,17,20
  142:24 147:19
  148:1,4,9,14,22
  148:25 149:7,10
  150:3,8,12,16
  151:11,14,21
  152:6,22 153:1,3
  153:7,10,20
defendants 2:8
  37:1 48:16 66:25
defending 92:3,3
defense 7:19 10:22
  12:16,22 13:14
  36:10,15 37:5,8
  39:6,12,13,19
  41:25 44:6 47:17
  51:21 52:3 54:4
  57:3 71:5 79:11
  91:7 108:5,16
  112:18 114:7
defenses 4:24
deference 49:25
  83:3
deferral 11:22
define 139:17
defined 72:5
definitely 145:22
definition 58:7
  98:11,12,13 120:9
  124:13
defraud 15:22
  55:13
defrauded 51:23
degeneration 61:4
degree 60:2,6 61:23

delete 33:3
deleted 90:22
deliberating 43:7
deliver 28:23 122:8
delivered 121:22
demand 81:21
demanded 81:18
demands 70:9,9
demean 153:3
demeaned 126:12
demeanor 123:12
  123:12
demise 29:8
democracy 21:11
  54:8,11,13 136:23
  136:23
democratic 51:14
demonstrated 7:22
demonstrates
  10:24
demoralized 50:22
Dena 154:3,11
denied 11:16 12:8
denies 11:18
denigrate 30:24
  47:17
denigrates 23:16
denigrating 104:12
DENNIS 1:14
deny 13:24
denying 11:16
DePace 10:1 13:14
  16:8
department 89:6
  143:15,16
departure 37:2
  38:9,9 50:1,1
  59:20 100:8,9,10
  100:12 113:2,5,11
  113:12
departures 39:10
  59:19
dependence 13:9
depends 5:18
deposit 85:22
depressed 125:2
  131:21

depression 61:11
deprived 31:7
deprives 61:8
deputy 78:19
derive 83:8
derogatory 75:23
describe 43:13
  149:23
described 75:1
  82:13 98:23
describes 108:13
description 138:3
deserve 27:19,19
  27:19
deserves 35:23
designed 89:13
  135:11
desired 75:12
  88:20 89:13,25
desperately 147:2
desperation 107:1
  107:20
despised 43:25
despite 68:6 121:3
destroy 33:19,22
  34:3,16
destroyed 33:9
  34:10 35:12 95:1
detail 29:12
detailed 64:6
details 50:19
determinant 66:10
determination
  64:10,11 83:2
  117:4
determinative
  66:12
determine 8:13
  60:9 64:7 69:23
  70:1,12
determining 19:17
deterred 48:13
deterrents 48:9,10
devastated 133:1
development
  102:16,18
device 28:5 105:6

devices 105:5
devoted 105:1
diabetes 60:25 61:3
  63:22
diagnose 16:9
diagnosed 13:7,9
  13:15 14:14 60:12
  60:16
dialysis 145:9
DiCicco 102:7
Dick 149:5 153:11
die 16:24 128:5
  133:2
died 128:8
dies 67:18 145:1
diet 136:17
differ 145:23
differed 123:14
difference 4:24 5:3
  22:15,21 23:1,7
  23:11 27:9 36:8
different 3:19 13:3
  14:18 19:5 24:12
  24:12 47:24 49:20
  55:24,25 58:10
  67:10 70:1 73:22
  84:16 86:16,17
  89:2,4,4 91:12
  97:4 102:10 118:1
  121:25 122:2
  128:3 136:7
  146:19 147:22
  151:1,2
differently 56:18
  76:6
difficult 30:13 59:1
  65:3 66:21,22,23
  66:24,25 67:2
  120:15 135:10
diligently 11:12
dime 22:12,16
dinner 133:15
dinners 133:16
dire 10:2
direct 23:5
directed 33:1
directly 97:8

directors 47:1
disability 8:20
disagree 20:6 51:6
  51:9 58:12,16
disagreement 4:15
  29:1
disappears 59:13
disappointed
  119:13
disappointment
  46:5
disclosed 96:13,17
discount 39:17
  56:12,13
discretion 6:15
  22:8 100:19
discs 61:4
discuss 100:25
  105:14 120:6
  132:14
discussion 42:1,2
discussions 40:7,8
  77:6 78:11,13,25
  80:8
disease 60:14,25
  61:3
diseases 61:9,10
  63:1
disgraced 101:16
disheveled 16:23
  118:25
dishonest 15:15
  32:14 43:24 59:9
  59:10 108:14
  144:13
disingenuous 40:14
  69:6
disingenuousness
  80:22
disjointed 118:11
disorder 61:10,11
disparage 139:19
disparity 49:16,21
  65:21 84:15
dispute 61:10
  122:16
disregard 57:18

59:12,16
dissatisfaction 72:2
dissent 122:21
dissenting 83:24
Distinction 23:1
distinctly 130:3
distinguished
  105:24
distinguishes 60:2
distort 87:3
distorted 84:23
distressing 132:5
distribution 139:24
district 1:1,1,9 35:2
  35:5,22 43:10
  48:12 71:1 73:17
  103:9 152:7
Districts 95:23
diverse 152:7
diversity 152:3
division 78:20
doc 123:11
docks 28:6 46:9,10
doctor 8:16 60:21
  61:1 63:2,8,21
  74:14 124:22
doctors 14:13,20
  15:7 16:13 63:23
  64:2
doctor's 74:9
document 88:2
documented 59:11
documents 123:11
  123:13
dog 136:18
dog-eat-dog 149:22
doing 8:3 28:18
  62:7 63:21 74:19
  92:1 100:7 113:9
  121:19 143:23
  148:14,16,17
  150:4,6,6,6
  151:20
dollar 16:21 27:24
  31:6 85:11 104:18
dollars 4:25 5:2
  21:1,13,14,16,16

21:17,18,18,19
  22:7,10 23:9
  27:10,13,15,15
  30:10 31:9 32:3,6
  51:21,23 52:3,7
  52:11,16,17 56:9
  56:11 72:20 86:16
  95:4 113:20 138:9
  140:24 141:9
Donna 105:24
donors 52:22
door 78:12 88:22
  88:25 128:7
  136:12
dorm 127:16
Dottie 94:8
double 36:9 129:23
doubt 24:3 131:10
doubts 47:21
downward 38:9
dozen 30:6
dozens 48:24
Dr 7:20 8:1,11 9:12
  10:1,1 13:4,6,14
  16:8 61:12 62:2
draconian 135:13
dragged 73:2 75:13
dramatically
  146:18
draws 117:6
dream 107:1
  131:25
dreamed 131:15
dreams 131:21
dress 16:19
dressed 17:15
drinker 124:3,5
drinking 124:7
drinks 124:3
drive 19:13 33:15
  73:15 127:10
drives 33:4 135:6,7
driving 24:18
drug 11:8,17 12:2,5
  14:1 49:4 123:17
  123:19,20 124:17
drugs 12:13 14:11

14:18,22 15:1,7
123:20 124:5
**dues** 143:7,8,9
**dumb** 42:17,19
43:1 44:23 90:4
146:8
**dumbest** 91:20
**dummy** 30:9
**dunes** 21:21
**Dunnigan** 44:18
**duties** 98:11,13,14
98:23 99:10 100:7
**duty** 126:3
**dwell** 112:8 119:22
119:23
**dwelling** 112:10
**D.A** 120:20

---

**E**

**e** 62:22 75:4,20
87:24 110:10
154:1
**earlier** 67:16 76:1
**early** 32:21 103:17
128:19
**earn** 100:8 104:13
**earned** 28:18,19
**earthquake** 128:21
129:16
**ease** 125:24
**easier** 101:25 102:2
151:19
**east** 146:6
**Eastern** 1:1 30:8
**easy** 101:13 103:1
125:4,18 135:4
**eat** 130:1 136:13,15
136:19
**eating** 132:18
**economic** 104:2
140:3
**economy** 143:14
**ecstatic** 134:16
**educated** 90:15
**educates** 69:12
**education** 104:17
143:15

**Edwin** 142:24
**effect** 75:12 88:20
89:14,25
**effected** 48:18
**effective** 96:4
103:19
**effectively** 70:3
102:25 150:25
**effects** 126:9
130:20
**effort** 34:18 35:10
55:13
**efforts** 10:19
**Egan** 104:20,21
**egregious** 34:25
53:24
**Egrie** 94:9
**eight** 12:11 74:21
84:5 127:9 135:5
143:4
**eighteen** 41:11
127:11
**eighteenth** 107:7
**eighty** 145:2
**eighty-nine** 38:20
**either** 2:14 6:18
38:21 76:5,6 77:8
134:14 136:17
**elected** 22:6 100:7
102:10 139:12
**elections** 21:5
**electoral** 50:17,25
**electrical** 144:2
**electrician** 143:22
**electricians** 143:24
**electronic** 1:22
105:5,6 154:5
**elevator** 89:7
**Eleventh** 48:15
**eligible** 124:25
**elocution** 136:21
146:18 147:6,7
**elocutions** 146:19
**else's** 29:15 68:19
**email** 92:23
**embarrassing** 92:7
**embarrassment**

73:3
**emblematic** 16:10
**Emerson** 105:17
**emotional** 127:2
**emotions** 106:25
131:17
**emphasize** 83:1
84:4
**emphasized** 84:6
**empirical** 36:17,22
**empirically** 66:4
**emplaced** 48:21
**employee** 104:1
150:20,20,21
**employees** 20:1
21:6 35:17
**empty** 67:7
**enablers** 16:15
**encourage** 86:22
**ended** 24:15 41:8
47:4
**endure** 128:6
**energy** 67:6
**enforce** 138:1
**engage** 29:20 32:24
42:1 45:20 49:7
54:14 55:3,4,15
137:7
**engaged** 9:2 45:20
54:18 55:12 57:20
65:8
**enhancement**
54:13
**enjoy** 140:13,15
152:9
**enjoyable** 140:11
**enjoyed** 120:15
121:19 152:9
**enlightening** 69:13
**enormous** 32:24
**enormously** 113:17
**enrich** 29:22
**ensure** 49:9
**entered** 8:9 124:12
153:13
**enthused** 128:24
**entire** 88:10 113:9

**entirely** 10:3 13:3
**entitle** 114:2
**entitled** 28:16 44:8
44:9 45:24 64:7
64:12 105:18
108:6 113:11
**entitlement** 94:17
**envelope** 88:14
**epitome** 149:12,15
**equate** 70:11
**equates** 85:10
**equipment** 27:5
**equivalent** 62:15
62:17,17 85:5
93:21
**erect** 82:3
**escape** 47:6,7 53:3
54:24 123:24
124:2,8 131:8
**escorted** 126:8
**especially** 36:16
41:9 49:14 66:25
67:2 84:15 86:1
89:5 122:18
123:24 129:18
**ESQ** 1:14,16,18
**essence** 95:17
**essentially** 11:24
36:8 38:4 39:13
39:19 41:10 54:9
56:13,16 57:18
59:12 85:17
**established** 113:22
**estate** 95:25
**Estey** 102:20
**et** 47:9 103:11
**ethical** 89:5
**ethics** 152:16,17
**euphoria** 120:23
**evaluation** 69:22
83:11
**event** 3:2,25 125:21
**eventually** 71:17
**everybody** 28:21
34:16 48:8 68:17
68:18 71:21 78:4
78:8 80:10 86:4

87:19,20 88:10,16
89:20 99:18 105:2
127:19 130:1
133:12 135:14
152:3 153:12
**everybody's** 43:11
71:25 143:19
150:4
**evidence** 14:16
32:25 33:5,9,19
33:22 34:3,11,16
35:6,8,14 61:24
64:20 78:9 109:15
111:8
**evil** 43:12 106:8,12
139:2 144:13
145:11 146:5
**exact** 125:16
**exacting** 47:11
**exactly** 48:7 51:2
96:10
**exaggeration** 78:6
**exaggerations** 68:7
**exam** 16:8
**examination** 36:1
**examine** 64:9 95:8
**examined** 11:6
35:25 63:8
**examiner** 33:15
**examiners** 35:10
**examining** 74:13
**example** 19:12,24
21:14 30:8 37:23
38:7 51:20 74:14
77:18 84:24 87:1
87:6 113:8 147:15
147:21
**examples** 34:12
49:19 84:21
**exception** 117:2
**exceptional** 99:22
102:5
**exceptions** 39:9
**excerpts** 111:18
**excuse** 20:5 85:4
119:23 124:9
131:2

executed 19:24
   35:4
executive 23:7
exercise 23:20
exercised 44:12
exercising 9:17
   44:4
exhibit 13:16,16
   18:25 19:2
exist 14:13 50:14
   133:21 134:25
   136:16 138:25
   147:24
existed 14:17 16:4
   142:3
existence 61:18,20
exists 135:11 152:4
expand 27:5
expect 11:5 14:6
   102:9 125:23
   127:23 149:21
expectation 69:19
   80:14
expectations 70:10
   71:20 81:15 85:9
expected 70:22
   114:15
expecting 14:10
expects 145:22
expenditure 99:12
expense 80:25
   140:17
expenses 46:9
expensive 135:9
experience 41:18
   54:19 82:1 83:4
   109:8 110:20
experienced 14:4
   70:16,20 71:8
expiration 63:8
explain 74:16
   75:18 83:3 144:21
explained 75:19
   131:12,13
explaining 81:11
explains 86:6
explanation 12:16

12:23 34:4,4
   110:3
exposed 134:4
exposure 42:1
express 76:6,8
   133:5
expressed 38:18
   75:6 98:5 131:17
expresses 47:21,23
expressing 72:2
extends 75:1
extent 47:12
   115:11
extortion 67:23
   94:19
extra 2:11 27:19
   113:4 146:5
extraordinary 58:4
   65:15 101:9,9,18
   139:17 140:12,14
   140:20
extreme 109:24
extremely 135:10
ex-prosecutor 20:5
eyes 123:13 126:18
e-mail 33:12,12,17
   35:12 46:24 47:20
e-mails 8:1 16:18
   22:12 33:3 40:6
   46:23 61:7 72:22
   75:8 76:8,11,12
   77:4 79:22 81:20
   87:1,1,2,3,7 90:6
   93:2,17,18,19,23
   94:9 106:19,20
   107:11,18 110:10
   131:2,4,6,17
   143:4 146:9

                F

F 154:1
Faber 99:11
face 10:3 30:25
   89:9
faced 37:15
facilities 21:9
facility 73:22 131:3

facing 73:16
fact 8:3,12 9:10,19
   10:5,7 12:24 18:4
   19:18 26:4 44:12
   47:3 54:16 68:15
   68:19 71:12,23
   75:11 90:24
   100:14 103:6
   113:7 122:21
   126:21 131:11
   143:3
factor 9:24,24
   111:24
factors 50:14 59:17
   66:11,14 84:11
   111:19 114:19,25
facts 108:12 122:15
   123:15
factually 39:7
failure 10:22
fair 20:3 21:5 44:20
   53:22 65:12
fairness 58:6 97:19
faithful 38:5 39:9
fall 73:1
false 12:4 49:3 64:8
   80:10 86:22
familiar 126:22
families 122:1
family 21:22 62:23
   67:1 118:22 119:3
   121:9,10 127:10
   132:12,13 135:6
   140:18
famous 71:8
fan 134:22 140:2
Fanfan 82:21
far 9:22 13:15
   15:12 39:10 53:1
   65:12 84:4 100:19
   107:4 126:4 141:7
   148:14
fashion 88:15
fashioned 129:24
fast 15:15
fat 136:14
fate 51:22

father 27:14
fathers 82:3
fault 35:19 46:19
   46:19,21 63:23
faults 115:18
   146:14 153:12
favor 3:23 69:7
favorable 78:5
favorite 87:15
fax 81:23
FBI 33:15,16 35:7
   35:10
FDC 73:11 74:3,5
fear 107:14 126:13
   128:3,9
fearful 127:19
fears 106:23
   131:22
Fed 135:4
federal 38:3,13,17
   38:20,22 39:2,7
   65:22,25 67:20
   73:9 82:21 141:6
feeding 81:17
feeds 86:24
feel 50:23,25 51:15
   91:13 114:23
   117:5 123:22,22
   126:12 136:1
feeling 62:24 75:9
feelings 91:11
fees 51:21,24 52:17
   72:23 141:8
feet 129:22,23
felon 75:15 143:14
Felonies 142:3
felt 26:20 28:16
   75:5 81:11 137:17
fiancee 93:19
fiancée 110:16
fifteen 37:5 50:9
   52:18 57:8 73:20
   80:23 116:16
   132:15,17
fifty 82:8 84:19
fifty-fifty 7:1
fifty-five 36:12

72:17 73:5 74:16
   85:5 140:23
figured 79:12
   129:9 130:14
file 11:2 13:1 75:4
filed 30:5 72:9 82:7
   89:13 90:12
filing 12:16 75:19
   75:19,25 76:2
   82:8
filings 75:1 101:12
fill 106:24
filled 138:1
final 5:7 6:25 67:13
   117:18
finality 67:13
finally 65:19 67:13
   71:11 72:12 74:10
   96:22 106:17
   129:20 130:23
   131:1,4 137:9
finances 29:24
   32:23 46:11
financial 48:17
   72:21 102:23
   103:13
find 11:1 30:2 35:8
   46:8 66:15 72:8
   91:6,16 133:4
finding 64:5,19,21
   66:14
findings 86:12
   94:12,21
fine 8:3 62:24 94:5
   127:13 129:5
fined 72:17
fines 140:24 141:13
firm 27:12 48:1,2
first 4:4 7:20 8:4
   14:21,24 15:4,16
   19:8 23:10 36:17
   49:10 50:15 55:18
   57:4 59:2 73:14
   76:25 82:8 97:4
   97:15 104:25
   114:15 118:17
   125:20,25 126:10

128:18 129:17
135:25 139:11
153:13
**firsthand** 83:5
**Fisher** 13:5,6
**fit** 80:21 81:10
125:7
**fits** 56:3 80:18 81:3
81:5,9 84:17
**fitted** 127:15
**five** 21:15 40:22
41:8 42:14 47:23
54:20 78:23,23
79:7,9 87:13
101:23 109:25
128:14 144:10
**five-year** 40:1
76:17 108:13,20
**flat** 148:11
**flew** 135:8
**flexibility** 96:3
**floated** 42:3
**floor** 77:23 151:1
**flowed** 30:8
**flowing** 28:5
**fly** 135:6
**focused** 10:18 88:7
**folks** 26:14
**follow** 83:25
114:24
**followed** 82:12
89:2,6
**following** 63:1
82:11 148:6
**follows** 120:7
**food** 27:21 96:18
130:1 133:12,13
139:24
**footnote** 5:5
**foregoing** 154:4
**forensic** 35:10
**foresight** 95:11
**forest** 104:5,6
**forget** 46:20 106:11
125:16 139:13
141:1
**forgetting** 95:2

**forgive** 87:22
101:16
**forgot** 28:8,10
**forgotten** 68:5
**form** 72:8 87:8
152:3
**formal** 17:15
**former** 71:1,4
102:21 103:15
104:4,21 139:10
**forming** 58:22
**forth** 24:25 30:15
98:4
**fortunately** 126:2
130:2 133:9
135:23 141:4
**forty** 74:20
**forty-eight** 85:3,15
**Forty-five** 74:11
**forward** 33:21
116:22
**for-profit** 30:4,6
**fought** 44:5 70:8
**found** 26:18 39:3
39:23 65:8 67:6
73:3 89:22,23
90:14,16,22
110:13,13 121:10
124:4 129:20
132:5,22 142:20
**Foundation** 142:22
**founded** 136:25
**founder** 65:24
**founding** 82:3
**four** 35:25 56:9,11
113:19 127:23
139:13 141:9
**frailties** 145:17
**frank** 21:17 71:25
**frankly** 17:14
76:20 77:14 83:22
91:22 92:7 110:14
112:10
**fraud** 16:10,16
17:2 19:11,12,24
20:21,25 23:23
30:20,20,21 31:10

31:11 36:16,18
37:3 38:4,7,15,16
38:18,23 39:4,6
49:22,24 54:3,6,7
54:7,9,10,14
56:17 66:3,6,12
85:11 86:5 94:15
113:18,19
**fraudulent** 24:17
55:15
**fraught** 30:12
**free** 144:10,11
**freedom** 69:15
**freeze** 28:6
**frenzy** 81:17 86:24
**frequently** 69:4
72:8 87:11,22
107:5
**Friday** 104:23
**friendly** 141:25
**friends** 21:22 28:3
62:23 69:11
118:22 126:2
127:10 132:8
135:9
**frighten** 70:22
**frightened** 70:23
**frightening** 128:6
128:19
**front** 19:1 55:2
68:16 88:24 89:7
90:15 119:7
129:21
**Fugitive** 71:15
**full** 7:6 14:9 106:24
131:17 147:7
**fully** 115:9
**full-blown** 33:20
**full-time** 35:18
120:10
**Fumo** 1:5 8:6 11:5
11:8,16,21 12:3
12:11,17 13:7,17
13:22 22:11 23:11
25:9 27:16 29:9
30:10 32:23 34:22
35:20 39:25 45:22

47:4 52:13 53:2
60:12,24 61:18
62:5,22 64:1 65:8
65:10,13 67:2,25
71:3,7 76:2 77:3
77:17 78:5,14,21
79:22 80:9 81:10
81:20 82:10 85:3
85:4,10,14,17
87:8 88:21 90:19
97:9 100:15
102:10,20 103:14
103:19 104:3,5,10
112:20 113:25
116:10,22 118:6
**Fumo's** 7:23 36:11
61:7 63:22 87:24
89:14 92:18
100:24 103:22
**Fumo-for-senate**
121:16
**function** 25:25 26:1
**functional** 85:5
93:21
**functioning** 50:24
**functions** 100:8
**fund** 23:3
**fundamental** 29:1
51:7 54:11 113:17
114:10
**funded** 32:10
**funding** 139:25
**funds** 23:21 27:3
31:23 52:13 99:12
**funeral** 106:7
**further** 50:5 55:11
84:3
**future** 3:17

**G**

**gain** 48:17
**Gall** 58:3
**galling** 53:1,2 55:9
**gambit** 131:17
**gambling** 86:3
**Gastrointestinal**
61:9

**gathered** 11:12
**gays** 102:5
**Gazela** 4:25
**GED** 143:12
**general** 9:16 48:10
53:11,12 62:17
81:21,22,24 125:6
136:10 142:16
**generally** 38:18
69:5 126:22
**General's** 52:1,4,10
**generate** 127:7
**generation** 71:14
**genial** 68:6
**genius** 65:2
**Gentile** 105:24
**genuinely** 147:1
**Geoff** 47:10
**getting** 26:5 46:6
48:6 56:20 84:19
87:23 105:13
132:22 138:21
148:11
**gifts** 121:22
**Girard** 104:20,23
**girlfriend** 93:19
147:16 148:6
**girlfriends** 132:25
**girls** 148:17
**give** 13:24 16:7
18:23,25 27:23
29:18 37:6 49:11
66:11,12 86:16
112:3 116:4
121:12 141:12
142:12 147:4
**given** 12:23 13:23
19:2 37:1 50:23
52:6,12 55:21
70:2,5 84:8 86:21
135:10
**gives** 6:15 65:5
84:14 98:12,13
129:12 145:21
**giving** 10:10,11
21:9 106:18
**glad** 137:8 138:2

gloves 75:15,16
go 9:7 15:18 17:3
  18:19 19:15 24:4
  28:3 33:2,15
  37:25 44:22 46:23
  47:13,24 48:1
  55:3 59:1 60:10
  61:15 72:25 74:7
  74:10 75:23 80:17
  88:18 89:23 90:5
  95:24 99:5 101:14
  105:21 106:21
  107:13 109:14
  110:22 111:3
  117:16 118:6,13
  121:25 125:8,19
  125:24 126:3
  127:6,24 129:6
  132:8,9 133:2,4
  133:14 138:5,6,11
  140:4 143:13,24
  144:1,6 149:2,8
  149:13,14
goal 69:21 145:24
god 122:10 131:24
  145:21,22
God's 92:12
goes 16:25 17:11
  35:7 73:4 149:2
  152:15
going 2:11 5:10
  6:22 7:5 11:21
  16:24 17:19,19,20
  17:21 18:13 20:11
  20:13 27:17,18
  31:22 33:20 34:15
  34:16 36:11 37:21
  38:1 45:19 47:25
  48:2 49:5 55:3
  57:4 60:12 61:14
  64:5,19,21 65:22
  68:8,11 69:1,9
  72:1,16,19,19
  73:24 74:9 77:2,3
  77:5,23 78:24
  79:23 81:13 82:1
  85:22 87:18 88:11

89:16,23 90:16
93:2,3,3,9,12 94:1
97:11 101:3,6,22
105:17 107:12,19
107:21 110:10
112:2,7 117:6,19
119:12 121:20
124:4 128:9 129:8
130:1 132:11
133:13 136:8,19
142:1,6 144:1,22
146:24 147:16
150:9 152:11,13
153:16
gold 85:20 86:9
GOLDBERGER
  1:16 2:19,22 3:8
  4:8 6:14,18,20
  17:6,11
good 2:4 22:9 23:14
  25:18 26:20 27:8
  27:16,17,18 28:18
  28:18,22 29:19
  56:14 61:1 65:7
  65:11,16 73:11
  74:20 85:16 96:24
  97:1 98:1,24
  100:24 101:11
  102:7 103:20
  106:2,2,8,11
  107:3,9 112:16
  113:2,6,10,16
  114:2,11 116:23
  116:24 121:21
  123:22 128:25
  139:9 143:6,6
  144:20 145:13
  146:14 147:5
goods 137:19
goofed 83:22,22
gotten 10:6,8 39:25
  55:25 56:1 88:19
  105:4 126:17
  137:23 152:2
government 24:4
  24:16 33:10 40:1
  50:24 57:24 58:6

59:8 61:20 62:19
62:20,20 63:25
64:15 65:5 66:8
67:24 69:18 70:8
72:2,7 74:18 75:1
75:5,18 80:23
81:10 82:7 86:5
86:15,18 87:2,6
87:10,19 88:13
92:5 93:21 94:6
94:25 96:6,23
97:19 105:1
108:13 111:5
114:6 120:14
121:1 141:6 151:8
government's 3:23
  4:5,11,17 39:21
  53:5 65:11 70:24
  72:5 84:19
governor 86:3
  102:22 103:12
  140:4
governs 57:19
grace 73:1
grand 33:20,21
  88:17
granddaughter
  145:6
granddaughter's
  135:8
grandfather 27:14
granola 130:4
grant 52:12 89:16
graphically 75:23
grateful 126:20
great 56:14,19
  58:22 68:20 83:2
  87:5,19 107:2,3
greater 57:22 58:1
  95:18 120:23
  122:13
Greek 106:3,6
Green 16:22
grew 148:15
grief 133:6
grip 152:16
ground 40:24 42:4

73:15 108:15
group 9:13,21
  47:14 65:25 66:2
grow 99:21
grows 145:3
guard 125:18
  136:11
guess 46:5 63:11
  77:24 83:24 126:4
  131:23 135:1
  137:24 139:17
  140:13,21 145:4
  152:10,19
guide 14:5 57:25
guideline 20:7,8
  36:6,25 38:8,11
  39:16,18 49:8
  56:23 58:20 59:24
  66:7 80:19 113:21
guidelines 3:1,6
  4:12,17 19:19
  25:3 36:4,14,16
  36:18,19 37:3,12
  37:21,25 38:6,15
  38:18,23 39:1,2,5
  39:6,8,9 49:11,13
  49:23,24 51:18
  54:12 58:4 59:19
  60:3 65:22 66:3,6
  66:7,11 80:19,20
  82:14,15,17,23
  83:23 84:6 85:2
  113:18 114:24,25
guilty 24:23 107:10
gullible 15:18
Gunter 57:20
gut 150:17
guy 14:25 17:14
  31:14 34:14 35:18
  44:25 71:10 85:25
  87:20 103:25
  133:4 142:25
  143:18 146:8
  153:13
guys 76:13 129:8
  133:6 134:21
  140:13

**H**
hair 119:2
hairs 45:6
half 5:10,10,11
  21:1 23:9 74:13
  107:13 125:3
  127:10 132:16
  135:5
hand 4:6 69:20
  91:4 139:4,5
handcuffs 118:24
  125:10 129:16
handed 21:22
  88:15
handled 15:8
hands 34:4
handwriting
  119:24
happen 44:16
  88:11 112:2
  128:10 132:21
  134:8 151:25
happened 21:5
  33:6,13 37:20
  51:2 74:22 76:10
  88:24 90:17
  106:15,18 107:20
  108:19 110:22
  121:8 129:19,21
happens 38:2 93:17
  128:9
hard 33:4,15 81:16
  90:4
hardening 60:17
harm 39:3
Harrisburg 33:2
  47:13,15 48:3,5
  146:3 149:14
Harvey 142:4
Hassinger 11:11
hate 69:5 133:13
hated 43:25
Hayes 109:22
head 31:23 95:22
heading 67:7
headline 75:14
headlines 89:19

141:14,15
**heads** 11:7
**health** 7:16,24 9:7
9:9,17 10:9 11:25
14:25 16:24 57:5
57:16 59:11,17,19
59:23 60:1 62:20
63:22 65:6,15
107:15
**healthcare** 59:16
**healthier** 76:7
**healthy** 9:11 10:5
136:17
**hear** 61:14,20
62:19 69:8 90:17
91:5 94:23 101:6
122:25 127:21,22
128:7 134:22
136:19 146:19
**heard** 7:20 9:12
10:2 11:7,8 16:15
20:23 26:11 27:6
37:13 45:22,23
57:17 58:2 61:1
63:2 67:9 76:18
77:7 82:15 85:25
90:14,18 96:8
101:5 103:21
121:3 123:10,11
134:23
**hearing** 1:8 14:12
53:20 55:18 64:6
80:7 88:8 90:22
91:9 96:24 112:15
117:11 139:21
**heart** 46:7 54:2
60:14,14,19 63:4
107:3
**heart-wrenching**
93:18
**heat** 142:5
**heated** 82:12
**heaven** 134:20
**heavily** 11:23 12:7
12:13 87:8
**heck** 98:17
**height** 21:21

**held** 35:12 44:12,20
45:13
**help** 2:11 13:21
16:14,16 21:24
23:12 27:5 31:22
47:6,7 99:4,9
103:7 120:24
121:9 132:24
133:9
**helped** 21:25
121:18
**helpful** 99:7 153:16
**helping** 121:5
132:22
**helpless** 51:15
**herd** 69:4
**Heritage** 142:22
**hero** 102:25
**hey** 27:22
**hidden** 12:17,21
**hiding** 35:5 133:6
**Higgins** 18:23,25
91:4
**high** 20:8 38:24
46:17 60:16 92:19
109:4 121:2
149:20
**higher** 58:8 72:20
104:17
**Hill** 139:11
**Hinkelman** 79:3
**hint** 95:13
**Hip** 134:13
**hire** 27:5
**hired** 26:3,4,17
**Historically** 111:4
**history** 11:16,17
12:5 31:12 32:15
59:4,7,13 73:4
96:22 136:24
**hold** 48:4,14
105:13 129:5
**hole** 128:9 130:14
**Holocaust** 55:10
**home** 35:6 75:11
141:23
**honestly** 2:8 45:13

70:14 112:9
**honor** 2:4,16,19
3:19,21 4:8,11
5:13 6:5,24 7:15
8:5 11:20 12:15
12:23 13:12 14:20
17:3,5 18:2,18
21:14 22:21 26:9
28:12,25 29:6
32:17,18 35:4,22
36:5,5 39:18
41:17 42:8 43:18
43:23 44:17 45:12
46:10 50:9 51:10
52:24 53:4,21
54:6 55:18,20,20
56:22 57:8,16,18
57:24,25 58:14,17
58:24 59:2,15,16
59:20 60:7,11,13
60:22 61:12,25
62:10,16 63:12,24
64:13,23 65:8,12
65:19 66:10,13,15
72:18 86:6 108:1
108:7,9,15,21
109:7,22 110:8,11
110:18 111:2,11
114:3,8 115:3,3
115:23 116:3,3,8
116:23 117:12,17
118:3,8,8,17
119:3,17 120:13
120:24 121:3
122:9,14,17,21
123:7,8 124:10
125:12 127:6,23
128:13 129:24
130:12,21 131:2,2
131:3,7,15,20,22
132:13 133:3,10
133:18 134:3,7,14
134:24 135:12,12
136:5,9,14,16,20
136:20,22 137:2,5
137:10,14,16,20
137:24 138:5,7,12

138:13,24 139:6,9
139:15 140:7,9,10
140:16,20,21
141:4,9,11,14,17
141:20 142:2,11
142:15 143:2,4,17
144:4,17 145:10
145:12,16,23
146:1,2,7,9,12,15
147:19 148:1,4,12
148:23 150:8
151:11 152:6,23
153:20
**Honorable** 1:8 2:2
**Honor's** 59:4 65:2
111:14 120:17
**hop** 134:13
**hope** 58:11 94:21
101:8 106:11
107:16,21 133:4
**hoped** 116:13
**hopefully** 67:12
150:19
**hopes** 131:22
**hoping** 152:19
153:16,19
**horn** 65:23
**horrendous** 79:11
**horrible** 119:24
141:13 143:14
**host** 14:18
**hostility** 102:12
**hotly** 44:4
**hour** 2:6,7,8,15
57:23 73:20,20
74:10,13 127:10
132:9,10,16
**hours** 74:21 105:1
127:23 130:14,15
135:5,16,20,21
148:10
**hour's** 50:11
**house** 48:3 107:14
120:25
**housekeeping** 2:20
**houses** 87:13
**Howard** 21:14

**hug** 126:9
**huge** 9:8 46:5 82:19
150:24
**human** 120:24,24
131:22 133:5,8
145:17
**humiliation** 118:23
**Humphreys** 8:7,17
33:10 78:19
**hundred** 19:11
54:21
**Hundreds** 21:13
**hung** 6:11
**hurt** 85:12 122:9
**hurts** 130:8
**husbands** 132:25
**HVAC** 143:18
**hyperbolic** 87:11
**hypertension** 60:25
61:3
**hypothecated**
63:25

---

## I

**idea** 74:7 110:15
121:7 127:18
128:22 144:7
147:1
**ideas** 149:20
**identified** 13:15
60:20
**identifies** 19:5
102:10
**ignore** 71:23
114:16
**ignores** 56:15
**ill** 57:16 63:22
65:15
**illegal** 123:20
**illicit** 11:17
**Illinois** 48:12
**illness** 8:19
**illnesses** 9:3 130:8
**imagine** 117:7
**immediately** 72:12
105:13
**immune** 114:21

**impatient** 74:11
**implemented** 150:13
**imply** 119:16 121:15
**important** 8:5 15:12 25:11,21 31:11 45:2 53:23 58:17 69:17 73:3 75:17 80:13 81:15 95:15 108:8 117:3
**importantly** 17:22
**impose** 5:6 39:3,14 53:18 56:24 57:21 67:17 110:2
**imposed** 37:16 49:21 50:8 67:16 114:15
**imposing** 38:3 49:10 113:23
**impressed** 8:11 26:4 146:25
**impression** 126:14
**impressive** 103:6
**improper** 77:8 104:25
**improve** 7:24 104:2
**inadequacies** 10:25
**incarcerated** 7:25 9:15 10:3 144:12
**incite** 131:9
**include** 13:9 99:15
**included** 53:16 82:13 107:18
**includes** 80:20
**including** 21:23 53:15,18 56:6 75:21 78:18
**income** 122:13
**incomparable** 103:24
**inconsistent** 50:3
**incorrect** 3:16
**increased** 88:9 110:1
**incredible** 105:20
**incumbent** 150:24

**independent** 71:23 82:4,5
**independently** 90:24
**indicted** 71:3
**indictment** 19:3,9 24:11,21 40:6 43:7 46:9 78:15 87:11,14,18
**indirect** 86:8
**indiscretion** 48:23
**individual** 61:13 84:13
**individually** 24:2 59:25
**individuals** 24:2
**induce** 42:2 96:4
**influence** 82:5 86:4 114:19
**influenced** 114:18
**information** 79:4
**informed** 116:2
**inherit** 27:13
**initial** 66:4 84:7 96:3
**initiated** 41:22
**injustice** 15:24
**inmates** 9:13,15 14:7 15:20 62:4 127:20,25 128:24 130:2 141:23 143:17
**inquiring** 38:14
**inside** 31:22 75:9 76:8 123:9 132:24
**insomnia** 61:11
**instances** 26:8
**institution** 44:3 138:4
**institutionalized** 137:6
**institutions** 54:11
**instructed** 34:19
**integrity** 50:17
**intelligent** 116:2
**intend** 119:9
**intended** 87:22,25

**90:7
**intense** 102:12
**intercede** 17:7
**interest** 3:13,21 53:15,19 68:20 72:18
**interested** 24:18 106:6
**interesting** 47:20 54:4 55:17 59:22 83:13 99:24 137:14 147:7
**interestingly** 12:15 45:22
**interests** 56:6 109:11
**interminable** 67:11
**Internal** 96:16
**Internet** 39:22
**Internet's** 40:19
**interpretation** 58:10
**interred** 106:9
**interrupted** 97:17
**intervention** 15:17
**interview** 88:23 124:21
**interviewed** 11:15
**intimate** 93:20
**introduce** 89:14
**introduced** 13:5 111:8
**introduction** 142:24
**invalidated** 82:22
**invasion** 110:22
**investigate** 110:24 147:16
**investigated** 85:23
**investigation** 33:20 88:23 123:25
**investigator** 147:16 148:6
**invoking** 48:24
**involve** 67:22
**involved** 33:8 34:18 66:23 78:18

**102:16 104:19
**involving** 50:5 54:10
**ironic** 51:22
**ironically** 71:2
**irons** 125:11
**irony** 90:13
**irrelevant** 65:9
**IRS** 29:10,13 30:1
**isolate** 37:11
**issue** 3:10 4:3 7:16 7:22 9:11 10:12 11:7 17:23 20:17 24:16 30:12 48:11 53:1,13 57:14 83:14 98:5 119:19 124:19
**issued** 32:21
**issues** 11:14 45:17 48:13 49:15 57:5 84:15 120:5
**issuing** 35:11
**items** 58:23 59:1

**J**

**J** 1:5,18
**jacket** 89:9
**Jacobs** 79:1 88:21
**jail** 12:12 13:19 15:6,6,20 16:25 47:11 55:2 71:17 71:18 72:16,25 73:4,10,19 75:10 76:4 85:6,14 91:14 112:3 141:16,19
**jailbreak** 93:24
**Jamie** 121:17
**Jane** 121:24
**jealousy** 94:8
**Jeffrey** 103:21
**Jersey** 21:20
**Jews** 55:10
**Jim** 46:25 47:10
**jingle** 127:22
**jingles** 127:21
**job** 12:3 35:18 59:1

**93:22 99:21
**104:13 110:22
**113:3,7,7,9 114:1
**115:19 118:6
**126:6,19,24
**137:12 139:22,25
**140:6 143:13
**144:18 149:12
**jobs** 26:5,24 52:19
**Joel** 125:22
**John** 1:11 50:5 70:3 102:20 103:12 104:20,21
**Johnson** 47:10
**joins** 37:23
**joint** 5:16 6:6,18 52:11
**jointly** 5:15 6:7
**Journal** 39:24
**journey** 126:1
**Jubelirer** 21:19
**judge** 1:9 17:6 39:14 67:5 70:21 83:4,5,24 84:10 85:1 87:22 89:15 98:25 100:2 114:17 119:22 120:21 121:14 123:1,13,23 124:9 124:25 129:17 130:5 134:1 139:11 144:24 145:3 147:4
**judges** 38:3,14,15 38:17,20,22 39:2 39:8 49:25 50:4 82:4 123:3,6
**judge's** 83:1,9
**judgment** 45:9,12 55:23 82:5 83:7 89:15 149:1
**judgments** 152:13
**judicial** 95:5
**judiciary** 82:4
**Julius** 55:8
**July** 12:19 46:13 55:19

jumpsuit 119:2 129:12
juror 89:21 90:12 91:1,1
jurors 90:4,8,25 91:13
jury 19:2 24:1,15 24:17,21 33:20,21 41:7 42:14,24 43:2,9 44:23 87:13 88:17 89:17 89:19 90:1,19,21 91:3 96:9 109:15 119:7
jury's 24:11
justice 20:20 32:18 32:24 34:18 35:1 35:21,24 48:12 49:2 54:1,25 84:9 89:6 90:16 100:2 113:1,5,10,21 119:6
justifiable 107:15 110:23,24
justification 10:24 11:23
justify 10:10

**K**

keep 21:25 76:7 127:14
keeping 139:10
keeps 28:5
Kemp 50:6
Kennedy 70:4
Kenney 47:10
Kentucky 13:2
kept 12:17,21 127:12
key 127:21 141:19
kid 143:11 144:25
Kiddie 121:12
kidney 60:25
kids 93:18 143:3,10 143:11
killed 55:10
killing 71:10

Kimble 71:16,17
kind 9:10 15:19 18:9 29:14 45:20 50:1,2 62:11 63:14 69:2,19 74:11 79:6 82:12 92:13 107:21 110:22 115:13 126:4 133:3,21 136:7 144:1 148:15 149:1 151:6 153:13
kinds 49:7 64:9 94:17 105:5
kiss 73:15
Kitchen's 122:5
Klein 12:2,11 16:7
knew 13:25 14:1,1 14:2 29:21 31:6 31:25 34:5,19 41:4 82:17 89:15 90:13 91:1,17 127:25 129:19 131:10,13 133:12 136:25 148:7 149:4
know 2:12 8:10 11:10 12:10 15:14 15:20 18:2,15 24:10 26:22 27:18 29:11 30:3 32:20 32:25 33:7 34:20 34:24 36:18,22 43:13,14,14,18,19 44:25 46:22 48:2 53:7 56:16,17,18 58:19 60:4,6 61:7 61:21,21,23 62:7 63:16 67:3,24 68:6,22 70:18 71:9,15,25 73:10 73:19 76:7,20 77:14 79:5 80:10 80:22 81:3 82:24 82:25 83:20 88:3 88:11,17,17,18 89:9,12 90:9

91:14 92:16,17 93:24,25 94:22 96:9 97:14,15,16 97:18,19,22,22 98:10,14,22 99:6 99:10,19,23 101:6 101:19 105:4 107:11 108:19 109:7 110:16,19 111:6,7,20,20 114:16,21,23 117:11 120:20 127:22 128:1,12 128:15,25 129:2 129:13,16,20,21 130:3,6,9,9 131:5 131:20 132:4,7 135:1,3,24 136:1 136:2,19 137:1,16 139:24 140:1,13 140:15 141:6 142:5 144:17,23 145:23 146:2,22 147:5,9,22 148:9 148:10,18,20,25 149:22,25 150:1,5 151:8,16,16 152:13,17
knowing 34:10 82:18,19,19 85:6 85:19,20 109:11 128:11
knowingly 123:24
knowledge 68:18
known 83:3 152:4
knows 62:16 70:19 77:4 80:10 86:4 87:13 109:8 123:9

**L**

L 1:8 2:2
label 100:22
Lacheen 78:20 88:23
laid 30:3 123:17
Lancaster 110:21 147:10 149:5,16

151:4
Landing 52:11
language 68:9 87:12 90:6 91:12 100:13
lapse 55:23
large 28:9,12 126:21
lastly 90:1 123:17 124:19
late 37:23 42:15 68:4 71:4 117:10 143:9,10
lately 12:24
laundry 127:15
law 6:8 26:15 27:12 34:14 36:2 54:24 69:25 70:13 71:6 80:15 82:21 87:5 89:12 100:23 106:19 114:9
laws 29:25 113:20 138:1
lawyer 70:21
lawyering 56:6
lawyers 30:15,18 33:11 34:2 36:11 44:5,7 54:4 64:2 66:23 68:8 69:7 71:5 72:24 73:8 78:6 80:3 89:5 91:7 141:8
Lazin 102:4 103:21
leader 132:13 139:4
leadership 28:22
leading 60:19
learn 133:16 134:5 137:25
learned 45:1,18 52:9 54:18,19,22 121:5 127:18 133:14 136:24,25
learning 54:21
Leasing 30:9
leave 124:1 132:25 133:1 143:13

leaves 67:25
leaving 24:10 128:8
lectured 70:10
lecturing 70:14
led 32:23
left 98:18,18,22 126:8,10 135:14 144:25
leg 61:6 125:10 130:9
legacy 95:15 138:25
legal 27:12 51:21 52:16 107:25 108:20 110:9 111:22 112:23 126:17
legislation 86:3 99:15 103:2
legislative 99:15,16
legislator 27:11 56:7,14 97:13 98:10 99:11 103:20 104:5
legislators 47:14 97:16
legislator's 98:11 98:23
legislature 98:7 103:18 120:18 122:24 140:6
leg-irons 135:15
length 35:3
lengthy 57:17 110:3
leniency 10:23 116:5
Leonard 33:1 34:8 35:5,16
lesser 114:12
lesson 45:1,18 54:19
letter 12:6 13:13,13 69:9 84:22 85:9 85:10 88:15,19,25 89:1 102:6 103:15 105:23 114:5

**letters** 11:3,4,19
12:18 14:14,20
18:9 28:24 82:8
82:10,11 84:20
97:8,24 99:17,19
100:25 101:4,5,13
101:15 112:19
**letting** 90:8
**let's** 6:11 12:25
17:18 20:21 25:2
25:5,6 30:25 59:7
112:6,8 117:16
139:3
**level** 9:14,14,14,19
9:21 67:6
**leveled** 36:13
**levels** 39:6
**Levy** 95:22
**liable** 6:16
**liar** 80:11
**liars** 77:17
**liberal** 142:4,17,22
**liberals** 142:5
**license** 87:19
106:19
**licensees** 86:4
**licenses** 86:17
**lie** 16:9 17:2 34:16
44:22 79:24
**lied** 14:12 29:25
30:16 35:25 36:1
55:14 78:8
**life** 16:11 46:4,17
73:4 103:17 104:2
107:22 110:2
114:17 120:13
121:2 129:17
140:17 143:8
145:4,16 147:3,10
151:9
**light** 73:7 74:23
84:11 109:3
**Limerick** 102:18
**limit** 24:20,24
**limitation** 2:15
117:1
**limited** 111:17

**119:1**
**line** 2:12 130:10
**lined** 152:18
**list** 14:17 47:9
62:14 97:25 98:19
**listen** 12:4 92:4
96:6 134:15
**listened** 134:21
**listening** 54:20,21
**litigation** 95:3
103:1
**little** 10:12 20:25
47:22 58:13 70:22
80:22 87:23
101:20 107:21
108:6 121:25
122:1 133:5
134:10 141:10
**live** 46:17 89:18
103:8 118:19
128:10 133:14
151:15
**lived** 152:1
**lives** 39:22 106:8
145:14
**living** 152:9
**LLP** 1:19
**load** 146:5
**loan** 104:19
**loans** 96:2
**lobby** 47:13 143:5
**lobbying** 48:2,4
**lobbyist** 47:25
143:6
**local** 127:6 149:16
**located** 95:17
**locked** 133:6
135:20,21
**long** 12:15 34:3
41:4 66:20,20
67:5,14,14 68:5
68:11 70:7,16,20
73:9 94:11 98:14
98:19 100:12
119:1 122:12
124:14 129:23
144:16 145:24

**longer** 64:6 118:11
125:5 138:12
**longer-lasting**
130:20
**long-standing**
124:3
**long-term** 96:2
**look** 5:6 7:4 12:25
13:1,4 16:19 17:9
19:9,14 24:1,11
33:15 49:10 50:4
50:7 53:23 54:2
55:17 58:11,18
68:20 69:20 84:3
92:22 95:8 97:7
98:3 101:15 102:2
112:6 124:1 127:8
129:4 138:6
143:16 148:11
**looked** 11:6 37:10
68:4 111:5 140:9
**looking** 16:23
49:14,14 50:10
54:24 74:8 87:4
88:16 103:5
113:21 122:19
**loose** 48:5
**looted** 27:2
**looting** 29:9
**lose** 52:16
**losing** 73:3
**loss** 4:10,12,18,18
4:19 5:20,20
20:25 48:17 50:16
52:8 53:15 133:8
**losses** 37:24 51:19
**lost** 26:23 52:18
72:10 73:1 128:23
138:17 143:18
**lot** 8:19,19 11:13
20:16 25:16 26:3
27:18 28:21 30:14
32:15 36:13 53:6
68:10 71:20 72:4
73:13 75:9 82:2,6
90:4 94:16 101:4
118:9 123:5

139:16 145:12,13
145:13 150:13
152:15
**lots** 11:13 89:19
**Lou** 139:11
**love** 67:3 137:1
**low** 18:5 38:20,22
79:13
**lowlife** 46:7
**low-paying** 113:9
**loyal** 28:19 35:19
**Luchko** 33:1 34:8
35:5,16 47:3,3
**lucky** 126:7 133:24
**lumbar** 61:4
**lunch** 129:8
**luxury** 30:10 32:4
**lying** 29:9

**M**
**machine** 21:24
**Madoff** 85:11
**magnitude** 35:2
**mail** 19:12 111:5
126:17
**mails** 62:23 75:5,21
87:25 93:4 110:11
**Maine** 32:2
**mainstream** 50:3
**maintenance**
143:17,20
**major** 30:19,21,25
86:2,5 102:15
**majorities** 28:20
**majority** 46:17
84:10
**making** 32:6 49:3
93:13 108:21
109:4 115:10
**maladies** 9:1 14:23
62:14
**Malcolm** 102:4
103:21
**man** 16:3 22:6
24:10 27:2 32:4
33:21 35:13 43:8
44:1 47:7,15

48:21 55:11 56:11
62:15,16,21 67:3
71:16,17 75:7,20
86:2,2 87:14
90:14 98:16
101:10,20 106:10
151:12,14
**managed** 15:3
**manager** 127:4
**mandate** 53:11,13
112:21
**mandates** 57:19
**mandatory** 53:9,10
82:23 85:2 122:24
**Manenti** 7:21 8:1
8:11 9:12 61:12
62:2
**manifestly** 75:3
**manipulator** 16:17
**mankind** 152:4
**Mann** 108:17,17
**manner** 68:6
**mantra** 77:18
86:19
**manual** 19:19
24:18,25
**man's** 31:23
**Mariano** 50:6
**mark** 67:7 106:7
**Market** 1:15,24
**Marsha** 12:2 16:7
**marshal** 17:7,12
**marshals** 119:5
136:6
**Martin** 48:15
**martyr** 55:11
**mask** 145:9
**massive** 49:2
**master** 48:3
**match** 49:7
**math** 62:7 74:19
**Matt** 91:4
**matter** 3:18 4:1 7:4
17:13 20:3 32:20
35:8,9 51:16
60:20 63:24 66:9
68:19 80:4 93:6

108:9 154:6
**matters** 2:20 3:1
  19:17,17 25:1
**mayor** 103:16
  104:21
**McCormick** 10:1
**McDonalds** 133:15
**meal** 136:10
**mean** 7:5 17:11,18
  19:17 20:1,2
  22:24 26:3 30:24
  31:19 39:21 44:15
  53:9 69:6 83:22
  85:24 99:1 100:3
  100:6 105:4,8
  108:23 110:15
  119:16 125:13
  128:15 129:7
  130:9 133:7
  134:21,22 137:4
  143:17 144:17
  147:12,15,22
  148:3,3,5,7 149:1
  149:19 150:4,5,14
  150:19,22 151:16
**meaning** 58:10
  85:4
**meaningful** 151:3
**means** 3:5 74:23
  105:9
**meant** 74:16
  123:15 132:3,4
**mean-spirited**
  69:16
**measures** 7:25
**medals** 140:14
**media** 71:7,14
  137:1
**median** 37:2 38:8
  38:10
**medical** 7:21 10:25
  11:13 12:20 14:19
  16:2 57:16 61:17
**medicines** 129:8
**meds** 130:7,7,10,13
  130:13,15,17
**Meehan** 80:5

**meekly** 56:2
**Meese** 142:24
**meet** 108:18 140:4
**meeting** 78:10,22
  79:15 108:17
  139:23
**meetings** 31:25
  66:1,2 104:24
**member** 31:5,17
  32:9 75:7 102:14
**members** 32:24
  33:1 120:25
**memo** 10:20,21
  50:7 139:12
**memorable** 67:11
**memory** 4:22
**men** 106:8
**mental** 127:3
**mentality** 56:3 69:5
**mention** 51:11 68:5
  112:12
**mentioned** 11:20
  46:10 109:6 113:1
**merchants** 139:23
**mercy** 140:21
**mere** 44:11
**merely** 87:15 88:2
**merited** 21:25
**message** 49:6
**met** 12:11 103:20
  128:20 129:3
  130:19 151:15
**meter** 67:7
**Metformin** 130:19
**Michael** 78:16,19
  79:23
**middle** 124:21
  126:25
**Mid-Atlantic** 1:23
**mightily** 70:8
  102:24
**mile** 9:18
**miles** 75:10 127:11
**military** 140:14
**million** 21:1,18
  23:9 27:13,14
  51:21 52:3,7,16

56:9,11 72:17,20
  95:4 113:19 138:9
  141:7,9 144:9
**millions** 22:10
  27:15 32:6,7 55:9
  86:16 140:23
**million-and-a-half**
  51:23
**mind** 85:15 87:9
  90:20 91:15 93:25
  97:23 107:19
  123:21 136:2
  142:3
**mindful** 68:15
**mine** 121:7 132:8
  139:1
**minimize** 101:10
  137:4
**minimum** 85:2
**minivan** 27:24
**minor** 30:19
**minute** 16:24 80:16
  105:8,11 116:17
  124:9 132:18
**minutes** 25:6 50:11
  57:8 73:20 74:8
  74:11 101:23
  108:3 132:15,17
**misconduct** 86:2
**misrepresent** 68:8
**mission** 61:15
**misstatement** 66:3
**mistake** 48:22
  64:14
**mistaken** 4:24
**misused** 24:4 52:13
**misusing** 29:9
**Mitchell** 46:19,20
  46:24 78:22 88:16
  88:21
**mitral** 60:15
**moderate** 39:11
  68:9 77:2 78:4
  81:16
**moment** 69:2 70:2
  70:5 105:19
**momentary** 48:22

**moments** 105:19
  106:10 132:2
**money** 21:1 22:8,14
  23:6,8,10,12 24:4
  27:25,25 29:23
  32:11 46:12 51:25
  52:1,7,17 95:24
  96:15 106:20,23
  113:4 121:16
  138:13,13,17
  141:4,4 144:4
  147:17,17,18
**monies** 30:7
**monitor** 131:6
**monitored** 132:16
**month** 135:7
  140:23 143:19
**monthly** 132:18
**months** 36:6,12
  37:3,3,5,13,16
  38:8,9,10,12 40:6
  41:8,11 42:14
  54:20 67:6 72:17
  73:5 74:16,21
  76:3 84:6 85:3,5
  85:15 113:22
  127:11 128:2
  131:20 133:20
**morning** 2:4 57:24
  58:2 67:8 73:16
  88:12 116:23,24
  116:24 130:16
**mortality** 107:14
  145:3
**mortgages** 96:2
**motion** 89:13,16
  90:12
**motive** 87:16
**move** 81:13
**moved** 150:17
**movie** 71:16 127:2
**movies** 126:15
**moving** 92:13
**mud** 73:2 75:14
**mudslinging** 88:1
**multimillionaire**
  32:6

**multimillionaire's**
  32:11
**multiple** 53:25 61:5
**murder** 71:8,10
  94:20
**murderer** 135:13
**Murdock** 141:2,3
  141:11
**museum** 4:20 31:2
  31:7,18,21,24
  32:1,2,3,10 52:20
**Music** 134:3,3

## N

**N** 154:1
**name** 47:10 75:21
**named** 12:2 103:25
**names** 43:23 68:5
  81:12
**Nation** 142:21
**national** 1:23 49:18
  50:4
**nationally** 38:7
**naturally** 11:1
**nature** 31:12 32:16
  54:2,10 59:3
  67:21 82:23 86:11
  86:23 93:20 94:12
  94:24,25 96:11,20
  101:18 110:13
**near** 113:24
**nearly** 36:9
**necessarily** 70:4
**necessary** 57:22
  58:1
**need** 13:21,21
  15:14,22 23:6,10
  28:15 44:25 67:11
  68:13 69:25 71:22
  75:5 84:3 109:21
  138:22 140:3
**needed** 12:7 25:12
**needing** 3:18
**Needless** 146:18
**needs** 14:21,22
  15:1,7 50:8 54:14
  60:18 87:17

**neighborhood**
95:20 96:5 140:5
**neighborhoods**
122:8
**neighbors** 140:4
**neither** 134:9
**nervous** 124:15
**net** 138:8
**never** 5:19 14:15
16:4 22:12,16
35:21 40:24 41:1
42:3,15 52:7
55:21 69:10 70:14
70:17,22 71:17,24
76:18 78:24 79:1
79:5 94:15 100:3
100:6,8 103:13
104:25 105:12
117:1 123:19,23
124:5 131:10,15
131:16,19 132:2,3
133:14,15,22
134:4 136:22
137:20,23 140:9
140:19,22 142:3
143:5 149:13,14
150:10,10 151:9,9
151:12
**nevertheless** 83:25
**new** 21:20 47:14,14
63:15 86:20 101:5
142:7 147:2
**news** 75:15 79:2
88:11 90:17 91:8
137:18
**newspaper** 117:19
117:20 118:2
**newspapers** 32:22
68:21 85:1
**nice** 46:16 118:6
**Nick** 102:14
**night** 34:10 61:9
90:17 91:8 118:9
122:8 124:4
130:21 143:22
**nine** 38:9
**nineteenth** 135:17

**nitroglycerin** 63:5
63:10
**noble** 25:25
**Nobody's** 76:18
**noise** 89:19
**nominal** 31:24
**nongovernmental**
96:15
**nonprejudicial**
123:10
**nonprofit** 29:16
30:6 32:22 55:13
137:25 138:9,23
**non-guideline** 58:5
**normal** 98:6,6,9
124:20
**normally** 118:11
120:3
**note** 91:4
**noted** 4:6 32:19
49:17
**notes** 12:10 53:21
**notice** 88:3 95:6
111:10,11
**notion** 73:25 74:2
114:11
**Novelli** 21:17
**November** 1:5
154:9
**NPR** 134:15,15,20
**number** 18:1,6,22
19:8,14,22 24:19
26:2 52:8 81:23
85:16
**numbers** 4:10
53:17 141:11
**numerous** 75:21
125:8
**N.W** 1:19

———————————————
**O**

**O** 154:1
**oath** 79:16,18
**objection** 3:17
107:25 108:8,20
**objections** 2:25 3:3
3:11

**objective** 7:25
**obligation** 24:24
**observations** 86:8
92:8
**observed** 103:17
**obsessive** 61:11
**obstruct** 34:18
35:24
**obstruction** 20:19
30:20,21 32:18,24
34:8 35:1,21 49:2
53:25 90:15
**obstructs** 113:21
**obviously** 53:22
66:22 76:5 82:18
85:6,19,20 88:11
96:8 148:2 150:17
**occasions** 37:13,20
**occurred** 47:22
**OCD** 145:18
**October** 10:20
12:15 15:24 37:9
75:4
**odds** 67:25
**offended** 23:19
121:15
**offender** 59:13
65:4 84:13,17
**offenders** 48:14
49:10
**offends** 120:7
**offense** 31:12 32:16
55:4 59:3 65:3
67:22 77:20 83:7
85:14 86:17,24
94:13,20,25 95:1
96:12,21 106:13
107:4
**offenses** 23:16
128:13
**offensive** 110:14
**offer** 76:17 78:12
80:2,8 86:22 96:3
108:9,13,19,20
109:25
**offered** 78:22 79:9
79:19

**office** 1:12 21:19,25
32:20 34:10 35:5
47:25 52:1,4,10
67:23 74:9 78:16
80:5 85:21 86:15
105:7 109:12
122:5 129:21
137:7
**officer** 12:21 13:11
99:3 129:9
**officers** 73:12
**office's** 41:18
**official** 22:6 27:8
28:17 91:6,8
100:7 104:1
114:21 154:5
**officials** 14:2,3
23:21 29:2 50:22
51:1 102:10 113:6
**oft** 106:8
**ogre** 91:7
**oh** 5:22,22 8:10
25:19 41:16 58:19
87:15 108:23
111:6 128:24
134:19 148:4
**Ohio** 71:11
**okay** 2:15,17,21 4:9
4:23 5:4,8,24 6:12
7:2,7,11,13 10:16
10:17 18:19 20:22
20:23 23:17 31:9
34:2 40:21 41:3
41:16 43:5,9,12
46:7 49:8 51:8,10
57:6,10 58:14,15
62:1 64:17 101:24
107:24 116:14
117:13 119:15,18
120:4 124:11
129:3,4 134:12,19
135:24 142:16
153:15,21
**old** 97:3 129:24
137:18 151:12
**older** 125:3
**ominous** 61:13

**omitted** 4:25
**once** 57:23 143:2
**ones** 8:7 15:2 82:10
106:22 110:14
131:18
**one's** 67:23
**one-armed** 71:16
71:17
**one-sided** 65:5
**one-tenth** 37:18
**open** 3:18,24 93:9
129:24
**opened** 73:14 78:12
**opening** 12:22
25:15
**openly** 123:18
**opens** 129:25
136:19
**operate** 29:12
**operated** 16:11
**Operating** 52:11
**operation** 60:16
**operations** 27:20
61:5
**opinion** 8:19 38:18
70:2 84:9 92:18
92:20 116:3 152:5
**opinions** 82:13
**OPM** 87:16
**opportunist** 14:8
**opportunities**
50:23
**opportunity** 14:8
32:8
**opposed** 68:25 76:9
120:11
**opposing** 67:8
68:11
**opposite** 39:5
**opted** 138:19
**orange** 129:12
**orchestrated** 75:12
**order** 6:25 53:10
53:12 67:10
**ordered** 12:1
**ordinary** 19:25
54:9 62:21 139:18

**organization** 25:8
25:22 26:18,24
27:2,4 30:8 32:22
51:22 52:12,14,21
**organizations**
29:17,18 55:14
**original** 3:8 18:3
50:15 53:12,20
68:23
**originally** 49:20
**ought** 77:11 149:19
**outcome** 110:6
**outrage** 72:6,7
74:19,25 75:3,6
75:18,24 79:10,22
79:23 114:14
**outraged** 79:23
**outside** 10:8 59:24
72:1 88:20 89:17
91:5 132:11,21
136:4
**outspoken** 72:2
**outstanding** 44:5
**outweigh** 107:4
**overcharge** 19:13
**overcharging**
24:25
**overly** 114:18
**overripe** 130:4
**overstate** 18:6
37:22 39:3
**overturning** 3:10
**overwhelming**
28:20 107:17,19
109:15
**overwhelmingly**
126:23
**overzealous** 142:13
**over-punish** 107:8
**owned** 87:13,13
95:14,25 137:21
**o'clock** 127:17
128:19 129:6,7
153:17
**O'Donnell** 102:22
105:24
**O'Donnell's** 105:23

**P**

**PA** 1:4,13,15,17,24
**pace** 61:8 128:1
132:7
**packing** 128:7
144:20
**page** 5:5 97:6,11
98:20,20 154:3,11
**pages** 57:23 98:4
111:15 131:20
**paid** 21:6,15 27:10
52:17 72:21,21
96:8
**painting** 5:1
**Palermo** 24:7
**pales** 31:9
**panicked** 129:3
**paper** 78:15 152:10
152:14
**papers** 2:24 3:22
125:15
**paragon** 79:19
**parents** 133:2
**parole** 85:6
**parsimony** 57:25
**part** 30:19,20 38:4
39:22 52:8 57:4
69:21 72:19 77:23
79:14,20 80:23
90:23,24 100:7
108:22 109:10,10
109:13 113:3,6
117:3,3 135:2
139:1,22,25 140:5
152:20
**partial** 42:21
**participated** 64:1
104:24
**particular** 32:20
**particularly** 53:1
92:16 99:7
**parties** 3:19 4:16
35:12 81:7
**partisan** 29:21
**parts** 95:19 144:18
**part-time** 113:16
120:11

**pass** 130:3
**passed** 137:9
**Passyunk** 95:12
138:5,20
**Pat** 80:5
**patient** 63:3
**Paul** 95:21
**pause** 84:14
**Pavlovian** 136:18
**pay** 5:11,11 20:1
27:12,22,23 28:2
28:2,4,4,7 29:17
29:19 32:7,9,11
72:23 141:5 143:7
143:8,9 152:11,11
**paying** 30:2 53:3
**payment** 23:5
**pays** 27:14
**PC** 35:6
**peace** 125:2
**peak** 146:1
**Pease** 1:11 2:8,16
2:17 4:9,10,15,23
5:5,8,13,15,18,24
6:2,5,10,12,24 7:2
7:7,11,14,19 8:15
8:21,23 9:1,5
10:15,17 17:17,21
17:25 18:10,11,14
18:16,18,22,25
19:5 20:4,9,15,18
20:21,23 21:4,8
21:13 22:18,21,25
23:2,5,15 25:2,5
25:17,19,21,24
26:2,7,9,11,14,17
26:20 28:9,12,15
29:6,8 30:16,23
31:1,4,17,21 40:3
40:5,12,15,23
41:1,4,7,15,17
42:13,17,20,22,24
43:1,6,18,20,22
44:10,14,16 45:4
45:7,10,12,15,17
50:13 51:8,10,18
53:9 56:21,22

57:1,2 76:1 77:16
77:16 78:4,10,16
79:17 80:7,10,17
96:25 97:7,21
108:14,14 115:25
130:12
**Pease's** 97:15
145:21
**PECO** 95:4
**peerless** 103:22
**pen** 120:2
**penalties** 48:14
**pending** 64:14
**Pennsylvania** 1:1
23:18,22 48:25
56:5 98:12,13
102:17 103:18
104:16,17 137:22
152:7 153:5
**penny** 86:7 94:15
**Penn's** 52:11
**pension** 106:18
**people** 6:16 15:22
18:3,15 23:18,19
24:3,7,8,9,13 26:5
26:23 27:6,17
31:9 33:8 34:17
34:18,20 47:9,12
47:24 48:24 49:6
50:23 51:15 52:18
58:11,12 64:9
66:23 67:1,2
68:24 69:5,14
70:24 71:3,14
72:4 73:11 76:9
76:14 77:17 79:10
80:6 81:17 82:9
85:12 86:14,17
87:4 88:19 89:6
94:16 95:19 101:4
101:20 103:3
104:8 105:7
114:13 115:23
117:4 119:5 121:6
121:15,18 122:6
123:5 125:19,19
125:23 126:14

127:19 128:5
130:18 131:19
132:1,15,19,22,24
133:1,2,9,12
137:7 142:6
143:21 144:9,11
144:13,13 145:13
145:13 146:20,23
149:2,16
**Pepper** 84:5 112:13
112:19,21
**perceive** 70:24
**perceived** 70:5
**percent** 37:1,4,17
37:19 38:5,17,19
38:20,22 39:15,17
56:12 62:7 144:10
144:11,19
**percentage** 122:13
**perception** 87:4
**perfect** 87:1 146:1
**performed** 25:16
36:18 37:7 65:17
**period** 12:9 41:11
102:12
**perjurer** 80:11
**perjurious** 123:15
**perjury** 16:11
34:13 44:18
122:14,16
**perks** 45:25
**permission** 57:7
**person** 13:20 14:5
15:14 31:25 32:15
42:14 45:18 48:5
51:24 54:17 55:2
58:12 75:13 79:15
85:15 91:3 105:16
105:16,16,18
106:2,5 107:8,9
113:10 117:6,25
123:9 132:4,17,21
135:20 139:2
145:11,19 146:13
153:12
**personal** 17:13
61:15 92:8,8

110:13 126:9
137:15 147:21
148:15 150:18,21
**personality** 74:12
**personally** 29:22
97:9
**perspective** 106:14
145:2 149:24
**persuade** 2:9,10
7:14 33:14 40:23
**persuaded** 42:9
**persuasion** 103:2
**pertaining** 19:10
**pervasive** 153:4
**Peter** 1:16 71:2
**PETRONE** 1:14
**petty** 137:19
**ph** 79:21 82:25
102:14
**pharmacy** 130:18
**PHEAA** 104:17
**Phil** 21:16
**Philadelphia** 1:4
1:13,15,24 25:10
25:11,22,24 28:22
33:2 102:23 103:8
104:22 122:6,8
138:10,23 139:19
147:11,12 149:13
151:3,9,15,19,24
152:1,12,17
**philosophy** 146:4
149:21
**phone** 111:5 114:5
132:15
**phones** 128:16
133:7
**phrase** 77:21
**physical** 8:20
**physician** 11:19
**physicians** 11:12
15:8 16:9
**PICA** 103:1
**pick** 45:6 147:12
**picking** 43:2
**pickle** 105:4
**picks** 134:3

**piece** 135:11
141:10
**pill** 130:10
**pillow** 93:21
**pills** 63:10
**pilot** 56:6
**place** 1:17 26:18
36:9 67:20 73:14
73:20 82:20 125:4
133:2,3,5,8
145:25 147:22,23
**placed** 123:5
127:16
**placement** 61:5
**places** 22:12
133:25
**Plaintiff** 1:3,11
**plan** 30:4
**planning** 46:23
47:24 52:5 55:15
93:24 140:19
**plaque** 60:17
**plastic** 133:21
**plate's** 55:9
**play** 152:11,11
**played** 134:16,17
**plea** 39:25 40:8,8
79:21 108:9
**pleading** 75:4
**pleadings** 75:6
120:6,11,12
130:12 131:19
**please** 2:1,3,5
17:19 116:19,21
116:22 124:9
**pleased** 61:14
**plenty** 2:7 57:13
**plot** 122:4
**plus** 140:23
**pocket** 22:13,16
23:6,12 86:7,14
94:15
**pockets** 23:12
**point** 7:20 17:20
19:6 23:14 36:9
51:12 78:8 79:21
84:7 86:2 93:13

95:13 110:9
111:22 112:23
136:5 142:4,17,18
145:15 150:13
**pointed** 49:18 84:9
86:6 94:13,14,18
105:3 114:16
**points** 19:7 36:15
84:20
**policies** 88:18
**policy** 99:15 119:6
**political** 21:18
29:21 88:1 137:12
152:10
**politician** 27:3
147:11
**politicians** 102:7
**politics** 144:21
149:24 150:17
151:4,9,15 152:12
153:14
**polling** 19:12
**polls** 21:18 27:22
96:8
**Ponzi** 85:11
**pool** 37:11
**poor** 9:8 121:5
**poorer** 9:6
**poorest** 103:7
122:6
**popular** 70:5
144:19
**population** 9:16
62:3,17,18 136:10
144:10
**pornography** 39:1
**portion** 101:11
107:8,9
**posed** 95:21
**position** 2:10 3:12
3:22,23 4:5,12,17
4:24 12:22 14:24
15:4,6 23:20 31:5
31:15 32:9 39:13
39:21 40:1,3,4,5,9
41:25 51:3,8 53:5
59:4 69:18 76:15

81:1,25 94:22
98:1,22 113:17,20
114:11 122:16
131:13
**positions** 3:19
**positive** 95:15
112:19
**possible** 102:19
131:23
**post-Comco** 82:25
**post-conviction**
90:23
**post-incarceration**
131:3
**post-offense** 112:15
**pot** 85:19 86:9
**power** 21:25 22:7
27:3 32:8 69:3
102:18 103:2,22
103:23 146:1,12
**powerful** 23:21
34:22 56:4 69:3
**powerless** 50:24
**practical** 51:16
**practiced** 73:9
**Practitioners** 65:25
**pre** 98:19 99:2
**precious** 69:15
**predecessor** 75:22
**predictions** 10:1,4
**preexisting** 59:12
59:15
**preference** 17:13
**prejudgment** 53:15
53:18 72:18
**prejudiced** 42:17
43:2,4 44:23
71:13
**preliminary** 40:7
78:11 80:8
**preparation** 125:24
**prepared** 11:11
20:15 95:16
101:12 125:22
**prepped** 133:11
134:1
**prescription**

123:21
**prescriptions** 14:17
**presence** 71:4
89:17
**present** 60:1 61:22
121:9,10
**presentation** 57:17
57:24
**presented** 82:7
**presents** 109:16
122:9
**preserve** 3:17
**preserved** 2:25 3:3
**President** 70:7
**presiding** 2:2
**press** 21:16 67:24
68:24 69:3,5,12
69:15 71:23 72:12
72:13 75:7,12
81:14,18 82:12,13
82:18 87:25 88:10
88:24 89:1,4,10
91:2 119:20
**presume** 58:3
**pretty** 146:23
**pre-indictment**
40:21
**pre-sentence** 11:11
88:22 98:3
**pre-sentencing**
11:10
**primarily** 110:23
110:23 111:9,10
**primary** 93:8
110:25
**principal** 3:20
36:25
**principle** 9:9 57:25
**principled** 151:7
**prior** 14:21 89:14
89:20
**prison** 8:4 11:21
12:8 13:18 14:6
45:19 62:18 63:20
67:20,25 74:14,21
92:25 94:2 110:21
110:23,25 112:20

117:14 122:2
124:13 125:4,20
125:23 126:2,15
127:2 128:5,13,15
132:5,6 133:10,20
135:1,17 140:23
144:9
**prisoners** 9:22 62:4
73:18 106:25
**prisoner's** 117:2
**prisons** 9:16 10:8
10:22,25 11:3
13:1 14:2,3 15:3,9
15:16,17,23 16:1
16:6 17:1 60:21
61:1 62:3 63:2,3
64:3,11 74:1
110:20 125:6
142:2
**privacy** 93:3
110:23
**private** 29:15 75:8
76:8,11 77:23
92:12 110:16
**privilege** 43:24
93:15
**Prize** 70:7
**pro** 144:16
**probably** 10:7 11:5
14:10 26:17 46:11
55:25 60:4 68:11
84:25 88:5,6
94:11 96:9 110:24
122:5,13 123:14
124:15 130:15
138:22 139:25
149:8,14
**probation** 12:21
13:11
**problem** 12:14
15:10 16:4,9 27:7
29:1 60:22 65:6
102:11 105:12
109:2 129:4
130:22 132:12
144:15 145:18
152:4

**problems** 11:8,9
13:8 14:19 26:15
29:12 59:11 63:15
94:8 102:8 105:14
123:18 132:20
145:17 151:24
**procedural** 66:8
115:18
**procedure** 51:14
83:25
**procedures** 124:20
**proceed** 87:6,10
118:7
**proceeded** 126:10
**proceeding** 2:25
12:22 36:7 50:15
67:14 90:16 91:8
**proceedings** 1:22
72:13 123:25
154:6
**process** 11:11 14:5
44:19 50:25 57:20
**processed** 126:11
127:4,13 135:18
**produced** 32:25
**profession** 101:16
143:9
**professional** 12:3
56:25 103:17
125:21 126:23
133:11
**professionals** 64:1
**Profiles** 70:6
**program** 10:19,23
16:1 78:7 104:17
104:19
**projects** 28:23
**promise** 108:4
**promote** 69:25
87:5
**promoting** 70:13
80:14
**proof** 24:2
**proper** 38:21 99:12
99:16 106:14
**properly** 15:3,8
48:14 53:19

**properties** 95:14
95:16 139:3
**property** 21:21
**proportion** 18:5
**proposition** 51:7
**propriety** 89:24
149:12
**prosecuted** 35:1
**prosecution** 41:22
80:5 89:14,20
142:14
**prosecutor** 109:14
109:25 110:1
**prosecutorial**
109:8,17 110:5
**prosecutors** 15:18
20:3,6 33:23
41:20 43:11 67:19
75:21 76:4 81:22
88:13 89:12 90:8
109:7 120:8
131:18
**prosecutor's**
123:14
**protect** 21:21 103:7
**protector** 102:13
**proud** 139:7,8
**prove** 13:24
**proved** 34:6 36:3
**proven** 10:3
**provide** 16:2 25:10
52:15
**provided** 81:23
99:2
**providing** 25:12
**Prozac** 130:19,20
**prying** 110:15
**psychiatric** 13:10
61:9 94:7
**psychological**
145:18
**psychologist** 13:19
**psychology** 143:16
**public** 27:7 28:17
29:2,12,13,15,20
30:1 48:1,11,13
48:20,20 50:16,21

50:22 51:1,5
68:20 69:19 70:2
70:9,9,10 71:20
72:3 73:2 81:15
85:9 90:7 95:5
100:4,24 102:1,5
104:1,1 105:20
113:6,9,10,17
114:4,9,14,16,21
115:6,23 116:1
127:15 149:3,3,15
**publicity** 52:21
125:16 127:5,7
**publicize** 76:10
**publicly** 71:4 76:19
**public's** 80:14
**publish** 77:4 91:12
**published** 93:12
106:22 131:16
**publishing** 92:5
**Pulitzer** 70:7
**pull** 15:15,16 35:11
35:13,13 129:24
138:19
**punched** 125:18
**punish** 107:8
**punished** 29:4
**punishment** 35:23
39:4 48:19 107:17
125:17 135:2,2,11
**purpose** 2:9 3:4
25:11,25 99:15
135:1
**purposes** 4:13,17
66:10
**pursue** 52:2
**put** 4:11 15:25
17:12 23:6,9 34:3
50:19 63:20 74:12
75:25 79:12 82:4
82:20 89:9 90:8
94:15 104:10,25
106:13 109:21
112:19 113:3
117:1,21,22
125:10,11 129:17
131:18,19 135:5

135:19 141:18
142:21 146:8
**puts** 88:2 136:12
144:18
**putting** 47:5 63:9
78:9 94:9 122:24

**Q**

**quality** 96:4 104:2
**quarter** 21:18
27:14
**question** 3:21,24
6:14 8:17,25
19:20 21:11 22:20
22:23 29:5,7
31:16,19 54:1
60:5 65:21 76:1
86:9,13,21 88:9
88:24 89:8 95:21
97:2,3,5,10
109:19 113:17,25
150:7,16
**questioned** 13:18
**questioning** 60:9
90:2
**questions** 18:1
33:11 117:9
**quibble** 28:25
**quick** 5:9 77:16,17
**quickly** 50:10
51:11 74:19
101:14
**quiet** 127:19
**quite** 11:1,12 32:18
57:20 59:9 63:21
70:1,14 72:2,8
78:6 95:9 97:20
106:1
**quote** 103:5
**quoted** 49:18

**R**

**R** 154:1
**race** 140:9
**radio** 134:3
**raise** 31:7 40:16
97:12 138:17
**raised** 7:8 40:18,20

109:3 138:15
**raises** 67:25
**ran** 46:12 108:5
115:12 138:13,13
139:15
**range** 36:6 37:15
38:8,11 39:16
59:24 101:10
104:7,8 106:25
113:21,24
**rap** 134:14
**rape** 94:20
**rarely** 31:25
**RAS** 123:13
**rationale** 50:19
**RDAP** 10:19 16:1
63:24 64:5,7 78:8
124:20
**reach** 100:16 116:1
**react** 89:10 115:23
**reacted** 18:3
**reacting** 18:3
114:10
**reaction** 72:11,11
74:17 75:12 97:15
**read** 36:14 60:4
68:21 69:11 78:16
84:25 92:6,7
93:17,20,22 100:3
100:6 101:19
105:21,25 106:1,5
106:19 107:11,17
110:4,11,14
122:20 142:7,10
142:10,23 152:14
**readers** 81:21
**readily** 13:20 83:10
83:23
**reading** 46:23
62:24 95:17
100:23 110:12
131:10,14
**ready** 13:25 14:6
149:8 153:19
**real** 20:8 83:5
95:25 152:5,5,8
**realities** 144:21

**reality** 145:3
**realize** 50:7 58:12
151:1
**realizes** 47:19
**really** 5:9 8:5 10:18
18:7 19:23 23:15
24:5 28:17 32:19
34:21 47:18,19
49:24 51:9 55:19
56:10 66:9 67:3
73:12 85:3 92:13
97:1 103:14 106:3
106:3 107:16,19
121:20 152:9
**reap** 85:18
**reaping** 86:1
**reason** 10:23 12:18
12:19,20 15:13
23:25 29:15 35:22
37:22 39:16 53:2
73:7 76:15 78:7
109:23 110:25
114:17 120:15
125:12,13,17
132:20 150:25
**reasonable** 20:3,6
24:3 58:4,11,12
**reasonableness**
83:11
**reasons** 49:17
56:23 100:22
109:7
**rebuttal** 108:8
**recall** 26:4
**recalls** 137:10
**received** 12:19
28:24 61:18 82:9
82:10 102:20
**Recess** 116:18
**recidivism** 45:17
**recipients** 122:7
**recognize** 57:25
**recognized** 60:22
140:3
**recognizes** 54:17
**reconsider** 53:13
**record** 2:20,22 4:11

60:13 61:24 64:15
83:8 95:5 96:17
97:14 109:22
112:13 138:14
140:16
**recorded** 1:22
**recording** 1:22
154:5
**records** 7:21 11:13
12:20 138:15
**recover** 26:25
33:17 51:25
**recovered** 52:7
**recovery** 52:2
**reduced** 48:18
**reelected** 28:20
140:8
**refer** 105:5
**referees** 123:4
**reference** 105:23
**referenced** 40:6
**referendum** 21:20
**referred** 42:14,16
42:18,18 43:25
120:10,12 140:25
**referring** 99:10
**refers** 75:21 97:8
**refill** 63:15,18
120:1,2
**reflect** 18:13
**reflects** 18:17
**refuses** 22:2
**regard** 19:23 64:5
112:25 113:1
**regarding** 38:16
120:6
**regardless** 3:20
143:8
**region** 1:23 124:25
125:1
**regret** 84:1 147:2
**Regrettably** 126:14
145:11
**regular** 136:10
**regulations** 144:3
**rejected** 96:9
108:16 110:1

**relate** 19:12
**related** 5:20,20
19:6
**relating** 21:20 46:9
59:19
**relatively** 6:13 7:4
**release** 87:25
**relevance** 111:23
**relevant** 3:3,17
65:6 111:18
**relied** 16:13
**relive** 18:22
**reluctantly** 152:20
152:22
**rely** 40:19 87:8
**remand** 100:15
**remarkable** 34:17
35:10,15 97:7
**remarks** 2:6 8:8
42:10 52:25 75:2
**remedy** 15:24
**remember** 22:3
71:9,14 78:1
90:11 94:5 101:14
101:15 105:6
125:25 126:16
139:10 144:25
151:17 153:9,13
**reminding** 89:20
**remodel** 137:21
**remorseful** 54:17
**remotely** 41:1
**removed** 46:25
**Rendell** 101:15
102:24 103:5
105:9
**rendered** 24:15
**renew** 63:5
**rent** 96:3 137:22
**repaired** 32:3
**repay** 52:11
**repeatedly** 35:25
55:14 91:4
**repetitive** 56:20
**replaceable** 143:20
**report** 11:11,21,22
11:25 12:1,8

29:13 95:9,9,11
98:3,20,24 99:1,2
99:3 138:7
**reported** 8:4 12:9
12:12
**reportedly** 39:25
**reporter** 76:10
89:22
**reporters** 74:17
**reporting** 1:23
69:17
**reports** 64:8
**represent** 44:7
51:24 110:18
144:10
**represented** 44:6
47:2
**represents** 122:5
122:13
**Republican** 104:22
147:10
**reputation** 52:22
103:3
**request** 7:19 12:8
57:15 59:20
**Requip** 130:20
**require** 58:4 64:6
**required** 61:4 64:6
**requirement** 29:19
**requires** 53:10
58:18 59:18
**requiring** 29:18
**research** 4:3 12:3
98:10
**resentencing**
112:15
**resorted** 124:6
**resounding** 107:6
**resources** 15:21
41:7,19 87:17
109:10
**respect** 4:10,25 6:2
8:2 9:12 10:9,11
15:15 19:7 20:9
22:9 24:22 36:2,2
39:4 59:9 69:25
70:13 75:20 80:14

87:5 115:9
**respectful** 84:8
**respects** 10:7 48:24
**respond** 20:4 36:15
**responded** 38:15
**response** 13:11
49:22 147:4
**responsibilities**
22:6
**responsibility** 53:3
**responsible** 63:9
**rest** 68:21 77:25
102:13 117:21,22
**restitution** 3:13,20
5:9 6:15,16 7:2,6
7:12 52:25 53:3,8
53:10,11,18
140:24
**restitutions** 141:14
**restless** 61:6 130:9
**restore** 52:22
102:24
**restoring** 103:13
**result** 29:9 36:22
49:16 52:23 62:21
106:4 109:12
114:12,22
**resulted** 89:15
100:15
**results** 49:21 55:25
56:2 103:24
**retained** 14:4
**retrial** 71:19
**retrospect** 55:23
146:7 148:1
**retrospective** 14:14
**return** 85:17
**returned** 24:17
**returns** 29:14,14
30:1,5 140:9
**revelations** 90:24
**revenge** 47:12 48:8
55:15
**revenue** 31:7 96:17
**reverse** 81:19
**reversed** 71:12
**reviewed** 78:14

**revitalization**
95:12
**revitalizing** 96:5
**Revolution** 137:1
**reward** 27:9
**rewards** 28:19
85:18
**rewrote** 151:17
**Rhapsody** 134:16
134:18
**rhetorical** 97:2
**rich** 87:14
**Richard** 71:15
**Rick** 50:6
**rid** 90:21 138:21
**ridicules** 56:16
**right** 2:17 3:7 4:4
6:2 17:24 18:16
21:3,7 26:9,11,19
33:24 44:12,17,18
44:19,19,21,22
45:5 46:4 53:9
59:6 64:12 65:18
65:20 69:15 70:4
71:6 77:10 78:20
81:24 83:16,18
85:8 86:12 89:3
90:6 91:19 92:22
99:21 100:17,20
103:3 108:18
111:11 115:10
117:2,24 118:13
122:12,17 133:13
144:8 151:16
152:24 153:6,6
**rightly** 76:15
**rights** 44:4
**rigor** 66:8
**rings** 127:21
**rise** 2:1 116:19
**risk** 48:17 109:14
109:16
**Rittenhouse** 1:17
**Ritz** 136:9
**river** 102:19
**road** 66:21 67:5
**robbed** 21:4

**Robert** 1:11 105:23
**rode** 129:15
**rods** 61:5
**role** 64:10 121:1
123:3,3
**rolled** 67:6
**Ronald** 1:8 2:2
**room** 15:18 74:13
127:15
**rough** 62:11
**roundly** 39:2
**row** 90:15
**Rubin** 24:8 78:22
88:16,21 89:1
**rule** 137:9,10,13
150:22
**ruled** 3:15
**rules** 29:20 56:8
88:18 89:4 137:10
150:19
**ruling** 3:16,25
**rulings** 3:8
**run** 21:15 27:24
60:12 115:13
138:20 139:13
143:3 150:9
**running** 80:2
101:21 138:7
**runs** 58:2
**run-ins** 26:15
**Rush** 103:21
**Ruth** 30:11 46:2,7
46:14,15,18 52:6
79:1
**Ruth's** 46:20
**R&D** 129:10
**R2D2** 105:5

─────────
**S**
─────────

**sacrifice** 113:8
**sacrificed** 90:4
**sad** 146:23
**safe** 136:2
**safety** 85:22
**sags** 133:24,24,25
**sake** 92:12
**salary** 46:16 96:13

104:13
**salutary** 69:21
**Salvatore** 151:21
**Sam** 71:8,9
**sample** 66:5
**SAMUEL** 1:18
**sandals** 146:3
**sat** 42:14 54:20
118:9 133:18
**satisfy** 87:17
**save** 139:12
**saw** 3:22 12:10
13:13 14:8 32:8
37:7 40:17 42:23
63:6 68:24,25
71:24 76:25 79:5
81:10 90:25
123:12,13 129:2
142:23
**saying** 61:20 62:23
78:3 80:11,23
86:13 87:15 97:21
101:15 104:8
108:15 110:17
115:16 127:12
129:10 134:1
137:5 139:11
140:19 142:25
152:21,23
**says** 6:21 13:6,8
22:18 24:4 44:3
46:3,8 53:5 55:5,7
55:9 62:20 64:15
75:18 76:12 77:18
79:22,22 80:7
85:3 86:15,18
87:20 90:21 93:19
94:25 95:9 96:18
97:7,21 98:24
105:1,2 108:16
112:14 115:8
116:2 129:11
152:10
**scandal** 95:13
**Scandone** 47:10
**scared** 125:20
**Scary** 129:17

**schedule** 153:18
**scheme** 7:5 9:2,5
54:14 85:11 122:4
**School** 139:8
**schools** 95:13 138:6
**Schuylkill** 73:16
**Schwartz** 78:17,19
79:23
**Schwartzman**
46:25
**scope** 39:11
**scorecard** 139:10
**scores** 46:22
**scrap** 78:14
**scratch** 53:14
**screed** 90:20
**scum** 46:4
**sea** 66:5 82:19
**sealed** 88:15
**Seaport** 4:20 31:1
31:21,24 52:20
**search** 35:4,7,9
93:2,3,4
**searched** 125:9
126:11 129:11
135:19
**seat** 90:15
**seated** 2:3,5 78:20
116:21
**second** 16:13 17:7
109:13 110:9
121:6
**Secondly** 121:5
**secrecy** 88:17
**secretaries** 147:21
148:14
**secretary** 77:21
**Section** 36:25
**securities** 37:24
**security** 92:25 93:6
94:2 110:24,25
**see** 6:25 7:9,14
15:19 18:15 19:10
19:15 27:3 30:2
40:17 41:24 45:21
50:7,11,22 70:22
72:22 73:16 78:16

79:21 80:2 81:7
83:6,6 88:6 99:17
106:25 107:18
111:17 125:7
126:15 127:1
129:6,10 135:8
138:5 141:24
144:23,24 152:10
**seeing** 61:12
**seek** 82:5
**seeking** 80:4
**seen** 10:5 11:4,4
13:2 18:4 34:24
38:25 55:4 70:21
82:6 123:11 128:5
131:19 132:25
133:1,2 137:13
141:17 143:2,10
144:16
**sees** 83:5
**segments** 135:24
**selective** 69:16
**selfish** 140:18
**self-inflicted**
106:15
**self-serving** 12:4
15:11
**selling** 67:23 85:21
141:5
**senate** 4:18 5:20
20:1,21 21:5,6,21
22:23 24:14 25:6
30:20,20 31:10
48:25 55:13 86:6
87:17 94:15 99:12
120:13 123:2
137:22 149:22
150:9,17 153:4
**senator** 21:19
103:22 104:3,4
114:1,11 120:9,10
120:11 122:5
139:10,21 149:4
149:10,15 150:22
151:3,21 153:7,11
**senators** 120:25
139:19,22

**send** 49:6 69:9 94:8
**sends** 62:23
**sense** 62:14 72:5
74:25 75:3,6,24
94:17 132:13
**sense-of-outrage**
76:9
**sensible** 71:22
**sensitive** 126:3
**sent** 18:10 19:25
33:3,4 132:4
**sentence** 5:7 9:25
14:9 18:3,5 19:18
19:20 36:11,24
37:16 38:3 39:14
49:7,8,16,20 50:7
50:8,9 53:22
54:15 56:13,22,23
56:24 57:21 58:23
59:24 66:13 67:16
67:17,24 69:24
70:12 72:19,22
73:7 74:24 80:20
81:19 82:11,14,15
82:17 83:9 84:11
84:12,17 85:4
87:4 98:20 99:3
109:4 110:2
114:12,15 115:22
117:6 127:25
128:25 132:7
140:23
**sentenced** 15:5
85:4
**sentences** 37:11,14
49:10,20 58:5
113:24
**sentencing** 1:8 2:13
5:12 9:8 10:20,21
12:22 14:21,24
16:18 17:8,16
19:19 36:21,22
37:7,10 38:13
39:1 44:13 50:15
53:12,20 54:12
55:18 59:17,18,23
65:22,24,25 68:14

68:23 69:21 71:6
72:3,11 79:1,3
81:14 82:21 83:2
83:9 84:10 107:6
108:22 114:25
116:5 122:24
124:16 153:18
**separate** 20:2
151:19,24
**separated** 75:10
**SEPTA** 47:1
**Serafini** 99:23,24
100:3,6,11
**series** 71:15
**serious** 35:23 47:18
48:18 49:11 59:17
60:18,20,22,23
61:6 68:1
**seriously** 63:4
**seriousness** 23:16
37:22
**servant** 149:15
**serve** 25:9
**served** 85:16
104:20,22 120:17
120:20
**service** 99:17 102:6
113:9 138:19
149:3
**services** 25:10,12
25:18 52:16 95:25
98:15 99:16,20
**serving** 25:22
128:2,4
**session** 2:2 116:20
**set** 24:25 47:25
79:18 145:24
**sets** 98:4
**setting** 30:15,17,17
48:2
**settle** 46:22
**settlement** 77:6
78:25
**seven** 47:23 129:23
131:4 139:18,23
**seventeen** 49:13
95:4 123:1 138:9

**seventy** 107:13
**seventy-five** 56:12
**seventy-four** 39:17
**severally** 5:15,16
6:7
**severe** 14:25 18:7
38:24 39:4 53:24
61:3
**severity** 17:4,21
18:7,20 20:14
39:3 53:23 65:3
**shackles** 136:6
**shake** 11:7
**Shakespeare** 106:6
149:20
**shambles** 26:24
138:5
**shape** 9:22 16:21
152:3
**sheets** 150:14
**Sheppard** 71:8,9
71:18
**she'll** 129:5
**shirt** 130:25
**shit** 46:6,20
**shoe** 119:24 128:18
129:17
**shopped** 121:11
**shore** 21:20 27:21
27:24 28:6
**short** 67:22 78:13
116:11
**shortcut** 64:4
**shortly** 79:2
**short-term** 96:2
**shotguns** 135:15
**shoulders** 123:5
**show** 15:9 104:11
**showboating** 68:7
**showed** 34:9 107:3
**shows** 13:14 16:1
24:22
**shred** 14:16
**shut** 122:25 134:21
**sic** 131:17
**sick** 62:22 94:7
**sicker** 9:6

**Sickler** 14:5 125:22
**side** 52:20 69:13,14
69:15 88:22
**sides** 66:24 137:8
**sidewalk** 22:5
77:19,25 86:20
**sideways** 85:24
**significant** 4:3
32:19 36:8 48:14
49:25 50:8 65:14
66:16
**signs** 61:13
**silly** 139:16
**Silverglate** 142:4
**similar** 49:10
**simple** 59:9 133:18
**simply** 9:9,23 12:4
15:1 16:13 36:19
39:7 40:16 66:3
90:10
**Sinatra** 134:23
**single** 11:19 114:5
114:5,6
**sink** 129:23
**sit** 70:18,18 117:4,4
**sitting** 16:21 56:2
128:6
**situation** 107:20
141:13 152:16
**situations** 62:25
132:20
**six** 33:25 43:7 98:4
129:22,24 131:20
139:20
**sixty** 37:16 143:3
**sixty-day** 11:22
**sixty-eight-year-...**
62:15,16
**sixty-five** 38:17
144:19 145:1
**size** 88:15
**skill** 144:2
**Skilling** 142:9
**slap** 73:6 74:23
140:24
**sleep** 61:8 130:21
133:23

**slight** 64:14
**slightly** 56:20
  108:6 153:18
**slot** 136:12
**small** 4:15 6:13 7:4
  28:13 74:14
  113:11
**smart** 89:12
**Snyder** 149:5,15
  151:3 153:7,11
**social** 124:3,5
**society** 27:9
**soft** 142:5
**soft-on-crime**
  142:18,25
**sold** 86:15 130:24
  130:25 141:12
**sole** 12:1
**solely** 83:8
**solicited** 14:13
**Solicitor** 81:21,22
  81:24
**solitary** 125:12,17
**solve** 132:14,19
  144:16 151:24
**solved** 144:16
**somebody** 37:23
  42:4 45:18,19
  54:23 55:5 67:9
  72:15 88:2 107:8
  116:14 128:7
  137:23
**somebody's** 110:15
**someday** 55:3
**someone's** 45:9
  88:19
**somewhat** 106:5
  110:14
**son** 126:2,9 145:6
  146:2
**soon** 90:14
**sooner** 144:22
**sophisticated** 3:5
**sorry** 17:10 83:23
  118:18,18,19,21
  122:18 135:12
  136:20 147:4

**sort** 6:8 8:18 39:11
  41:1 42:2 43:21
  98:22
**Sotomayor** 84:9
**soul** 131:24
**sound** 1:22 61:6
  151:11,14 154:5
**source** 79:4
**sourcing** 32:23
**South** 25:24
**so-and-so** 128:8,8,8
**so-called** 142:18
**Spagna** 21:17
  121:17
**span** 104:2 105:19
**Spano** 51:4
**speak** 3:24 45:8
  104:8 110:11
**SPEAKER** 141:2
  142:12
**speaking** 72:4
  106:7
**speaks** 140:16
**specific** 48:9 64:21
**specifically** 78:23
  79:15
**spend** 15:13 20:11
  22:8 23:8 24:5
  30:9 32:3 73:19
  139:23 145:5,8
**spending** 30:14
  73:23 141:25
**spends** 113:8
**spent** 23:3 43:2
  51:20 71:18
**spin** 86:19
**spitting** 22:5 77:19
  77:25 86:19
**split** 6:4
**splurge** 32:1
**spoke** 150:23
**spoken** 29:11
**spotlight** 14:11
**Sprague** 47:10
  123:12
**spree** 8:9
**stab** 47:5

**stabbed** 47:1,8
**stability** 103:13
**stabilized** 95:20
**stable** 9:18
**stadiums** 140:2,3,5
**staff** 14:7 25:9
  28:19 32:23 33:2
  33:22 46:12
  102:21 126:21
  137:8 150:25
**staffer** 94:8 102:6
  103:16
**staffers** 87:17
**stage** 40:21 60:25
**staggering** 72:23
  104:9
**stances** 102:4
**stand** 16:12 18:1
  33:25 45:22 47:5
  69:14 79:16 85:24
  146:13 151:7
**standing** 102:4
  145:16
**standpoint** 123:10
**starstruck** 117:21
  117:24
**starstuck** 117:23
**start** 7:15 20:21
  110:12 136:18
  144:20
**started** 36:6,20
  41:11 66:20 95:2
  121:11 148:19
**starting** 36:9,9 84:7
**starts** 69:4
**state** 21:8,9 22:7
  27:4,11 52:1 73:9
  87:9 103:18 114:1
  147:17,17,18
  148:7 151:19,24
**stated** 2:23,24 71:4
  116:7
**statement** 25:15
  117:7
**statements** 49:3
**States** 1:1,2,9,12
  36:24 38:14 71:1

  71:2,5,12 75:22
  80:3 82:22 84:4,5
  99:25
**Station** 102:18
**statistics** 49:18
  144:9
**statute** 6:15,21
  57:19 59:14,17
  65:2
**statutory** 6:14
**stay** 64:23 144:6
  146:16
**steal** 23:22 28:15
  56:9
**steals** 113:19
**step** 57:20
**steps** 89:3,7,8
**Stewart** 136:5
**stick** 87:24
**stint** 60:15
**stir** 114:4
**stole** 22:10 24:13
  28:9,12 31:14
  51:25 56:11
  130:24
**stolen** 51:24 130:25
**stood** 101:20
  109:24 123:2
  125:4 149:19
**stools** 133:20
**stopped** 41:10
**stories** 14:1 34:2
  128:21
**story** 13:3 75:14
**straight** 128:12
**straightforwardly**
  60:21
**straight-up** 153:12
**strategic** 95:11
**strategically** 95:17
**strategies** 138:25
**strategy** 96:4
**stream** 118:14
**street** 1:12,15,19
  1:24 16:22 85:17
  96:4
**streets** 95:23

  138:12
**stretch** 70:23
**strict** 150:12
**strike** 122:10
**striking** 116:4
**strip** 125:7 127:14
  129:11 135:18
**stripped** 125:8
  126:11
**strong** 91:11
**strove** 82:3
**struck** 40:17 81:6
  105:22 109:3
**structured** 121:1
**struggled** 52:21,22
**struggling** 32:10
  52:14
**stuck** 145:7
**student** 104:18
**study** 18:13 102:8
**studying** 36:22
**stuff** 17:19 47:2
  55:22 90:1 92:12
  95:14,23 98:18,24
  122:1 130:24
  136:15 145:18
  146:17 147:13,25
  148:19 149:2
**stuffed** 86:14
**style** 149:13
**subject** 7:16 10:17
  35:6 58:10 70:3
  76:13 84:2 86:20
**submission** 37:9
  49:24 53:17 54:4
  107:18
**submissions** 4:16
  36:10,14 47:17
  114:7
**submit** 17:2 65:13
  66:15 101:4 114:3
  123:16
**submitted** 8:1
  10:21 12:6,16
  14:20 84:20 125:1
**submitting** 148:10
**subpoena** 32:21

34:3,5
**subpoenas** 34:15
35:7,8,11
**subsidiaries** 30:4,7
96:1
**substance** 10:13,15
11:16 12:14 13:7
13:20,21 15:10
16:25 20:12 26:14
**substances** 11:17
11:24
**substantially** 67:25
85:12
**substantive** 17:18
17:23 19:21 83:10
**successful** 56:5,7
**successfully** 33:18
**sudden** 15:7,9
124:24
**sue** 69:9
**suffer** 136:1
**suffered** 9:1 106:4
106:16
**suffering** 14:23
62:25
**suffers** 9:3 60:24
**sufficient** 57:21
58:1,8 69:2 94:4
**suggest** 6:6 18:6
54:6 80:17 107:2
**suggested** 42:3
115:12 117:20
**suggesting** 12:7
23:17 58:7 92:22
115:3 147:23
**suggestion** 114:4
**suit** 17:15
**Suite** 1:20,24
**suits** 16:21
**sum** 95:18,18 107:2
**summaries** 101:13
101:24
**summary** 19:2
**summer** 82:11
**Sunday** 90:12
**superlatives** 70:15
**super-max** 135:14

**supplement** 27:20
29:16
**supplied** 25:10
**support** 27:4 67:3
102:20 151:6
**supported** 15:11
**supporter** 31:24
**supposed** 34:11
82:14,15 112:11
126:5 143:23
**Supreme** 44:17
57:18 58:2 71:12
82:22 84:4,6,16
109:23 110:2
112:13,14
**sure** 14:17 23:2
41:15 46:15 61:15
66:24 68:6 69:8
79:24 80:17 86:9
87:12 89:19
116:25 118:3
149:4
**surely** 67:10
**surprised** 40:17
**surprising** 37:19
38:1
**surreal** 129:15
**surrounded** 46:4
**surrounding** 71:13
**surveyed** 11:12
38:13
**survive** 52:15
**suspect** 46:6
137:16
**sustain** 15:1 60:14
**sympathy** 16:20,24
**symposium** 71:6
**syndrome** 61:6
**system** 43:10 50:17
73:10 92:9 119:6
132:24
**systematic** 55:12
**systematically** 33:6
**systems** 10:25
150:13

———————
**T**
———————

**T** 154:1,1
**table** 37:25 38:16
50:2
**tables** 66:12
**tablets** 63:5
**tailor** 84:10
**take** 14:24 21:19
25:3 26:25 28:3
31:5,6 32:4 33:15
42:10,13 50:22
51:19 57:8 63:4,5
63:12 67:20 68:11
69:24 71:20 77:17
79:16 80:6 81:10
95:5 106:21 108:3
112:3 114:3
121:21 122:16
124:4,11,22 129:7
129:11 153:16
**taken** 21:2 39:25
60:23 65:9 66:21
69:18 72:24 76:15
82:20 86:10 88:22
96:13
**takes** 23:8 31:15
47:14 54:25 63:24
84:12 129:10
144:16
**talk** 7:2,12 10:12
12:4 17:4,17,19
17:21 18:8,22,24
20:12 25:5,6 36:4
40:21 45:23 48:1
48:10 50:13 52:25
54:5 59:7 67:21
72:12 73:24 76:19
79:10 81:7 86:1
87:12 93:21 102:3
102:8 110:10
117:5,5,18 129:4
132:15 136:15,17
137:6 146:17
**talked** 11:14 25:5
34:13 48:11 52:1
52:18 78:14 86:11
89:22 94:20 99:12
101:18,19 109:13

122:23 129:15
130:17 133:11
139:1 142:6
149:20,20
**talkers** 102:7
**talking** 5:19,22,23
7:15 18:21 23:15
45:4 46:7 48:9
52:9 73:25 74:6,7
74:18 75:13 77:19
77:21 79:3,18
81:20 84:21 87:21
90:19 99:20 100:4
100:9,10 102:2
104:15 146:4
**talks** 22:11 40:24
55:6 95:11,16
96:6 102:20
103:12 107:12
**tallest** 104:6
**tampered** 83:10
**tangent** 106:22
**tank** 106:24
**tape** 89:22 90:24
**target** 88:19,25
89:1
**Tartaglione** 139:21
**task** 65:3 88:7
**Tasker** 77:22
**taught** 121:20
**tax** 22:7 29:13,14
30:5,12,14 113:20
**taxes** 29:18,19
**taxpayer** 24:4
32:11
**taxpayers** 21:2,4
22:9 23:17 25:22
29:16 51:1
**teach** 136:23
143:21
**teaching** 58:3
**teachings** 57:18
**tears** 126:18
**technical** 55:6 56:8
56:17
**television** 71:15
128:21

**tell** 8:16 13:25 14:2
18:20 44:24 70:9
76:10 77:3,5
81:25 86:21 87:19
88:19 89:2 98:8
98:17 105:11,11
105:12 108:12
112:1 117:24
124:19 141:22
**telling** 33:22 34:2
55:19 98:20
122:10 142:1
147:1,12
**tells** 2:14 13:3
15:14 24:21 31:11
32:15 38:2 59:8
62:14 75:9
**temperate** 68:9
87:23
**ten** 37:3,5 38:12,22
57:18 71:18 98:15
101:23 110:20
138:15 141:23
**tenants** 96:4
**tender** 93:18
**tenth** 37:17
**tenure** 114:18
**term** 40:1
**terms** 5:11 41:20
57:22 58:9 73:4
75:23 80:13,18
81:15 82:20 84:21
85:9,13 87:4,24
94:24 95:2 96:11
96:14 98:2 100:4
100:25 101:8
102:1,11 106:16
107:15
**terrible** 15:10,24
16:20,24,25
**terrific** 73:1 126:25
127:1 128:25
**terrorist** 135:13
**test** 13:23
**tested** 14:10
**testified** 33:10
50:21 60:21 61:12

99:6,7 101:7
137:3
**testifies** 33:25
63:21
**testify** 9:12 50:18
54:21 61:1 101:6
139:21
**testifying** 33:21
45:23
**testimony** 7:20
11:13 34:6,20
96:9 98:9 105:10
123:14 124:2
**Thank** 4:8 56:25
57:2 66:17 107:23
107:24 108:7
110:8 115:20
116:8,9,16 118:8
146:14 153:20
**thanked** 126:18
**theft** 66:6
**theme** 87:7
**then-Governor**
102:15
**they'd** 89:17
**thief** 32:13,14
**thing** 6:8 7:5 8:5
15:19 16:16 19:22
22:11 29:21 30:19
33:7 42:8 43:21
51:10 52:9,24
58:17 61:7 63:6
73:13 80:24 92:13
98:6,15 103:3
114:10 115:24
117:18 122:12
124:1 127:3 128:6
129:1,16,25 131:5
132:5 133:10,12
135:4 141:15
142:25
**things** 2:23 11:4
14:15 28:2 29:23
30:18,22 45:24
47:15 48:6 52:20
53:23 55:21 59:10
60:24 68:8,10,12

69:10,23 70:19,20
70:21,25 71:21,24
75:9 76:6 81:4
84:22 87:3,21
91:20 92:6,6,14
93:19 94:18 95:3
95:3 96:7,24 97:1
97:2,7 98:1,19
101:7,17 102:8,21
102:24 104:14
106:13,18,19
112:19 113:6,10
113:16 114:2,11
117:8 122:19,20
128:16 132:1,10
132:21,22 133:17
134:1,2 135:5
138:21 139:16
140:7,12,14 147:7
148:5,15 149:21
152:18,18,21
**think** 2:7,9,10 4:4,5
4:21 5:10,12,13
5:18 6:5,10 7:22
8:15 19:16,16,17
19:18 20:2 24:21
25:14 30:13 31:19
31:21 32:18 39:17
40:8 43:16,17
51:13 57:17 58:6
58:8,16,17,19
60:21 62:9,13,22
63:10 64:20 68:1
76:14,14 78:9
83:25 97:5 99:9
102:15 105:17,22
106:13 108:11,12
109:14 115:11,14
115:17 119:6
120:14,17 121:24
123:1 125:16
126:21 131:19
134:14,25 136:5
137:24,25 138:7
140:25 142:8
144:9,14,15,15,19
144:22 145:22,23

146:9 147:13,13
147:17,24 148:6
149:7,25 151:21
**thinking** 6:3 7:1
28:11 50:19 87:20
90:9,10 109:11
133:17
**thinks** 31:23 34:14
42:4,5 48:8 54:23
55:16 107:12
119:11 133:11
134:2
**think's** 7:10
**third** 3:1,9,14 5:1
35:12 57:20 77:23
81:18 82:25
100:14 113:2
122:20 123:8
**thirteen** 38:5
135:16
**thirty** 41:18 98:16
**thirty-seven** 85:11
**thirty-some** 130:15
**Thomas** 103:15
**Thornburgh**
102:15
**thought** 4:4 6:3,22
8:18 20:11,13
38:19,23 55:22
70:17 77:11,18
80:21 82:1,2,16
86:14 93:23 96:25
97:1,2 104:4
105:25,25 106:6,7
118:9 122:3
133:22 137:20
145:15 146:8
**thoughts** 75:8 76:2
76:16 81:10
**thousands** 9:13,22
21:13
**threatening** 69:9
**three** 14:22 103:16
141:6 142:3 144:9
153:19
**threw** 128:24
**throw** 141:19

**tie** 41:7
**tighter** 152:16
**till** 67:18
**time** 2:7,11 11:9
12:7 15:13,19
20:11 21:8 25:15
30:13,14 35:3
37:4 38:5 40:2
50:18 55:22 56:7
57:13 66:20 68:23
69:8 70:18 72:3
73:9,18,19,23
74:20 76:25 78:13
79:12 80:24 82:7
82:8 83:6 85:16
90:18 98:14 101:8
101:21 102:1
104:9 105:3,22,25
106:14,21 107:5
107:17 113:4
116:9 117:8,10
118:24 120:14
122:14 123:6
124:11 125:20
126:11 127:20
128:4,18 129:17
131:5,11 135:25
136:22 139:10,12
139:16 140:17
141:5,12,15
144:18,20 145:5,8
145:15,20 146:22
148:7,16 150:13
152:17,17 153:17
**times** 37:2,14 38:2
47:23 103:24
105:3 123:25
124:7,13,14 125:8
128:2 132:25
142:7
**time's** 2:11
**tired** 125:2
**tirelessly** 103:7
**titanium** 61:5
**today** 2:13,13 9:15
26:23 42:9 67:12
67:17 68:9 75:2

94:22 96:23
118:10,18 124:15
125:3,8 138:3
140:19 141:18,22
145:13
**togas** 146:3
**toilet** 129:23
**told** 8:10,11 12:12
12:20 13:1,20
16:14 36:17 52:4
70:24 110:19
120:14 122:25
129:13 133:12
145:20 146:22
**toll** 72:25
**tones** 78:4
**Tony** 134:23
**tool** 58:22,25
**tools** 96:7,18
137:19
**top** 37:25 74:21
**total** 53:16 106:25
107:2,4
**totally** 70:17
115:17
**touched** 142:2
**tough** 8:17 93:22
126:6 146:2
**toughest** 122:8
**tout** 65:22
**town** 105:3
**toxicology** 13:23
16:8
**Toys"R"Us** 121:12
**tragedy** 106:3,6
**train** 47:13
**trained** 48:6
**training** 143:12
**tranquilizers** 13:21
**transcriber** 154:3
**transcript** 1:8 2:24
154:4
**transit** 135:22
**transitional** 96:5
**traumatic** 125:20
**travel** 118:21
**travels** 135:14

**tray** 136:13
**Treacy** 103:25
**Treasury** 27:4
**treat** 14:18
**treated** 11:18 14:15
  14:15 60:13,18
  61:13
**treating** 13:6 15:8
**treatment** 10:6
  13:22 17:2 61:18
**tree** 104:6
**tremendous** 81:1
**trial** 16:16 19:1
  22:4 24:15 26:12
  27:6 32:25 33:24
  34:6 41:4,4,11
  44:20 45:23 47:2
  55:14 67:6 72:14
  73:16 80:25 83:1
  83:4 88:7,8 90:11
  90:18 104:23
  105:10 109:15
  123:4 139:1
**tried** 15:15,16
  21:23 37:11 40:23
  40:23 49:23 64:8
  74:16 111:13,14
  111:18 114:4
  118:10 139:15
  143:2
**trip** 28:3 119:1
  135:12 136:7
**trips** 32:1
**trouble** 26:5 150:1
**trove** 75:4
**true** 11:2 24:5 26:7
  39:5 71:24,25
  72:3 80:13 81:7
  81:14 111:4
  138:18 154:4
**Truly** 91:3
**trust** 48:20,21 51:1
  86:18 104:20,23
  113:20 123:6
**trusted** 141:23
**trusting** 46:5
**truth** 12:25 16:20

55:12 77:3,5
  122:10,17 147:1
**try** 2:9 15:21 16:3
  19:13 26:25 27:1
  41:24 50:18 53:2
  68:9 82:9 120:8
  128:12 139:23
  140:8 143:21
  152:18
**trying** 8:13 49:3
  51:12 52:15 60:8
  60:9 69:6,21,23
  70:1,11 81:16
  102:24 115:11
  126:23 130:5
**tu** 47:9
**turn** 57:8
**turned** 76:16
**twelve** 36:25 37:13
  37:14 38:5,11
**twenties** 143:10
**twenty** 98:15 121:8
  144:23
**twenty-five** 142:1
  144:11
**twenty-four** 38:19
  135:21
**twenty-one** 49:13
  152:1
**twenty-seven** 34:12
**twenty-six** 39:15
  128:2 130:14
  133:19
**twenty-two** 135:20
**twice** 134:25 135:8
  143:2
**twisted** 87:3
**Twitter** 90:12
**two** 3:1 6:16 10:2,5
  11:21 13:9 15:17
  19:7,10 21:1 23:8
  24:9,14 30:24
  41:20 48:25 55:13
  62:7 68:12 75:22
  76:5 78:18 85:5
  108:3 124:3,7,23
  125:3 130:23

133:19,25 140:10
  142:2
**two-and-a-half**
  85:7
**two-hour** 135:23
**two-level** 3:5 54:13
**two-week** 12:9
**type** 102:9
**types** 55:3
**typical** 60:2 75:12

_____

**U**

**ultimate** 110:5
  117:4
**umbrage** 114:3
**Um-hum** 4:14 7:18
  23:4 99:13 100:1
  108:10 109:9
  113:13 120:22
  125:14
**Unabomber** 16:19
  16:23
**unanimous** 91:3
**unconstitutional**
  82:23
**uncovered** 33:6
**understand** 4:16
  31:22 53:4 59:21
  100:22 110:17,19
  114:14 137:11
  141:7 144:4,5
  147:9,11,19
  149:23 151:9,12
  152:23
**understandable**
  110:4
**understanding**
  41:9 85:13 90:20
  97:23,24 126:23
  140:22 150:1
**understatement**
  66:22
**understood** 126:19
**underwear** 127:15
**undoubtedly** 67:19
**unemployed** 26:23
**uneventful** 70:17

**unfold** 83:5
**unfortunately** 73:8
  102:8 141:18
**unhappy** 90:2,3
**unhealthy** 11:24
**UNIDENTIFIED**
  141:2 142:12
**uniformity** 49:9
**unique** 23:20 65:16
  84:13,13,14,16
**UNISON** 2:4
**unit** 127:16
**United** 1:1,2,9,12
  36:24 38:14 71:1
  71:2,5,11 75:22
  80:3 82:22 84:4,5
  99:25
**unknown** 128:3
**unlocks** 136:12
**unmindful** 68:19
**unpopular** 102:4,5
**unreasonable** 2:14
**unsequestered**
  89:19
**unsolicited** 114:8
**unusual** 8:13 9:11
  9:19,23 10:10
  60:2,6 61:23
  62:13
**upheld** 110:3
**upset** 69:11 76:11
  127:7
**upside** 123:9
**upstairs** 90:21
**upward** 50:16
**urge** 53:17 56:24
**urged** 80:6 81:20
**urinalysis** 13:24
**use** 13:21 22:7,8
  27:25 29:22 31:9
  43:12 63:16 70:14
  103:2,22 123:21
  123:22 126:4
  141:1 150:25
**uses** 43:13 72:8
**usual** 153:15
**utterly** 32:14 59:10

**U.S** 32:20 80:5
  103:16 109:24
  112:13 136:6

_____

**V**

**v** 84:5 99:25 109:22
  112:13
**vacated** 67:17
**vacation** 32:5
  53:12 124:24
**vacations** 32:8,10
  32:11
**vacuum** 98:18
**vague** 24:10
**Vaira** 71:2
**valid** 25:11 109:17
  110:4
**validity** 110:10
**value** 21:21
**valued** 26:22
  105:18
**valve** 60:15
**variance** 7:17,23
  8:24 10:11,24
  37:1,4 38:10,11
  50:1,2,16 57:16
  65:14 66:16
  100:22
**variances** 39:10
**variety** 14:23 72:24
**vast** 41:7 46:17
**verdict** 24:6,11,16
  24:17,21 90:11
  91:6 96:10
**verge** 52:15 102:23
**Veritext** 1:23
**version** 123:14
**versus** 139:18
**viable** 138:19,22
  139:7,8
**Vicki** 8:7 33:10
**victim** 31:4 43:8
  53:10 55:11 56:3
**victims** 22:14 23:17
  23:18 42:6 53:11
  53:16,25
**view** 8:22 24:20

41:25 65:5,11,13
97:4 103:25
122:15 140:23
142:5,17,18
**viewed** 83:2 122:19
122:19 123:19
124:5 131:7
136:22 137:23
140:22 145:11
**viewpoint** 152:24
**views** 22:6 38:15,16
**Vince** 27:16 67:2
67:25 102:10
103:19
**Vincent** 1:5 34:22
102:20 118:21
126:8 135:25
**vindictive** 76:14
**violated** 19:18
48:21,22,23
**violates** 113:20
**violating** 24:18
**violent** 94:19
**Virginia** 134:13
**virtually** 41:23
**virtue** 79:19
**visit** 73:11
**visitor** 74:4
**vote** 51:16 103:9
104:11 123:1
**vs** 1:4
**vulnerable** 103:8

**W**

**wait** 73:20 74:8,13
80:16 134:21
**waited** 74:10
**waiting** 74:9 85:20
**waived** 93:14
**walk** 73:13 85:14
88:14 133:4
**walked** 7:21 8:1
88:20 129:8
**walking** 9:17 146:3
**Wallace** 21:17
**want** 2:22 3:24
4:11 7:19 10:12

17:4,6,17 18:8,22
18:24 19:6,7 24:9
36:4 45:6,6 48:5
48:10 50:10,13
52:24,25 53:21
61:22 67:21 78:3
79:13 89:8 92:21
93:25 106:12
109:14 111:22
112:12 117:5,21
117:23 118:25
119:4,22,23 120:6
120:16 121:9
122:22 124:19
125:2,11,11 129:9
131:8,8,9 132:3
134:21 135:3
140:5 143:21
144:24 145:8
146:17 147:2,8
**wanted** 8:18 11:1
11:22 16:14 18:2
24:1,5,13,14
47:25 51:11 73:15
78:8 81:7 88:10
101:5 108:18
109:5 112:23
116:25 118:3,10
119:19 120:16
127:8
**wanting** 127:5
**wants** 9:2 15:24
16:5,22 46:22,25
47:11,13,13,16
48:7 53:2 87:18
129:10
**warden** 131:12
**warfare** 87:12
**warned** 91:17
**warning** 94:4,5
**warrant** 35:8 59:23
**warranted** 66:16
**warrants** 35:4,9
**Washington** 1:20
**wasn't** 5:23 11:15
11:16,20 12:20
13:17,22 21:24

31:6 34:3 43:2
77:25 79:4 82:1
83:14 90:7 91:1
92:21 98:16 99:7
103:1 104:11
120:14 121:7,18
122:15 123:16
127:8 139:5,10
140:2,6
**watching** 94:1
**waterfront** 102:18
**way** 11:6 15:5
16:10,14 19:24
22:5 43:13 49:9
52:13 54:12,24
61:24 70:1 81:11
87:2,9 89:3,7 90:5
96:6 98:25 101:9
107:14 108:14
114:4 117:5
118:20 119:10
121:1 122:17,17
126:12 131:7,24
132:19 133:9
135:14 136:16
139:17 149:23,24
149:25 151:4
**ways** 24:13 28:12
31:14 48:6 122:19
**weak** 124:19
**wear** 119:4
**wears** 17:14
**week** 68:4 76:25
105:25 124:23
132:9,9
**weekends** 135:21
**weeks** 11:21 13:3
43:2 67:5 80:1
130:24
**weighing** 65:3
**weight** 63:20 66:10
66:11
**well-being** 104:3
**well-known** 95:22
**went** 22:13,16
23:12 33:6 34:9
34:21 46:18 55:17

66:1 71:11,17
81:16 86:7 88:23
90:21 94:11 96:7
121:11,11 122:7
125:19,25 126:2
126:16 127:13,16
128:18 130:23
136:4 141:20
143:15,15
**weren't** 10:19
15:18 22:14 23:21
25:10 85:18 101:3
131:18 148:9
**West** 134:13 136:4
**western** 134:4,6
**we'll** 116:16 124:23
143:22 153:17,19
**we're** 2:12 5:19
23:15 34:11 35:2
36:6,8 40:9 49:6
49:12,14 50:9
57:20 66:19 67:12
69:9 84:20 89:18
93:2,2,3 100:8
102:2 115:24
117:6 141:25
144:22 153:16
**we've** 3:3 20:7
38:25 52:18 53:14
53:16 55:4 66:21
82:6 83:3 84:4
87:16 89:18 105:4
109:6 113:22
115:11
**wherewithal**
103:10
**whispered** 67:7
**whistling** 151:8
**white** 48:16,17
88:14 103:12
**white-collar** 41:24
**wholly** 95:25
**wide** 129:22
**wife** 71:11 105:24
121:6 142:10
**wild** 34:1
**willing** 42:1 47:7

**willingness** 35:15
**win** 72:16,16
**winds** 70:2
**wintertime** 28:6
**wipe** 33:4
**wiped** 33:9,17
85:12
**wisdom** 82:3
115:10
**wish** 57:3 76:5
91:11 122:11
152:12
**witness** 79:16 99:6
**witnesses** 33:21
54:21 78:17 83:6
101:6 123:11
**wives** 132:25
**woman** 145:7
**won** 70:6 140:10,14
**wonder** 144:8
**wonderful** 153:11
**wondering** 33:12
**word** 43:4 59:13
72:7 90:3 115:2
126:4 129:6,11
137:3
**wording** 125:16
**words** 9:6,15 12:18
19:11 31:1 43:12
44:24 54:18 55:7
67:9 77:17 85:18
90:3 91:16 107:6
**work** 21:8 26:21
27:12 33:1 41:24
63:23 73:4 96:14
103:12 104:12,16
105:14 113:16
143:24 147:21
149:2,3
**worked** 35:17,18
90:4 103:6,14,16
105:12 121:2
148:10
**working** 41:10,13
41:20 66:2 105:8
105:8 120:8
**works** 65:7,16

100:4 102:1 107:3
113:2 139:9
**world** 123:17
124:18 132:3
145:25 149:22
152:5,5,8
**world's** 126:15
144:10,11
**worried** 49:1
106:20
**worry** 91:5 143:18
**worse** 9:22 19:14
120:3 136:1
**worst** 126:15
132:23 135:5
144:17
**worth** 109:11 138:8
**worthy** 9:10 55:1
**wouldn't** 17:12
33:5 46:11 77:5
86:15 115:8 126:1
145:14 146:10
**wound** 136:7
**wounds** 106:16
**wrap** 101:22
105:17
**Wright** 99:24,25
100:14 112:25
113:5,14
**Wrigley** 103:15
**wrist** 73:6 74:23
140:24
**write** 14:14 81:21
85:8 101:5 118:10
120:2
**writer** 84:24,24,25
85:2,8 118:5
**writers** 84:22
**writes** 23:8 85:2
**writing** 77:22
108:25
**written** 84:9 142:4
**wrong** 10:4 39:7,24
42:5,6 46:1 55:16
55:21 72:20 74:19
76:13,17,17 77:24
91:5 94:14,16

96:19 115:9
135:22 144:12
147:13,15,20,25
149:17
**wrongdoing** 54:18
**wronged** 48:8
**wrongly** 76:16
**wrote** 11:19 12:5
70:6 95:9 105:24
144:6

---
**X**
---
**Xanax** 12:13
124:14

---
**Y**
---
**yacht** 32:4 106:24
**yard** 133:4
**yeah** 4:22 7:13 8:10
9:4 18:24 19:4
42:21 43:6 58:21
59:21 62:9 73:24
74:2 77:2 79:11
84:2 87:15 93:1,7
93:13 94:5,5 99:5
100:5,10,12
101:22 108:2,5
110:7 111:12,16
111:20 112:17,22
115:5 116:13
117:13,23 118:16
119:8,14,18,21
143:4 149:10
**year** 14:9 21:14,16
21:16 27:4,5,10
27:13,15,16 28:20
28:20 30:5 32:7
33:19 38:7,17
112:14
**years** 10:2,5 12:17
21:15 26:2,25
36:21 37:5 40:22
41:18 48:23 49:13
49:19 50:9 52:13
53:25 70:4 71:18
72:24 73:2 75:14
78:23,23 79:7,9
80:24 82:1 85:6

98:16 103:24
106:11 109:25
110:20 121:8
123:19 125:3
131:4 139:13,23
144:23,25 151:18
152:1
**yesterday** 7:20 8:7
9:12 10:18 11:14
12:10 13:5,13
15:13 17:25 20:23
34:13 62:2 78:9
82:16,18 85:23
96:23 113:16
121:6 137:3
**yesterday's** 14:11
**York** 142:7
**young** 98:16 145:2

---
**Z**
---
**Zauzmer** 1:11
10:18 13:2 34:13
34:25 41:9 47:3
78:18 97:19
107:25 108:3,7,11
108:25 109:6,10
109:21 110:8,17
111:2,4,8,11,13
111:17,22,25
112:5,7,12,18,23
113:14 115:2,6,8
115:16,20,22
116:8,9
**Zemprelli** 104:4
**zeroing** 19:23
**Zinni** 93:23

---
**$**
---
**$1,620,472.35** 4:19
**$127,906.88** 4:20
**$2,440,282.49** 4:18
**$4,218,813.45**
53:16

---
**0**
---
**09** 12:11

---
**1**
---

**1** 5:5
**1,000** 146:9
**1.3** 104:18
**10** 1:5
**10,000** 24:19 32:3
37:14 66:4
**10,261** 37:12
**100,000** 5:2 27:10
**108** 97:6
**109** 97:6,11
**11:22** 116:18
**11:36** 116:18
**12,000** 111:15
131:20
**12.74** 37:4
**1208** 77:22
**121** 36:7
**1250** 1:19
**135,000** 31:9
**137** 18:12,15 24:17
**14** 154:9
**14th** 55:19
**151** 36:7
**16th** 46:24
**1635** 19:1
**17th** 11:21
**170** 57:23
**175,000** 21:17
**18th** 10:20 12:15
15:24
**1800** 1:24
**1801** 1:24
**19003** 1:17
**19103** 1:15,24
**19106** 1:13
**1968** 151:20
**1970's** 109:23
**1979** 89:14
**1987** 36:20
**1990s** 68:4
**1991** 25:9

---
**2**
---
**2** 5:5 9:14,19
**2B1.1** 36:25
**2.1** 51:20 52:3,7,16
**2.5** 72:17

**2.7** 72:20
**2:06-cr-00319-R...**
1:3
**20,000** 21:18
**200,000** 62:3
**2000** 1:15
**2001** 13:13,15
**2003** 13:8 15:12
**20037** 1:20
**2004** 32:21
**2005** 33:10 82:21
84:5
**2009** 12:19 13:18
55:19 82:11
**2010** 38:13
**2011** 1:5 46:13,24
154:9
**210** 36:6 37:12
113:21
**220** 97:6
**23rd** 12:10,11
47:20
**24th** 1:19
**25th** 46:13
**25,000** 31:6
**260** 100:25
**262** 36:6 113:22
**264-page** 87:11
**28th** 37:9 75:4

---
**3**
---
**3** 9:14,21 60:25
153:17
**30,000** 21:16
**300** 132:18 141:22
**300,000** 30:9
**31st** 12:9 13:18
**3353(a)** 111:19
**3553(a)** 57:19,22
66:9,14 84:11
**3553(a)(1)** 58:17
**3553(a)(2)** 69:22
**357** 109:24
**37** 127:24
**37,000** 74:21
**38,000** 27:24
127:24

**387,000** 52:17
**387,500** 52:11

---
**4**

**4** 9:14,21 127:17
  128:19 129:6,7
**4A** 13:16,16
**40,000** 21:15
**434** 109:24

---
**5**

**5,000** 16:21
**50** 1:17
**50,000** 4:25
**50,000-dollar** 4:23
  5:3
**500** 127:11
**51,000** 36:24
**525** 75:10

---
**6**

**6,605** 37:2
**615** 1:12

---
**7**

**70s** 71:4
**70,000** 21:19
**700** 1:20

---
**8**

**8,000** 62:4
**80,000** 21:14
**888-777-6690** 1:25

---
**9**

**9** 5:5